RICHARD ROCHE, ESQ, *pro se*
FL Attorney Number 855952
77 Hampton Road
Chatham, NJ  07928
accurich@yahoo.com
(973) 580-6373

---

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **RICHARD ROCHE, INDIVIDUALLY and RICHARD ROCHE, PERSONAL REPRESENTATIVE OF THE ESTATE OF LAURA SUSAN ROCHE** ) ) ) ) | **Case No. _____** |
| **:** ) ) | **Jury Trial __XXX__ _____** |
| **Plaintiffs,** ) | Yes                        No |
| **v.** ) ) | |
| **LARC, INC. (a/k/a Lee Association of Remarkable Citizens, Inc.,and a/k/a Lee Association of Retarded Citizens, Inc.), KEVIN LEWIS, VICKIE CHAPMAN , JANE MARSHALL, DANIELLE JACOBS, PHYSICIANS' PRIMARY CARE OF SOUTHWEST FLORIDA, P.L. (d/b/a Physicians' Primary Care), JEANNE A. ABDOU, APRN, ROGER O'HALLORAN, ESQ., GULF COAST MEDICAL CENTER, LEE MEMORIAL HEALTH SYSTEM, and CARLY HALLER, R.N.** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

---

# COMPLAINT FOR A CIVIL CASE

Plaintiff(s), Richard Andrew Roche, individually and as Personal Representative of the Estate of Laura Susan Roche, residing at 77 Hampton Road, Township of Chatham, County of Morris, State of New Jersey, 07928, complaining of defendants, that this matter presents a federal question as defendants are alleged to have violated of 42 US Code Sec. 12182 of the Americans With Disabilities Act, states as follows:

1)  Laura Susan Roche, a disabled person who was damaged in violation of 42 US Code Sec. 12182 of the Americans with Disabilities Act, was  the daughter of Michael (nmi) Roche and Roberta Joyce Roche (nee' Turk), and was born 2 months prematurely on January 4, 1960.

3)  Laura Susan Roche passed away on October 17, 2019.

4)  As a result of a premature birth, Laura Susan Roche, suffered from several disabilities.  Key among these birth defects was cerebral palsy.  As a result of these developmental disabilities, Laura Susan Roche was legally blind, unable to walk as she had no use of her legs, had essentially no use of her right arm, and limited use of her left arm.  She was dependent upon others for eating, dressing and bathing, and all other aspects of her personal hygiene.

5)   Laura Susan Roche was unable to read or write, was deemed to have had a first grade reading ability, and a third grade math ability.  Laura Susan Roche was deemed mildly retarded, generally considered to be functioning at the level of a 12 to 14 year old.  Attached hereto as Exhibit A is a true copy of report from the School District of the Township of Edison, New Jersey discussing Laura Susan Roche's academic ability.

6)  As a result of also being dependent upon others for feeding, dressing and personal care, psychologist from the Department of Health of Lee County, Florida opined that Laura Susan Roche was subject to being taken advantage of by others.  Attached hereto as Exhibit B is a true copy of the psychologist's report from the Department of Health of Lee County, Florida.

7) Roberta Joyce Roche, the mother of Laura Susan Roche, was born on January 16, 1935, and

passed away on March 27, 2017.

8) Roberta Joyce Roche, as a result of her despair over Laura Susan Roche's plight, suffered from despair, depression and other similar maladies as a result of her daughter's deteriorating health.

9) Roberta Joyce Roche, in addition to taking an active role in the life of Laura Susan Roche, relied upon the defendants for the care, maintenance and well being of her severely disabled daughter.

10) Michael (nmi) Roche, the father of Laura Susan Roche, was born on June 26, 1930, and passed away on May 17, 2019.

11) Michael Roche devoted his life to the care, maintenance and well being of Laura Susan Roche.   Michael Roche regularly experienced despair, depression and other similar maladies as a result of his daughter's deteriorating health.

12) Michael Roche suffered a severe, debilitating heart attack in September of 2009.

13) Michael Roche, in addition to taking an active role in the life of Laura Susan Roche, relied upon the defendants for the care, maintenance and well being of his severely disabled daughter.

14) Richard Andrew Roche is the son of Michael Roche and Roberta Joyce Roche, and the brother of Laura Susan Roche.

13) Richard Andrew Roche is the personal representative and/or executor of the estates of his sister Laura Susan Roche, his mother Roberta Joyce Roche, and his father Michael Roche.

16) Richard Andrew Roche regularly experienced despair, depression and other similar maladies are a result of Laura Susan Roche's plight, as a result of his sister's deteriorating health.

17) Richard Andrew Roche, in addition to taking an active role in the life of Laura Susan Roche, relied upon the defendants for the care, maintenance and well being of his severely disabled sister.

18) Richard Andrew Roche has resided at 77 Hampton Road, Chatham, New Jersey 07928, Township of Chatham, County of Morris, since July of 2003.

19) Michael Roche, resided at 3136 Southeast 18th Place, Cape Coral, Florida 33904 in Lee County.

20) Roberta Joyce Roche, resided at 3136 Southeast 18th Place, Cape Coral, Florida 33904 in Lee County.

21) LARC, Inc. (also known as the Lee Association of Remarkable Citizens, Inc., and previously known as the Lee Association of Retarded Citizens, Inc.) is located at 2570 Hanson Street, Fort Myers, Florida 33901, Lee County.

22) LARC, Inc. operates a group home for some of its developmentally disabled adult clients at 902 Southeast 30th Street, Cape Coral, Florida 33904, which subjects it to regulation by the State of Florida and the United States of America. Among the laws and regulations that LARC, Inc. is subject to are those pursuant to The Health Insurance Portability and Accountability Act [HIPAA] of 1996, Pub. L. No. 104-191, § 264, 110 Stat.1936.

23) Laura Susan Roche was a client of LARC, Inc. since 1981, and a resident of their group home at 902 Southeast 30th Street, Cape Coral, Florida 33904 since 2001.

24) Roger Bradley was the former executive director of LARC, Inc., serving in that capacity from 1986 until 2017.

25) Kevin Lewis was the former executive director of LARC, Inc., serving in that capacity from 2017 until 2021. Upon information and belief, Kevin Lewis resides at 1831 Orange Branch

Trail, Saint Johns, FL  32259.

26) Upon information and belief, Kevin Lewis resides at 17249 Meadow Lake Circle, Fort Myers, Florida  33967, County of Lee.

27) Vickie Chapman is the group home director of LARC, Inc., serving in that capacity during Laura Susan Roche's residence at the Cape Coral group home.

28) Upon information and belief, Vickie Chapman resides at 922 Hibiscus Lane, North Fort Myers, Florida  33903, County of Lee.

29) Jane Marshall is the group home manager of LARC, Inc., serving in that capacity during Laura Susan Roche's residence at the Cape Coral group home.

30) Upon information and belief, Jane Marshall resides **at** 1410 Southwest 18th Place, Cape Coral, FL  33991, County of Lee.

31) Upon information and belief, LARC, Inc. has a "no nepotism policy," under which, relatives of existing employees are not to be hired and/or supervised by a family member.

32) Danielle Jacobs (nee' Marshall) has periodically been an employee of LARC, Inc., working at the Cape Coral, Florida group home while Laura Susan Roche was a resident.

33) Danielle Jacobs (nee' Marshall) is the daughter of Jane Marshall.

34) Upon information and belief, Danielle Jacobs resides a**t** 1410 Southwest 18th Place, Cape Coral, FL  33991, County of Lee.

35) In April of 2008, Laura Susan Roche was diagnosed as having ovarian cancer.

36) Laura Susan Roche had a hysterectomy and oophorectomy in April of 2008.

37) While in the hospital recovering from surgery, on April 29, 2008, Laura Susan Roche had a high heart rate (i.e., tachycardia) and trouble breathing. She received a chest X-ray, where it was learned that she was experiencing a partially collapsed lung (i.e., atelectasis). The radiologist also noted " a very small thread-like filling defect in within the left lower lobe pulmonary artery as it branches into the inter-posterior segmental branch. This is *a very small filling defect and is probably consistent with a <u>very small subacute</u> pulmonary embolus*. The remainder of the pulmonary arteries appear normal." Atelectasis is a common side effect from general anesthesia. Attached hereto as Exhibit C is a true copy of the April 29, 2008 radiologist's report discussing the probable subacute pulmonary embolus.

38) Laura Susan Roche, prior to April 29, 2008 never suffered from an embolism, pulmonary or otherwise, nor did she ever suffer from deep vein thrombosis.

39) Upon information and belief, Laura Susan Roche was never definitively diagnosed with ever having experienced a pulmonary embolism and/or deep vein thrombosis.

40) As Laura Susan Roche was to undergo a course of chemotherapy, her oncologists, Dr. James W. Orr and Dr. Phillip Y. Roland, prescribed a course of Coumadin (a/k/a Warfaring) as anticoagulation therapy for six (6) months.

41) Upon information and belief, Coumadin is prescribed to patients undergoing chemotherapy as blood clots are/maybe a side effect of such treatment.

42) Since at least 2005, the continual use of Coumadin has been known to cause kidney damage. Attached hereto as Exhibit D is a true copy of a 2009 medical journal article discussing kidney damage as a possible side effect from the continual use of Coumadin.

43) On June 19, 2008, Jane Marshall brought Laura Susan Roche to Physicians' Primary Care of Southwest Florida, P.L. (d/b/a Physicians' Primary Care), a medical group with its principal corporate place of business at 12730 New Brittany Boulevard, Ste 602, Fort Myers, Florida

33907-4690, County of Lee.  Upon information and belief, Laura Susan Roche was seen by health care professionals at Physicians' Primary Care office at 1304 Southeast 8th Terrace, Cape Coral, Florida  33990.

44) Among the practitioners who treated Laura Susan Roche at Physicians' Primary Care were Dr. Joseph A. Testa MD and Jeanne A. Abdou, APRN, who are/were employees and/or equity holders of that organization.

45) Upon information and belief, the principal business location of Jeanne A. Abdou, APRN, is 1304 SE 8th Terrace, Cape Coral, FL  33990, County of Lee.

46) At Laura Susan Roche's initial June 19, 2008 visit with Physicians' Primary Care, it was noted that "[patient] [i]n April  had Ovarian [cancer] surgery with Dr. Roland and now in Chemo program.  On Coumadin next 6 months and needs monitored."  Attached hereto as Exhibit E is a true copy of the medical records from Physician's Primary Care June 19, 2008 examination of Laura Susan Roche.

47) Upon information and belief, no mention of Laura Susan Roche having had a pulmonary embolism was made or otherwise noted at that initial June 19, 2008 visit with Physicians' Primary Care.

48) Upon information and belief, on an ongoing and continual basis -- from her initial visit until her passing -- Physicians' Primary Care, Dr. Joseph A. Testa MD, Jeanne A. Abdou, APRN, and the other medical practitioners affiliated with that practice, did not take or otherwise obtain an adequate patient history of Laura Susan Roche.

49) Upon information and belief, on an ongoing and continual basis -- from her initial visit until her passing -- Physicians' Primary Care, Dr. Joseph A. Testa MD, Jeanne A. Abdou, APRN, and the other medical practitioners affiliated with that practice, did not adequately verify and otherwise review the medical records of Laura Susan Roche.

50) Upon information and belief, on an ongoing and continual basis -- from her initial visit until her passing -- Physicians' Primary Care, Dr. Joseph A. Testa MD, Jeanne A. Abdou, APRN, and the other medical practitioners affiliated with that practice, relied upon the representations of Jane Marshall and/or other employees of LARC, Inc. in the treatment of Laura Susan Roche.

51) On July 9, 2008, with her third (3rd) visit to Physicians' Primary Care, the notes of this visit are the first to specifically mention treatment for a pulmonary embolism.  Attached hereto as Exhibit F is a true copy of the medical records from Physician's Primary Care July 9, 2008 examination of Laura Susan Roche.

52) Upon information and belief, Jane Marshall and other LARC, Inc. staff, on a consistent and regular basis, falsely advised the health care professionals treating Laura Susan Roche that she had a history of pulmonary embolisms and the related condition of deep vein thrombosis, dating back to when she was a teenager and had spinal surgery to correct scoliosis, a curvature of her spine.  Attached hereto as Exhibit G is a true copy of a patient history of Laura Susan Roche provided to Gulf Coast Hospital in Fort Myers, Florida by Jane Marshall and/or other staff members of LARC, Inc.

53) Upon information and belief, Jane Marshall and other LARC, Inc. staff, on a consistent and regular basis, knowingly proffered inaccurate and otherwise incorrect written documents to health care professionals treating Laura Susan Roche that she had a history of pulmonary embolisms and the related condition of deep vein thrombosis, dating back to when she was a teenager and had spinal surgery to correct scoliosis, a curvature of her spine.  Attached hereto as Exhibit H is a true copy of a worker's history document of Laura Susan Roche prepared by LARC, Inc. and provided to Gulf Coast Hospital in Fort Myers, Florida and, upon information and belief, to other health care providers by Jane Marshall and/or other staff members of LARC, Inc.

54) Laura Susan Roche had surgery to correct the curvature of her spine in December of 1976. She did not suffer a pulmonary embolism or deep vein thrombosis at this or any other time.

55) Prior to the diagnosis and surgery in April of 2008 for ovarian cancer, the only prescription medication Laura Susan Roche was taking was for anti-anxiety.  Attached hereto as Exhibit I is a true copy of a medical history document of Laura Susan Roche at the time she was admitted to the hospital for ovarian cancer documenting the medications she was taking.

56) Upon information and belief, Jane Marshall and the other staff members of LARC, Inc. knew or should have known that Laura Susan Roche did not have an extensive medical history of pulmonary embolisms or deep vein thrombosis.

57) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications notwithstanding that Laura Susan Roche had completed chemotherapy treatment in 2009.

58) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications to Laura Susan Roche notwithstanding they had been advised by correspondence from Dr. James Orr on August 17, 2011 that she was cancer free and he wished "to avoid any additional form of systemic therapy." Attached hereto as Exhibit J is a true copy of the August 17, 2011 letter from Dr. Orr to Dr. Tests.

59) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications to Laura Susan Roche notwithstanding she had been diagnosed by a radiologist on November 26, 2014 as having reduced renal and kidney function.  Attached hereto as Exhibit K is a true copy of the November 26, 2014 radiology report documenting the decline in Laura Susan Roche's kidney function.

60) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications to Laura Susan Roche notwithstanding she had been diagnosed as having Level III kidney disease and had a urinary catheter put in place in December of 2014.  Attached hereto as Exhibit G is a true copy of a patient history of Laura Susan Roche provided to Gulf Coast Hospital in Fort Myers, Florida by

Jane Marshall and/or other staff members of LARC, Inc.

61) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications to Laura Susan Roche notwithstanding that she had bowel issues, colitis, and other gastrointestinal issues, requiring that the prescribe her stole softeners, such as Miralax, as a result of being unable to walk and wheel chair bound for her entire life. Attached hereto as Exhibit L is a true copy of the medical records from Physician's Primary Care September 10, 2015 examination of Laura Susan Roche documenting the prescriptions of Dolqlace and Miralax and the diagnosis of colitis

62) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications to Laura Susan Roche notwithstanding that she required hospitalization for a bowel obstruction in December of 2016. Attached hereto as Exhibit M is a true copy of the medical records from Gulf Coast Medical Center noting the gastrointestinal procedures undergone by Laura Susan Roche on December 19th and 23rd of 2016 while being hospitalized with a bowel obstruction.

63) Physicians' Primary Care and Jeanne A. Abdou, APRN, on a regular and continuous basis, continued to prescribe Coumadin and other prescription medications to Laura Susan Roche notwithstanding that other less deleterious medications were available.

64) LARC, Inc., Roger Bradley, Kevin Lewis, Vickie Chapman, Jane Marshall, Physicians' Primary Care and Jeanne A. Abdou, APRN, never referred or took Laura Susan Roche to a cardiologist, pulmonologist, or other medical specialist to have her evaluated and/or re-evaluated regarding her risk for blood clots embolisms.

65) Upon information and belief, commencing with Laura Susan Roche's discharge from the hospital after cancer surgery in May of 2008 and until her passing, Danielle Jacobs was assigned to work approximately two (2) days a week extra at LARC, Inc.'s Cape Coral group home, assigned to care for Laura Susan Roche, when she was unable to attend LARC, Inc.'s sheltered workshop program in Fort Myers, Florida.

66) On or about July 14, 2008, after a chemotherapy treatment, Laura Susan Roche was seen at Lee Memorial Hospital in Fort Myers, Florida, suffering from ecchymosis (i.e., a discoloration of the skin resulting from bleeding underneath, typically caused by bruising) and thrombocytopenia (i.e., low platlet count).

67) Upon information and belief, eccyhmosis and thrombocytopenia are common side effects of a chemotherapy treatment.

68) On June 19, 2008, Laura Susan Roche was taken to her first examination at Physicians' Primary Care. At this visit, it was noted that she had a family history of kidney disease, and that her mother, Roberta Joyce Roche, was a kidney transplant recipient. Attached hereto as Exhibit E is a true copy of the medical records from Physician's Primary Care June 19, 2008 examination of Laura Susan Roche.

69) In September of 2009, Michael Roche, the father and then one of the primary caretakers of Laura Susan Roche, had a very severe, life threatening heart attack while visiting Richard Andrew Roche in New Jersey.

70) Upon information and belief, in October of 2009, upon information and belief, Jane Marshall and/or other staff members of LARC, Inc. took Laura Susan Roche to meet with Roger O'Halloran, Esq., an attorney-at-law in Fort Myers, Florida to prepare a purported Last Will And Testament for Laura Susan Roche.

71) The professional conduct of Roger O'Halloran, Esq., as a member of the Florida Bar, is governed and otherwise regulated by the laws, rules and regulations of the Florida Bar, including but not limited to RPC 4-1.14, and the Advisory Opinions issued pursuant thereto.

72) Roger O'Halloran, Esq. has a principal business location at 2080 McGregor Boulevard, Suite 300, Fort Myers, Florida  333901, County of Lee.

73) At the October 2009 meeting Laura Susan Roche had with Roger O'Halloran, Esq., that Jane Marshall attended, a purported "Wish List" was prepared, signed by Laura Susan Roche and notarized by Roger O'Halloran, Esq.  In the purported "Wish List," Laura Susan Roche "references" having lived in New Jersey, Richard Roche is referenced as "my brother, " and her purported desire to have him allow her to remain at LARC, Inc.'s sheltered workshop and Cape Coral group home is  "memorialized."  **Attached hereto as Exhibit N is a true copy of item 6 of Laura Susan Roche's "Wish List."**

74)  Upon information and belief, in November of 2009, Jane Marshall and/or other staff members of LARC, Inc. took Laura Susan Roche to meet with Roger O'Halloran, Esq., an attorney-at-law in Fort Myers, Florida, at which time her purported Last Will And Testament was executed with Jane Marshall and/or other staff members of LARC, Inc . present.  **Attached hereto as Exhibit O is a true copy of Laura Susan Roche's Last Will and Testament.**

75)  The purported Last Will And Testament prepared by Roger O'Halloran, Esq. and executed in November of 2009 named Jane Marshall as Executrix.

76)  Upon information and belief, Jane Marshall and/or LARC, Inc. took possession and maintained exclusive custody of the "Wish List" and Last Will and Testament of Laura Susan Roche.

77)  Upon information and belief, Laura Susan Roche experienced a stroke in April or May of 2017.

78) On or about September 18, 2019, Laura Susan Roche was admitted to Gulf Coast Medical Center in Fort Myers, Florida for what would be her final illness.

79) Gulf Coast Medical Center is located at 13681 Doctors Way, Fort Myers, Florida  33912.

80) Gulf Coast Medical Center is affiliated with Lee Memorial Health System, with offices at 4211 Metro Parkway, 3rd Floor, Fort Myers, Florida  33916, County of Lee.

81) Upon information and belief, on Septmeber 30, 2021, Jane Marshall attempted to schedule a TEE (trans-esophageal echocardiogram), **an intrusive internal echocardigram/ultrasound procedure requiring anesthesia,** without the permission of Richard Andrew Roche, claiming – among other things -- to the Gulf Coast Hospital staff that she the medical proxy for Laura Susan Roche.

82) Upon learning of the planned TEE, Richard Andrew Roche met with Gulf Coast Hospital management and refused the procedure on behalf of his then comatose sister, Laura Susan Roche.

83) Carly Haller, RN is a nurse employed or otherwise affiliated with Gulf Coast Medical Center and/or the Lee Memorial Health System. Her place(s) of business 2780 Cleveland Avenue, Ste 819, Fort Myers, Florida 33901. Carly Haller, RN cared for Laura Susan Roche at Gulf Coast Medical Center on September 30, 2012, October 1, 2019, October 2, 2019, and/or October 3, 2019.

84) After refusing the TEE procedure on behalf of Laura Susan Roche, at about 12:30pm on September 30, 2019, Carly Haller approached Richard Andrew Roche, met with him in a conference room at Gulf Coast Medical Center and claimed that the TEE procedure was medically necessary for Laura Susan Roche and perfectly safe, and otherwise compelled Richard Roche to sign a consent for the procedure.

85) The medical staff of Gulf Coast Medical Center ultimately honored Richard Andrew Roche's refusal and did not perform the TEE of Laura Susan Roche as the procedure was elective. Attached hereto as Exhibit P is a true copy of a note to Laura Susan Roche's Gulf Coast Hospital medical chart describing the TEE as an elective procedure.

86) The medical staff of Gulf Coast Medical Center ultimately honored Richard Andrew Roche's refusal and did not perform the TEE of Laura Susan Roche as the procedure was most likely dangerous to Laura Susan Roche due to her then poor medical condition. Attached hereto as Exhibit Q is a true copy of a note to Laura Susan Roche's Gulf Coast Hospital medical chart

describing the TEE as a dangerous procedure in light of Laura Susan Roche's then deteriorating medical condition.

87) Notwithstanding Richard Andrew Roche's refusal of the TEE procedure on behalf of Laura Susan Roche during the early afternoon of September 30, 2019, Carly Haller, RN continued to attempt to schedule the procedure during the late afternoon and/or evening of September 30, 2019.  Attached hereto as Exhibit R is a true copy of a note to Laura Susan Roche's Gulf Coast Medical Center chart documenting Carly Haller's attempts to reschedule the TEE procedure.

88) From September 30, 2019 through to October 1, 2019, Richard Andrew Roche and Kevin Lewis engaged in several telephone conversations and text communications while Richard Roche was in New Jersey and Kevin Lewis was in Florida.  Attached hereto as Exhibit S is a true copy of the text messages exchanged by Richard Andrew Roche and Kevin Lewis.

86) On Tuesday, October 1, 2019, Jane Marshall attempted to enter Gulf Coast Hospital to visit Laura Susan Roche despite being barred by Richard Andrew Roche.

90) Between September 30, 2019 and October 1, 2019, Kevin Lewis, in Florida, transmitted by text messages, false information to Richard Andrew Roche, in New Jersey, regarding the medical condition of Laura Susan Roche.

91) On September 30, 2019, when Richard Andrew Roche was in New Jersey, he and Kevin Lewis agreed that Vickie Chapman would be allowed to merely visit Laura Susan Roche at Gulf Coast Hospital upon condition that Jane Marshall was barred from the facility, that LARC, Inc. – which would include all LARC employees – were no longer involved in any decision making, healthcare or otherwise, regarding Laura Susan Roche, including, but not limited to access to her medical records.

92)  Upon information and belief, on October 1, 2019, while Richard Andrew Roche was in New Jersey, Vickie Chapman met with Gulf Coast Hospital administration and endeavored to obtain or otherwise pursue obtain a medical proxy on behalf of LARC, Inc. with respect to Laura Susan Roche.  Attached hereto as Exhibit T is a true copy of a note to Laura Susan Roche's Gulf Coast

Medical Center chart documenting Vickie Chapman's request to meet with a nursing supervisor at the hospital.

93)  On October 1, 2019, while in New Jersey, Richard Andrew Roche had a telephone conversation with Vickie Chapman regarding Laura Susan Roche's status.

94)  On October 3, 2019, by both text message and by way of a telefaxed letter from his attorney, while in New Jersey, Richard Andrew Roche informed Kevin Lewis that LARC, Inc.'s services with respect to Laura Susan Roche were terminated.  Attached hereto as Exhibit U is a true copy of the letter telefaxed to LARC, Inc. firing the organization.

95) On October 3, 2019, Kevin Lewis texted a message to Richard Andrew Roche in New Jersey "acknowledging" his receipt of the messages and letters firing LARC, Inc.  Attached hereto as Exhibit V is a true copy of the text messages exchanged between Richard Roche in New Jersey and Kevin Lewis in Florida on October 4, 2019.

96)  On October 4, 2019, Laura Susan Roche was transferred to Hope Hospice in Cape Coral, Florida.  Richard Andrew Roche put into place a "No Visitors" order on behalf of his sister.

97)  On October 4, 2019, Danielle Jacobs and Vickie Chapman, both in Florida, texted Richard Andrew Roche in New Jersey, requesting to visit Laura Susan Roche at Hope Hospice notwithstanding that LARC, Inc.'s services had been terminated and that Richard Andrew Roche had, through correspondence by his attorney, requested privacy for he and Laura Susan Roche.

98)  Notwithstanding that LARC, Inc.'s services had been terminated and that Richard Andrew Roche had, through correspondence by his attorney, requested privacy for he and Laura Susan Roche, several LARC, Inc. employees and affiliated individuals visited Laura Susan Roche at Hope Hospice in Cape Coral, Florida while Richard Roche was in New Jersey.  Attached hereto as Exhibit W is a true copy of the notes to Laura Susan Roche's Hope Hospice medical chart documenting the stalking and unauthorized visits.

99) Upon information and belief, on Monday, October 14, 2019, Danielle Jacobs visited Laura Susan Roche at Hope Hospice and signed the Visitor's Log upon entering the facility.

100) As a result of the October 14, 2019 visit by Danielle Jacobs, Richard Andrew Roche and the nursing staff of Hope Hospice changed her room at the facility.

98) Late in the evening of October 16, 2019, Laura Susan Roche passed away.

101) At approximately 1pm on October 17, 2019, while in New Jersey, Richard Andrew Roche sent a letter to LARC, Inc. by way of telefax advising of Laura Susan Roche's passing.  Attached hereto as Exhibit X is a letter from Kevin Lewis acknowledging the receipt of the telefax from Richard Andrew Roche.

102)  At approximately 4pm on October 17, 2019, while in New Jersey, Richard Andrew Roche was advised by Hope Hospice that Jeanne A. Abdou, APRN had called them to inquire as to the status of Laura Susan Roche.  Jeanne A. Abdou, APRN had requested that Richard Andrew Roche be called by Hope Hospice so that would release information to her and/or Physicians Primary Care.  Attached hereto as Exhibit Y is a true copy of the notes to Laura Susan Roche's Hope Hospice medical chart documenting the encounter with Jeane A. Abdou, APRN.

103) In November and December of 2019, Richard Roche requested of Kevin Lewis and Jane Marshall, by Email, by regular U.S. Mail and by certified U.S. Mail that LARC, Inc. forward to him approximately $500 of funds of Laura Susan Roche in their possession.

104) Notwithstanding that LARC, Inc. had been fired on October 3, 2019, and that Laura Susan Roche had passed away on October 16, 2019, Richard Roche did not receive the requested funds of Laura Susan Roche wrongfully held by LARC, Inc. until June of 2020.

105) As a direct result of not receiving the requested funds of Laura Susan Roche wrongfully held by LARC, Inc. until June of 2020, Richard Andrew Roche was delayed in probating the Last Will and Testament of his sister until later in the summer of 2020.

## FIRST COUNT (Violation of 42 US Code Sec. 12182)

106) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 105 above as if more fully set forth herein.

107) Defendants made statements and published information, including but not limited to representations, opinions, and medical diagnosis, that were knowingly false and/or recklessly and wantonly made with disregard for their veracity with respect to Laura Susan Roche, a developmentally disabled person in their care, such that they denied Laura Susan Roche, and Richard A. Roche the opportunity to participate in or benefit from medical services and other healthcare accommodations that Laura Susan Roche was entitled to in violation 42 US Code Sec. 12182 of the Americans with Disabilities Act.

108) Defendants made statements and published information, including but not limited to representations, opinions, and medical diagnosis, knowing or should have known that others would have relied upon these statements with respect to Laura Susan Roche, a developmentally disabled person in their care such that they denied Laura Susan Roche, and Richard A. Roche the opportunity to participate in or benefit from medical services and other healthcare accommodations that Laura Susan Roche was entitled to in violation 42 US Code Sec. 12182 of the Americans with Disabilities Act.

109) Richard Andrew Roche relied upon statements made and information published by defendants, including but not limited to representations, opinions, and medical diagnosis, with respect to Laura Susan Roche, a developmentally disabled person in their care, to his detriment and to the detriment of his ability and where-with-all to care and provide for his sister, Laura Susan Roche.

111) As a direct and proximate result of Defendants' violations of the Americans with Disabilities Act, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against all Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## SECOND COUNT (Fraud)

112) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 111 above as if more fully set forth herein.

113) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made statements and published information, including but not limited to representations, opinions, and medical diagnosis, that were knowingly false and/or recklessly and wantonly made with disregard for their veracity with respect to Laura Susan Roche, a developmentally disabled person in their care.

114) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made statements and published information, including but not limited to representations, opinions, and medical diagnosis, knowing or should have known that others would have relied upon these statements with respect to Laura Susan Roche, a developmentally disabled person in their care.

115) Richard Andrew Roche relied upon statements made and information published by defendants, including but not limited to representations, opinions, and medical diagnosis, with respect to Laura Susan Roche, a developmentally disabled person in their care, to his detriment and to the detriment of his ability and where-with-all to care and provide for his sister, Laura

Susan Roche.

116) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made the false statements and published the false statements, without just cause or excuse, constituting actual malice, fraud and/or equitable fraud.

117) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller fraudulent acts, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

### THIRD COUNT (Fraud)

118) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 117 above as if more fully set forth herein.

119) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller withheld information and/or remained silent regarding information needed by healthcare providers necessary to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care

120) Richard Andrew Roche relied upon the veracity of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller with respect to Laura Susan Roche, a developmentally disabled person in their care, and their withholding of information and/or silence as to critical information was a detriment to him and a detriment to his ability and where-with-all to care and provide for his sister, Laura Susan Roche.

121) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller withheld information without just cause or excuse, constituting actual malice, fraud and/or equitable fraud.

122) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.


## FOURTH COUNT (Tortious Interference)

123) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 122 above as if more fully set forth herein.

124) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information needed by healthcare providers necessary to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care.

125) Richard Andrew Roche relied upon the veracity of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller with respect to Laura Susan Roche, a developmentally disabled person in their care, and their false statements, and/or publication of false documents, and/or withholding of information, and/or remaining silent regarding information needed by healthcare providers necessary to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care was a detriment to him and a detriment to his ability and where-with-all to care and provide for his sister, Laura Susan Roche.

126) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller false statements, and/or publication of false documents, and/or withholding of information, and/or remaining silent regarding information needed by healthcare providers necessary to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care interfered with Plaintiff(s) Richard Andrew Roche's ability to deal with the healthcare providers of Laura Susan Roche and otherwise interfered with his ability to manage and coordinate the affairs and the care of Laura Susan Roche.

127) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller' tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against all Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

**FIFTH COUNT (Undue Influence and Alienation Of Affection)**

128) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 127 above as if more fully set forth herein.

129) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information in the course of their care and/or treatment of Laura Susan Roche, a developmentally disabled person.

130) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information in the course of their care and/or treatment of Laura Susan Roche, a developmentally disabled person, such that their acts, behavior and conduct unduly influenced Laura Susan Roche.

131) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly HallerDefendants made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information in the course of their care and/or treatment of Laura Susan Roche, a developmentally disabled person, with the intent of alienating her affection with respect to her brother, Plaintiff(s) Richard Andrew Roche so as to deny Laura Susan Roche medical services and other healthcare accommodations that Laura Susan Roche was entitled to in violation 42 US Code Sec. 12182 of the Americans with Disabilities Act, and/or deny Richard A. Roche the opportunity to participate in managing the medical services and healthcare accommodations that Laura Susan Roche was entitled to in violation 42 US Code Sec. 12182 of the Americans with Disabilities Act.

132) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information in the course of their care and/or treatment of Laura Susan Roche, a developmentally disabled person, resulted in an alienation of her affection with respect to her brother, Plaintiff(s) Richard Andrew Roche.

133) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Hallertortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against all Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## SIXTH COUNT (Breach Of Contract)

134) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 133 above as if more fully set forth herein

135) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller entered into an agreement with Plaintiff(s) Richard Andrew Roche with respect to the care of Laura Susan Roche, a developmentally disabled person.

136) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller breached the agreement they made with Plaintiff(s) Richard Andrew Roche concerning the care of Laura Susan Roche, a developmentally disabled person.

137) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller breach of the agreement made with Plaintiff(s) Richard Andrew Roche, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## SEVENTH COUNT (Intentional Infliction Of Emotional Harm)

138) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 137 above as if more fully set forth herein

139) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Hallers intentionally, purposefully, recklessly and/or wantonly made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information with respect to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care, and disseminated same to Richard Andrew Roche and/or disseminated same to other persons dealing with Richard Andrew Roche with respect to the affairs of and/or care of Laura Susan Roche.

140) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller knew or reasonably should have known that the intentional, purposeful, reckless and/or wantonly made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information with respect to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care, and disseminated same to Richard Andrew Roche and/or disseminated same to other persons dealing with Richard Andrew Roche with respect to the affairs of and/or care of Laura Susan Roche would cause Plaintiff Richard Andrew Roche and Laura Susan Roche to experience anxiety, depression, stress, physical harm and other emotional harm.

141) Richard Andrew Roche and Laura Susan Roche experienced anxiety, depression, stress, physical harm and other emotional harm as a result of false statements, and/or published false

documents, and/or withheld information, and/or silence regarding information with respect to the care and treatment of Laura Susan Roche, a developmentally disabled person in their care.

142) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller' tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against all Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## EIGHTH COUNT (Invasion Of Privacy)

143) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 142 above as if more fully set forth herein

144) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical

Center, Lee Memorial Health System, and Carly Haller actions, behavior, conduct and/or statements invaded the privacy of Plaintiff(s) Richard Andrew Roche and Laura Susan Roche.

145) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller' tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against all Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.


## NINTH COUNT (Stalking)

146) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 145 above as if more fully set forth herein

147) Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller actions, behavior, conduct and/or

statements constituted stalking of Plaintiff(s) Richard Andrew Roche and Laura Susan Roche.

148) As a direct and proximate result of Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller' tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants LARC, INC., Kevin Lewis, Vickie Chapman, Jane Marshall, Danielle Jacobs, Physicians' Primary Care of Southwest Florida, P.L., Jeanee A. Abdou, Gulf Coast Medical Center, Lee Memorial Health System, and Carly Haller, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## TENTH COUNT (Aiding And Abetting A Fraud)

149) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 148 above as if more fully set forth herein.

150) Defendants Jeanne A. Abdou and Physicians Primary Care Of Southwest Florida, P.L. knew or should have known that Plaintiff's late sister, Laura Susan Roche, was prescribed – for a short term six (6) month period – the blood thinning agent Coumadin, also known as Warfarin,

by her oncologist.

151) Defendants Jeanne A. Abdou and Physicians Primary Care Of Southwest Florida, P.L. served as the primary care physicians for Plaintiff's late sister, Laura Susan Roche, from 2008 until her demise in 2019.

152) Defendants Jeanne A. Abdou and Physicians Primary Care Of Southwest Florida, P.L. as the primary care physicians for Plaintiff's late sister, Laura Susan Roche, were responsible for overseeing and coordinating her medical care.

153) Defendants Jeanne A. Abdou and Physicians Primary Care Of Southwest Florida, P.L. knew or should have known the blood thinning agent Coumadin, also known as Warfarin, was a risk factor for kidney disease.  Attached hereto as Exhibit Z is a true copy of the notes to Laura Susan Roche's May 6, 2014 visit to her nephrologist, where Coumadin is mentioned as a risk factor for kidney disease in the second paragraph on page 1.  Attached hereto as Exhibit AA is a true copy of the notes to Laura Susan Roche's February 13, 2017 visit to Defendants Physician's Primary Care, in which Defendant Jeanne Abdou wrote in the third paragraph of page 1 that "a [right] kidney hemotoma … was attributed to anticoagulation therapy with Coumadin." Attached hereto as Exhibit BB is a true copy of the notes to Laura Susan Roche's January 15, 2015 visit to Defendants Physician's Primary Care, in which Defendant Jeanne Abdou wrote  on page 4 that the Plaintiff's late sister's risk regarding pulmonary embolisms was "subtherapeutic."

154) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs knew or should have known that on February 27, 2015, as a result of his late sister, Laura Susan Roche, having had a urinary tract/kidney procedure performed in which stents were put in place and debris cleaned and/or removed from this organ system, the condition of her kidneys/kidney performance had improved from "Level III" to "Level II."  Attached hereto as Exhibit CC is a true copy of a list of procedures performed on Laura Susan Roche at Gulf Coast Medical Center listing the February 27, 2015 kidney procedure..  Attached hereto as Exhibit DD is a true copy of the notes to Laura Susan Roche's April 7, 2015 visit to her nephrologist, where it is noted on page 1 that her kidney

condition had improved to "Stage 2."

155) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs knew or should have known that in February, March and April of 2016, as a result of the condition of her kidneys/kidney performance having improved from "Level III" to "Level II," his late sister, Laura Susan Roche, no longer required that a urinary catheter be put in place.

156) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs, owed Plaintiff's late sister, Laura Susan Roche, the highest of fiduciary duties as she was a developmentally and physically disabled person in her care.

157) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs subjugated their professional judgment and/or deferred to the purported "expertise" of Defendants Jane Marshall and/or LARC, Inc. with regard to the care and treatment of Plaintiff(s) late sister, Laura Susan Roche, a developmentally and physically disabled person in their care.

158) Plaintiff(s) Richard A. Roche relied upon the professional care and treatment of his late sister, Laura Susan Roche, by Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs wrongfully never communicated, contacted, consulted with, or otherwise advised Plaintiff(s) Richard A. Roche that they (a) were continuing to prescribe the blood thinning agent Coumadin, also known as Warfarin, for his late sister, Laura Susan Roche; (b) the basis for their continuing to prescribe the blood thinning agent Coumadin, also known as Warfaring for his late sister, Laura Susan Roche; (c) that the blood thinning agent Coumadin, also known as Warfarin, was a risk factor for kidney disease; and (d) that his late sister's, Laura Susan Roche's, kidney condition had improved such that she no longer required a urinary catheter.  Attached hereto as Exhibit EE is a true copy of the notes to Laura Susan Roche's January 15, 2015 visit to Defendants Physician's Primary Care, in which Defendant Jeanne

Abdou wrote and otherwise noted that Plaintiff's late sister had a brother, in addition to a mother and father that were then still alive.

159) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs knew or should have known of the misrepresentations provided to them by Defendants Jane Marshall and/or LARC, Inc.

160) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs had information and knowledge readily available to them that they knew or should have known that was contrary to the "information and facts" provided to them by Defendants Jane Marshall and/or LARC, Inc.

161) Defendants Jeanne A. Abdou, Physicians Primary Care Of Southwest Florida, P.L., LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs provided substantial assistance to Jane Marshall and/or LARC, Inc. when they (a) continually prescribed the blood thinning agent Coumadin, also known as Warfarin, to Plaintiff's late sister, Laura Susan Roche; (b) did not communicate to Plaintiff(s) or otherwise update him on the medical condition of his late sister, Laura Susan Roche, so that he could make medical decisions regarding her care as he was entitled to do so; (c) exclusively communicated with Defendants Jane Marshall and/or LARC, Inc. regarding the medical condition of Laura Susan Roche, the Plaintiff's late sister; and (d) instigated a telephone call to Plaintiff(s), Richard Roche, on or October 18, 2019 to "verify" that Laura Susan Roche was dead, not withstanding that Plaintiff(s) had telefaxed Defendant LARC, Inc. earlier in the day regarding this tragic event.

162) Although unknown to Plaintiff(s) Richard Roche at the time, during the period from September 30, 2019 through to October 3, 2019, the medical staff of Defendants Gulf Coast Medical Center and Lee Memorial Health System, including but not limited to Defendant Carly Haller, knew or should have known that a proposed TransEsophogeal Echocardiogram ("TEE") procedure was elective with respect to the Plaintiff's late sister, Laura Susan Roche..

163) Although unknown to Plaintiff(s) Richard Roche at the time, during the period from September 30, 2019 through to October 3, 2019, the medical staff of Defendants Gulf Coast Medical Center and Lee Memorial Health System, including but not limited to Defendant Carly Haller, knew or should have known that performing a proposed TransEsophageal Echocardiogram ("TEE") procedure was dangerous with respect to the Plaintiff's late sister, Laura Susan Roche, in light of her then deteriorating medical condition.

164) During the period from September 30, 2019 through to October 3, 2019, the medical staff of Defendants Gulf Coast Medical Center and Lee Memorial Health System, including but not limited to Defendant Carly Haller, knew or should have known that Plaintiff(s) Richard Roche had refused and otherwise direct that a proposed TransEsophogeal Echocardiogram ("TEE") procedure not be performed upon his late sister, Laura Susan Roche, in light of her then deteriorating medical condition.

165) Notwithstanding Plaintiff(s) Richard Andrew Roche's refusal of the TEE procedure on behalf of his late sister, Laura Susan Roche during the early afternoon of September 30, 2019, Defendants Gulf Coast Medical Center and Lee Memorial Health System, including but not limited to Defendant Carly Haller, continued to attempt to schedule the procedure during the late afternoon and/or evening of September 30, 2019. Attached hereto as Exhibit R is a true copy of a note to Laura Susan Roche's Gulf Coast Medical Center chart documenting Carly Haller's attempts to reschedule the TEE procedure.

166) Upon information and belief, in endeavoring to schedule a proposed TransEsophogeal Echocardiogram ("TEE") procedure that was both elective and dangerous with respect to the Plaintiff's late sister, Laura Susan Roche, Defendants Gulf Coast Medical Center and Lee Memorial Health System, including but not limited to Defendant Carly Haller, relied upon the misrepresentations of Defendants LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs – notwithstanding information available to them to the contrary.

167) Defendants Gulf Coast Medical Center, Lee Memorial Health System, Carly Haller, LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs, owed Plaintiff's late

sister, Laura Susan Roche, the highest of fiduciary duties as she was a developmentally and physically disabled person in her care.

168) Defendants Gulf Coast Medical Center, Lee Memorial Health System, Carly Haller, LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs subjugated their professional judgment and/or deferred to the purported "expertise" of Defendants Jane Marshall and/or LARC, Inc. with regard to the care and treatment of Plaintiff's late sister, Laura Susan Roche, notwithstanding that they owed her the highest of fiduciary duties as she was a developmentally and physically disabled person in their care.

169) Defendants Gulf Coast Medical Center, Lee Memorial Health System, Carly Haller, LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs subjugated their professional judgment and/or deferred to the purported "expertise" of Defendants Jane Marshall and/or LARC, Inc. with regard to the care and treatment of Plaintiff's late sister, Laura Susan Roche, a developmentally and physically disabled person in their care.

170) Defendants Gulf Coast Medical Center, Lee Memorial Health System, Carly Haller, LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs provided substantial assistance to Defendants LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs when they (a) improperly obtained a consent for the TEE procedure from Plaintiff(s) Richard A. Roche, and (b) took affirmative actions and steps to plan and otherwise schedule a Trans-Esphogeal Echocardiogram ("TEE") procedure for Plaintiff's late sister, Laura Susan Roche, in direct contradiction to the specific orders he put in place regarding her care.

171) Defendant Roger O'Halloran knew or should have known that the information provided to him by Defendants Jane Marshall and/or LARC, Inc. were false and/or fraudulent with respect to drafting a Last Will and Testament and "Wish List" for Plaintiff's late sister, Laura Susan Roche.

172) Defendant Roger O'Halloran knew or should have known that the conduct of the conduct of Defendants Jane Marshall and/or LARC, Inc. were fraudulent and/or otherwise improper with respect to drafting a Last Will and Testament and "Wish List" for Plaintiff's late sister, Laura

Susan Roche.

173) Defendant Roger O'Halloran provided substantial assistance to Defendants Jane Marshall and/or LARC, Inc. when he drafted a Last Will and Testament and "Wish List" for Plaintiff's late sister, Laura Susan Roche.

As a direct and proximate result of Defendants' tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages. WHEREFORE, Plaintiff(s) demand judgment against all Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## ELEVENTH COUNT (Civil Conspiracy)

174) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 173 above as if more fully set forth herein.

175)  Defendants Roger O'Halloran, Jeanne A. Abdou,Physicians Primary Care Of Southwest Florida, P.L., Gulf Coast Medical Center, Lee Memorial Health System, Carly Haller, LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs entered into an agreement or agreement(s) with Defendants LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs to commit unlawful and/or otherwise wrongful acts.

176)  Defendants Roger O'Halloran, Jeanne A. Abdou,Physicians Primary Care Of Southwest Florida, P.L., Gulf Coast Medical Center, Lee Memorial Health System, Carly Haller, LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs committed and otherwise engaged in acts and/or conduct in furtherance of the agreement or agreement(s) with Defendants LARC, Inc., Jane Marshall, Kevin Lewis, Vickie Chapman and/or Danielle Jacobs to commit unlawful and/or otherwise wrongful acts.

177) As a direct and proximate result of Defendants' tortious conduct, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against all Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon.

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

### TWELTH COUNT (Failure To Report Abuse Of A Disabled Person)

178) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 177 above as if more fully set forth herein.

179) Defendants, licensed professionals, were under an affirmative duty as mandated reporters to

advise law enforcement, governmental and/or other agencies and instrumentalities of abuse and/or potential abuse of disabled persons.

180)  Defendants failed to report to law enforcement, governmental and/or other agencies of the abuse, probable, potential or reasonably suspected, of Laura Susan Roche, a disabled person, including, but not limited to, the drafting of a Last Will and Testament, making false statements regarding medical history, publishing and otherwise proffering false medical records, and/or subjecting Laura Susan Roche to unwarranted medical treatment.

181) As a direct and proximate result of Defendants failure to report abuse and/or suspected abuse with regard to Laura Susan Roche, a disabled person, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

### THIRTEENTH COUNT (Undue Influence Resulting In The Execution Of An Invalid Last Will And Testament)

182) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 181

above as if more fully set forth herein.

183) Defendants, licensed professionals, were under an affirmative duty as mandated reporters to advise law enforcement, governmental and/or other agencies and instrumentalities of abuse and/or potential abuse of disabled persons.

184)  Defendants, providers of professional services to Laura Susan Roche, a disabled person, compelled and otherwise caused her to execute a Last Will and Testament naming Defendant Jane Marshall as Executrix through obvious coercion, deceit and undue influence.

185) Defendants caused Laura Susan Roche, who was indigent, to execute a Last Will and Testament so as to deny Laura Susan Roche, and Richard A. Roche, the opportunity to participate in or benefit from medical services and other healthcare accommodations that Laura Susan Roche was entitled to in violation 42 US Code Sec. 12182 of the Americans with Disabilities Act.

186) As a direct and proximate result of Defendants failure to report abuse and/or suspected abuse with regard to Laura Susan Roche, a disabled person, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

**FOURTEENTH COUNT (Failure To Properly Review Medical Records)**

187) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 186 above as if more fully set forth herein.

188) Defendants failed to properly review the medical records of Laura Susan Roche.

189)  Defendants relied upon the falsehoods of Defendants Jane Marshall and other defendants affiliated with LARC, INC. resulting in the improper medical treatment of Laura Susan Roche.

190) As a direct and proximate result of Defendants failure to properly review the medical records of Larua Susan Roche and/or rely upon the falsehoods of Defendants Jane Marshall and other defendants affiliated with LARC, INC., Laura Susan Roche, a disabled person, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

## FIFTEENTH COUNT (Failure To Properly Determine The Person Or Entity With The Power To Authorize Medical Treatment)

191) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 190 above as if more fully set forth herein.

192) Defendants failed to perform due diligence and properly review the medical records of Laura Susan Roche, a disabled person, who was represented to them to be mentally disabled and otherwise retarded, so as to properly determine who was the proper individual to authorize medical treatment for Laura Susan Roche.

193)  Defendants relied upon the falsehoods of Defendants Jane Marshall and other defendants affiliated with LARC, INC. that they had the power to authorize medical treatment for Laura Susan Roche, resulting in the improper medical treatment of Laura Susan Roche.

194) As a direct and proximate result of Defendants failure to pr do their due diligence and properly ascertain the party with the authority to make decisions regarding the medical treatment of Larua Susan Roche, Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just

power of the court, to which Plaintiff(s) is entitled.

**SIXTEENTH COUNT (Continued Inappropriate And Dangerous Treatment Notwithstanding Medical Evidence And Countervening Advice Of Other Physicians)**

195) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 194 above as if more fully set forth herein.

196) Defendants failed to perform due diligence and properly review the medical records of Laura Susan Roche, a disabled person, who was represented to them to be mentally disabled and otherwise retarded, so as to properly determine who was the proper individual to authorize medical treatment for Laura Susan Roche.

197)  Defendants relied upon the falsehoods of Defendants Jane Marshall and other defendants affiliated with LARC, INC., notwithstanding that they were not licensed medical practitioners, and that they did not have the power to authorize medical treatment for Laura Susan Roche, resulting in the improper medical treatment of Laura Susan Roche.

198) Defendants continued inappropriate medical treatment of Laura Susan Roche, including but not limited to the prescribing of Coumadin/Warfarin notwithstanding the decline in her kidney and urinary function, the placement of a urinary catheter notwithstanding improvements in her kidney and urinary function, and notwithstanding the advice of other medical practitioners, which resulted in Plaintiff(s) endured pain and suffering, premature and/or wrongful death, suffered economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by

statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

**SEVENTEENTH COUNT (Transmittal Of False And/Or Intentionally Incorrect Medical Records Electronically In Violation Of The Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Including But Not Limited To 18 U.S. Code § 1035 And 42 U.S. Code § 1320d–6.**

198) Plaintiff(s) repeats and realleges the allegations contained in paragraphs 1 through 197 above as if more fully set forth herein.

199) Defendants LARC, INC. and Jane Marshall made false statements, and/or published false documents, and/or withheld information, and/or remained silent regarding information in the course of their care and/or treatment of Laura Susan Roche, a developmentally disabled person, including transmitting such false information electronically by telefax. Attached hereto as Exhibit H is a true copy of a document containing such "information" that was electronically transmitted by telefax: a worker's history document of Laura Susan Roche prepared by LARC, Inc. and provided to Gulf Coast Hospital in Fort Myers, Florida and, upon information and belief, to other health care providers by Jane Marshall and/or other staff members of LARC, Inc.

200) Defendants LARC, INC. and Jane Marshall transmittal of such false information electronically by telefax in the course of their care and/or treatment of Laura Susan Roche, a developmentally disabled person, was in violation of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), including but not limited to 18 U.S. Code § 1035 And

42 U.S. Code § 1320d–6.

201) Defendants continued inappropriate medical treatment of Laura Susan Roche, including but not limited to the preparation and transmittal of false medical documents electronically, resulted in Plaintiff(s) enduring pain and suffering, premature and/or wrongful death, economic damages, emotional distress, mental anguish, and will in the future continue to suffer such damages.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, including, but not limited to:

(a) An award of compensatory damages of $10 million, punitive damages which are allowed by statute or as permitted by common law, as well as any interest and costs of suit;

(b) An award of reasonable attorneys' fees and costs of court which are allowed by statute or as permitted by common law, and interest thereon;

(c) Any other award and equitable relief allowed by statute, pursuant to the ethical and just power of the court, to which Plaintiff(s) is entitled.

Dated: December 16, 2024          Signature:  _____ *Richard A. Roche* _____

Richard A. Roche, Esq., Pro se
FL Attorney Number 855952
77 Hampton Road
Chatham, NJ  07928
accurich@yahoo.com
(973) 580-6373

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint.

Dated:  December 16, 2024    Signature: _____ *Richard A. Roche* _____

Richard A. Roche, Esq., Pro se
FL Attorney Number 855952
77 Hampton Road
Chatham, NJ  07928
accurich@yahoo.com
(973) 580-6373

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. A.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: December 16, 2024    Signature: _____ *Richard A. Roche* _____

Richard A. Roche, Esq., Pro se
FL Attorney Number 855952
77 Hampton Road
Chatham, NJ  07928
accurich@yahoo.com
(973) 580-6373

**EXHIBIT A**

PUBLIC SCHOOLS OF EDISON TOWNSHIP
OFFICE OF THE SUPERINTENDENT
DIVISION OF CURRICULUM AND INSTRUCTION
SPECIAL SERVICES DEPARTMENT

BASIC PLAN                                    Date:      6/79

                                             Annual Review

Pupil's Name:                Roche, Laura                  Birthdate: 1/4/60
Address:                     33 Jonathan
Parent or Guardian's Name:   Michael/Roberta
Current Placement:           School - Cerebral Palsy Center
                             Program - Young Adult III
Classification:              Multiply Handicapped: Primary OH; Secondary MRE
Date of IEP Implementation:  9/79
New Placement:               School - Cerebral Palsy Center
                             Program - Young Adult

Rationale for Placement:  Laura continues to exemplify the physical difficulties which
originally qualified her for placement in her present program.

Educational and Related Services                     Duration of Services
Continue her academic program within the CP Center setting.   Full 1979-80 school year
Language development                                 1/2-hour per week
Physical therapy                                     1 period, once a week

Participation in Regular Program:  The CP Center program provides an especially-designed
academic program for the handicapped.

Individual Discipline Findings

Social Summary (1/79):  Mrs. Roche reports Laura to be experiencing good health.  Laura
presently is not medicated.  Last summer she attended Perkins Institute through the
auspices of NJ Commission for the Blind.  She was evaluated there.  This information was
made available to the CP Center and the child study team.  The parents' principle interest
is to facilitate Laura's development of maximum levels of physical and educational function-
ing, including the development of self-care skills which will assist in everyday living re-
quirements.  Mr. and Mrs. Roche believe that Laura could profit from increased occupational
and physical therapy.  They believe her program has not been sufficient with regard to these
areas and have involved Laura in a therapy program at JFK Hospital.

Psychological Summary (1/79):  Laura is a young woman who functions within the borderline
range of intelligence and continues to have some social, emotional and physical limitations.
The examiner's concern relates to her limitations in terms of transportation and mobility
with regard to social activities.  The concern with Laura's level of cognitive development
relates to whether her overall ability could support some degree of independence in her
living situation in the future.  While 1 or 2 of her subtests approached average range, in
General, Laura's overall intellectual level is only within the borderline range at this time.
It is felt that the combination of physical, social and emotional limitations as well as
ability factors may work to impede her capacity to function as an independent adult as time
progresses.  Thus the introduction and sustaining of as many after-school social and recrea-
tional experiences as possible would be of importance in giving her exposure to the environ-
ment and to the many aspects of life around her.  This is needed so as to make her more
aware of the reality factors that an adult copes with on a day-to-day basis in today's world.

A1

BP-L, Roche                              -2-                              6/79

Educational Summary (8/78):  Laura's recent Woodcock Reading Test found her independent read-
ing level at 1.3.  Instructional levels were rated at 1.5 while the frustration level was
1.8.  She continues to have difficulty in letter recognition.  Vision difficulties caused
her to have problems with the Peabody Individual Achievement Test, with the only area record-
ing a grade level being the orally-presented general information section, rated at 5.3 grade
level.  Only two areas were scored on the especially-adapted Gates-McKillop test: spelling
at the 2.7 level and oral vocabulary at 6.4.  An orally-presented Stanford Achievement Test
found her listening comprehension on 4.0 level.  It was further determined that her visual
perception difficulties were not the outgrowth of reduced visual acuity.

Medical Summary (7/78):  A complete physical therapy examination was conducted at Perkins
Institute during summer, 1978, in several areas.

Present Level of Classroom Performance:  Laura is now reading on primer level.  She is able
to work with 3rd-grade math concepts and functions.  Spelling, learned by rote, is on mid-
3rd to low-3th-grade level.

Annual Goals
Laura will:
1.   Have the reading program designed around survival skills adapted for everyday use
2.   Be involved in a basic math program which will be related to everyday skills
3.   Demonstrate an understanding of current events

Short-Term Objectives
Laura will:
G1a. Develop ability to recognize survival words similar to those presented in Academic
     Activities for the Adolescents, by Evalyn James Baily, Learning Pathways, Inc.,
     Evergreen, Colorado
  b. Be able to identify names of common food items
  c. Have spelling centered around survival words
  d. Be able to use simple weekly reader-type newspapers as used within the classroom
  e. Develop ability to read and understand simple directions

G2a. Continue to develop understanding in the use of money
  b. Continue to develop ability to make change
  c. Compute wages and deductions within her scope
  d. Compute necessary skills for bank account maintenance
  e. Be able to do those mathematics skills required to keep a checking account

G3a. Through the use of in-class newspaper, such as Weekly Reader or other type of publication
     interpret current events
  b. Be able to interpret important facts of current events as presented on television or
     radio

Evaluative Criteria:  The teacher will evaluate Laura's progress through the use of tests
and evaluation of progress through material.  A folder containing copies of the educational
evaluation, IEP, report card data and normal school-required reports of progress will be
maintained.

Monitoring of Program:  This will be carried out by the child study team.

CHILD STUDY TEAM V
J. Baharlias, P. Bates, R. Todt

sjl-5/18/79
Rev. 5/23/79

**EXHIBIT B**



# LEE MENTAL HEALTH CENTER, INC.

2789 ORTIZ AVENUE, S.E.
POST OFFICE BOX 06137
FORT MYERS, FLORIDA 33906

## PSYCHOLOGICAL EVALUATION

RUTH COOPER, Ph.D.
DIRECTOR

ADMINISTRATION
ADULT OUTPATIENT
ADULT DAY TREATMENT
CHILDREN'S OUTPATIENT
FOLLOW-UP
FORENSIC
GERONTOLOGY
SATELLITE CLINICS

(813) 334-3537

CRISIS INTERVENTION

(813) ___-1477

ALPHA

(813) 997-5442

CHILDREN'S PERSONAL
DEVELOPMENT CENTER

(813) 337-1110

DRUG ABUSE UNIT

(813) 334-4079

Name:  Laura S. Roche
Residence:  3136 SE 18th Place
Cape Coral, FL  33904
Date of Birth:  January 4, 1960
Education:  Graduate of special school
Date of Examination:  February 9, 1982

**Reason for Referral:**

Laura was referred by the Lee County Association for Retarded Citizens, Inc., (LARC) to evaluate the extent of Laura's mental disability.

**Interview Information:**

Laura came to the Center accompanied by her father, with whom she resides. She was casually but neatly dressed and was in a wheelchair. She was clean and neatly groomed and her hair was combed. She was cooperative and congenial throughout the interview and testing session and did not appear to be unduly anxious. Laura displayed adequate motivation during all tasks and attempted to complete all items presented to her including ones which were very difficult for her.

In discussing her daily activities, interests, and interpersonal relationships, Laura presented her life as relatively restricted insofar as her ability to interact with her physical and interpersonal environments. Laura currently lives alone with her father. She is unable to live independently because she needs assistance in dressing, washing, and grooming. In addition, Laura needs help preparing meals for herself and she cannot perform most routine household chores alone. Laura appears to have achieved a fairly healthy emotional adjustment to the restrictions imposed on her by her physical disabilities, but she did express frustration about not being able to live independently from her family.

Laura works full-time at LARC for which she receives $60.00 per month. She stated that she enjoys the work and the company of the staff and co-workers.

Laura spends most of her free time watching t.v., swimming in her father's pool, or sitting outside. Laura is unable to write legibly, but uses a

CONFIDENTIAL & PRIVILEGED INFORMATION

For Professional Use Only

B1

Psychological Evaluation
Laura Roche
Date of Examination: February 9, 1982
Page 2

tape recorder to communicate with her mother who resides in New York and
her 23-year-old brother who is at college. Laura's interpersonal contact,
outside of her father and the people at LARC, is very limited. Laura
also has very limited physical mobility because of her inability to walk
and her other perceptual-motor deficits and she does not drive.

Tests Administered:

Wechsler Adult Intelligence Scale (WAIS):
    VIQ:  76          PIQ:  47          FSIQ:  61

Peabody Picture Vocabulary Test (PPVT):

    PPVT IQ:  62

Interpretation of Test Data:

Laura's current level of intellectual functioning was indicated by her
performance on both the WAIS and PPVT. The PPVT is often administered
to the orthopedically handicapped since these clients may perceive and
understand standard test questions (such as those found in the WAIS) but
because of severe motor disturbances, be unable to respond orally or in
writing. In Laura's case, the overall IQ scores resulting from the PPVT
(IQ = 62) and the WAIS (IQ = 61) were highly consistent, placing Laura
within a range of intellectual functioning classified as Mild Mental Retar-
dation (as defined by DSM-III). Laura's Verbal IQ score of 76 on the
WAIS was higher than her WAIS Performance IQ score of 47, this difference
resulting primarily from Laura's perceptual-motor deficits. Laura's level
of verbal ability and social judgment, like her perceptual-motor performance
were also within the mentally retarded range of functioning. In addition,
Laura's ability to retain simple arithmetical processes was far below
average.

Summary and Recommendations:

Laura's performance on the WAIS and PPVT indicated that she is clearly
functioning within the Mildly Mentally Retarded range. The test results
also indicated that Laura has no area of intellectual strength that could
be further developed or utilized to enable her to perform competently
(relative to individuals with average intellectual skills) in any particular
vocation. Laura also does not possess the intellectual skills necessary
to live independently, even withstanding her physical limitations. For
example, because of her lack of arithmetic skills she would be unable to
buy groceries or pay household bills by herself. Also, because of her
limited social awareness and lack of interpersonal judgement she could
easily be taken advantage of by others. Laura is probably currently
achieving her maximum potential through her employment at the sheltered
workshop setting at LARC so further vocational rehabilitation is not
recommended at this time. Since Laura also seems to have achieved a
satisfactory emotional adjustment to her physical and mental limitations
psychological intervention is also not recommended at this time.

Constance Oliver        David Knickerbocker
                        Clinical Staff Psychologist

B2

**EXHIBIT C**

LEE MEMORIAL HEALTH SYSTEM
LEE MEMORIAL HOSPITAL
FT MYERS, FL 33901

| | | | | | |
|---|---|---|---|---|---|
| **NAME:** | ROCHE, LAURA | | **MR#:** | 35-98-73 | **ACCT#:** 7131471 |
| **DOB:** | 01/04/1960 | | **PT CLASS:** | I | |
| **SEX:** | F | | **Admit Date:** | Apr 24 2008 3:35PM | |
| **AGE:** | 48Y | | **Disch Date:** | | |
| **Room #:** | L6N-6106A LMH | | **Acc #:** | 4522301 | |
| | | | | | Rpt: MT17 |

**Attending Physician:** ESCOBAR, PEDRO F.
**Ordering Physician:** GRENDYS JR, EDWARD
**Procedure Reason:** TACHYCARDIA, PELVIC MASS
**Name at Time of Exam:** ROCHE, LAURA

***Final Report***

Order Number: 90011
Date of Exam: Apr 29 2008 12:58PM

**Examination: CTA CHEST**

RESULTS: INDICATION: Shortness of breath

Spiral CT acquisition was taken through the chest after a timed bolus of 100 cc of low osmolality Opti-Ray 370 nonionic contrast agent. The data set was post-processed by the technologist with consequent reconstruction of coronal oblique images through the left and right pulmonary arteries respectively.

FINDINGS: Axial sections were performed through the mediastinum and lung.

Mediastinal structures and heart is normal. The aorta enhances normally. The main pulmonary artery and central pulmonary vessels enhance homogeneously. There is a small thread-like filling defect within the left lower lobe pulmonary artery as its branches into the inter-posterior segmental branch. This is a very small filling defect and is probably consistent with a very small subacute pulmonary embolus. The remainder of the pulmonary arteries appear normal. Lung parenchyma appears unremarkable except for a minimal area of atelectasis, left lung base. Scoliosis is noted with a rod system in place for treatment of scoliosis.

IMPRESSION: 1. Very small subacute pulmonary embolus in one of the segmental branches of the left lower lobe.
2. Minimal atelectasis.
3. Kyphoscoliosis with dual rod system in position.
Findings were communicated to the patient's physician assistant.

| | |
|---|---|
| Distribution: | **Dictating Physician:** JONATHAN M. FIELDS |
| | Electronically Signed: 002950 Apr 30 2008 8:08AM |
| | Dictated: Apr 29 2008 2:24PM |
| | Transcribed: L20 on Apr 30 2008 7:37AM |
| | Printed: Apr 30 2008 8:08A |
| **Radiology** | **Page 1 of 1** |

**EXHIBIT D**

  ScienceDirect

⬇ Get Access

## American Journal of Kidney Diseases
Volume 54, Issue 6, December 2009, Pages 1121-1126

Case Report

# Acute Kidney Injury During Warfarin Therapy Associated With Obstructive Tubular Red Blood Cell Casts: A Report of 9 Cases

Sergey V. Brodsky MD, PhD [1, 2], Anjali Satoskar MD [1], Jun Chen MD [2], Gyongyi Nadasdy MD [1], Jeremiah W. Eagen MD [3], Mirza Hamirani MD [4], Lee Hebert MD [5], Edward Calomeni MS [1], Tibor Nadasdy MD [1] ✉

Show more ⌄

:≡ Outline | ⦸ Share | 🗩 Cite

https://doi.org/10.1053/j.ajkd.2009.04.024    Get rights and content

Acute kidney injury (AKI) during warfarin therapy usually is hemodynamic secondary to massive blood loss. Here, we report pathological findings in kidney biopsy specimens from 9 patients with warfarin overdose, hematuria, and AKI. Kidney biopsy specimens from patients on warfarin therapy with AKI were identified in our database within a 5-year period. Each kidney biopsy specimen was evaluated by using semiquantitative morphometric techniques, and medical history was reviewed for conditions explaining AKI. Biopsy specimens with morphological findings of active glomerulonephritis and active inflammatory lesions were excluded from the study. Biopsy specimens from 9 patients were selected. At presentation with AKI, each patient had an abnormal international normalized ratio (mean $4.4 \pm 0.7$ IU) and increased serum creatinine level (mean, $4.3 \pm 0.8$ mg/dL). Morphologically, each biopsy specimen showed evidence of acute tubular injury and glomerular hemorrhage: red blood cells (RBCs) in Bowman space and numerous occlusive RBC casts in tubules. Each biopsy specimen showed chronic kidney injury. Six of 9 patients did not recover from AKI. These data suggest that warfarin therapy can result in AKI by causing glomerular hemorrhage and renal tubular obstruction by RBC casts. Our experience suggests that this may be a potentially serious complication of warfarin therapy, especially in older patients with underlying chronic kidney injury.

FEEDBACK 🗩

D1

Case 2:24-cv-01151-KCD-NPM    Document 1    Filed 12/17/24    Page 56 of 150 PageID 56

3/25/2021    Acute Kidney Injury During Warfarin Therapy Associated With Obstructive Tubular Red Blood Cell Casts: A Report of 9 Cases - Science...

[<] **Previous**                                                                                    **Next** [>]

## Index Words

Warfarin; occlusive red blood cell (RBC) casts; glomerular hemorrhage; renal pathology; acute kidney injury

Recommended articles        Citing articles (127)

Originally published online as doi:10.1053/j.ajkd.2009.04.024 on July 6, 2009.

View full text

Copyright © 2009 National Kidney Foundation, Inc. Published by Elsevier Inc. All rights reserved.



About ScienceDirect

Remote access

Shopping cart

Advertise

Contact and support

Terms and conditions

Privacy policy

We use cookies to help provide and enhance our service and tailor content and ads. By continuing you agree to the **use of cookies**.
Copyright © 2021 Elsevier B.V. or its licensors or contributors. ScienceDirect ® is a registered trademark of Elsevier B.V.
ScienceDirect ® is a registered trademark of Elsevier B.V.

RELX™



D2

**EXHIBIT E**

**Encounter #1**

**History & Physical Report**
**6/19/2008: Office Visit – CEREBRAL PALSY, NOS (343.9), MENTAL RETARDATION, NOS (319.), OVARY, PERSONAL HISTORY OF MALIGNANT NEOPLASM (V10.43) (Joseph A. Testa MD)**
*Laura Roche*
6/19/2008 10:16 AM
Location: Family Practice Cape
Patient ID: 1169650
DOB: 1/4/1960
Single / Language: Undefined / Ethnicity: Undefined
Female

History of Present Illness (Joseph A. Testa MD; 6/19/2008 12:59 PM)
    Patient's words: np to establish Cerebral Palsy victim in wheel chair. Recent Ovarian Ca and treatment program. On Coumadin for 6 months. INR-1.5 on coumadin 2.5mg.

    The patient is a 48 year old female who presents with a complaint of cancer surveillance. The site(s) / type(s) of cancer is/are ovarian. The patient's appetite is normal. Nutrition: normal/adequate. There has been abdominal distention, fatigue and weight loss, while there has not been abdominal pain, bleeding or bone pain. Physical limitations include difficulty in moving without wheelchair. Help and support are provided by a home health service. Cancer Surveillance notes: Pt with known CP restricted to electric Wheelchair. In April had Ovarian CA with surgery Dr Roland and now in Chemo program. On Coumadin next 6 months and needs monitored. Sleep problem for yrs on Ambien. Constipation on Colace 100 bid. Need prn MOM. Lives in group home with 24hr home health care at nite.

Additional complaint:

Memory impairment  is described as the following :
The onset of the memory impairment has been variable and has been occurring in a persistent pattern for years. The course has been constant. The memory impairment is characterized as partial, a loss of recent memory and a loss of remote memory. The symptoms have been associated with focal neurological deficits, history of encephalitis and intellectual deterioration. Memory impairment notes: Cerebral Palsy from Perinatal Hypoxia. Spastic state.

Allergies (Joseph A. Testa MD; 6/19/2008 1:06 PM)
Taxol *ANTINEOPLASTICS*
Allergy History Unknown

Family History (Joseph A. Testa MD; 6/19/2008 1:06 PM)
Father.  Alive, none known
Mother.  Alive, kidney transplant
Brother 1.  Alive, none known

Problem List/Past Medical (Joseph A. Testa MD; 6/19/2008 1:06 PM)
Ovarian Cancer. 2008
Hysterectomy. 2008
*HIPAA Form Completed.  Jane Marshall- Residential Group Home Manager
Vickie Chapman- Director of group Home
Danielle Jacobs- Care giver
Blindness
Dr Daller.  Urologist
Dr. Pellet.  Dentist
Cerebral Palsy
Mental Retardation

Social History (Joseph A. Testa MD; 6/19/2008 1:06 PM)
Caffeine Use.  couple times a week
Alcohol Use.  No

Medication History (Joseph A. Testa MD; 6/19/2008 3:05 PM)
Thera Plus (one Oral every day) Active - Hx Entry.
Calcium 500 (500MG Tablet one Oral at dinner) Active - Hx Entry.
Bumex (2MG Tablet one Oral daily) Active - Hx Entry.
Tizanidine HCl (4MG Tablet one Oral four times daily) Active - Hx Entry.
Zolpidem Tartrate (5MG Tablet one Oral at bedtime) Active - Hx Entry.
Warfarin Sodium (2.5MG Tablet one Oral bedtime) Active - Hx Entry.



Review of Systems (Joseph A. Testa MD; 6/19/2008 3:35 PM)
**General:** *Not Present*- Fatigue and Fever.
**HEENT:** *Present*- Visual Loss.
**Respiratory:** *Not Present*- Cough, Decreased Exercise Tolerance and Dyspnea.
**Cardiovascular:** *Not Present*- Chest Pain, Claudications, Edema, Orthopnea, Paroxysmal Nocturnal Dyspnea and Shortness of Breath.
**Gastrointestinal:** *Not Present*- Change in Bowel Habits, Constipation and Nausea.
**Female Genitourinary:** *Present*- Absence of Menstruation. **Note:** *Hysto and BSO.*
**Neurological:** *Present*- Leg Pain, Decreased Memory, Difficulty Speaking, Focal Neurological Symptoms, Incoordination, Trouble walking, Unsteadiness, Visual Changes, Weakness In Extremities and Ataxia. *Not Present*- Weakness.
**Endocrine:** *Not Present*- Appetite Changes, Cold Intolerance and Heat Intolerance.

Vitals (Julia Paraschak; 6/19/2008 10:22 AM)
<u>6/19/2008 10:18 AM</u>
**Pulse:** 68 (Regular)
**BP:** 124/90     Manual (Sitting, Left Arm, Standard)

Physical Exam (Joseph A. Testa MD; 6/19/2008 1:16 PM)
The physical exam findings are as follows:

**General**
**General Appearance** - Lethargic / slow. Not in acute distress. **Build & Nutrition** - Petite and Poorly developed. **Posture** - Sitting propped up. **Gait** - Spastic, Stiff and Unsteady.

**Skin**
**General: Color** - Normal color. **Moisture** - Normal Moisture.

**Neck**
**Thyroid:** Gland - Normal size and consistency.

**Chest and Lung Exam**
**Inspection: Shape** - Normal.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** – No Adventitious sounds.

**Cardiovascular**
**Palpation/Percussion:**
**Point of Maximal Impulse:** - Normal.
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
**Inspection:**
**Skin: Scar** - Generalized.
**Palpation/Percussion:**
**Liver: Other Characteristics** - No Hepatomegaly.
**Spleen: Other Characteristics** - No Splenomegaly.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.

**Peripheral Vascular**
**Lower Extremity:**
**Palpation: Edema - Bilateral** - No edema.

**Neurologic**
Neurologic evaluation reveals  - *Note: Has all stigmata of Cerebral Palsy with mental retardation and spastic neurological condition.*
**Mental Status: Affect** - inappropriate and apathetic. **Speech** - Dysarthric, Slow, Word comprehension impaired and Writing impaired. **Thought content/perception** - No Auditory hallucinations or Visual hallucinations. **Cognitive function** - Abstract thinking impaired, Concentration impaired, Judgment impaired and Problem solving impaired.

Assessment & Plan (Joseph A. Testa MD; 6/19/2008 3:38 PM)
**CEREBRAL PALSY, NOS (343.9)**
   *Plans:*
      Tizanidine HCl (4MG Tablet one Oral four times daily, 06/19/2008) Ordered.
**MENTAL RETARDATION, NOS (319.)**
   IQ below 70.
**OVARY, PERSONAL HISTORY OF MALIGNANT NEOPLASM (V10.43)**
   *Plans:*
      Ambien (10MG Tablet 1 (one) Tablet Oral at bedtime, #30 Tablet, Ref. x5 #30 Tablet, 06/19/2008) Ordered.
   Coumadin (5MG Tablet 1 (one) Tablet Oral every other day, #30 Tablet, Ref. x5 #30 Tablet, 06/19/2008) Ordered.
      5 mg MWF and 2.5 TTSS.
      Bumex (2MG Tablet one Oral daily, 06/19/2008) Ordered.
   Follow up in 1 week.

E-2



Signed by Joseph A. Testa MD (6/19/2008 3:38 PM)



**EXHIBIT F**

**Encounter #3**

**History & Physical Report**
**7/9/2008: Office Visit - PULMONARY EMBOLISM (415.19), OVARY, PERSONAL HISTORY OF MALIGNANT NEOPLASM (V10.43), DECUBITUS ULCER, BUTTOCK (707.05), MENTAL RETARDATION, NOS (319.), DERMATITIS, UNSPECIFIED CAUSE (692.9), CEREBRAL PALSY, NOS (343.9) (Joseph A. Testa MD)**

***Laura Roche***
7/9/2008 8:11 AM
Location: Family Practice Cape
Patient ID: 1169650
DOB: 1/4/1960
Single / Language: Undefined / Ethnicity: Undefined
Female

History of Present Illness (Joseph A. Testa MD; 7/9/2008 12:56 PM)
    Patient's words: Post Hosp for FUO with known stage 3 ovarian Ca in Chemo program Since hospital has developed buttocks Decubitus given Alavaster and covers. Need referral wound care. INR today 3.0.. Still low grade Temp at times. All Cultures negative. May be related to Chemo and disease process  Prior Hosp had PE. Rash Rt chest appear contact type.

    The patient is a 48 year old female who presents for a  recheck of  cancer surveillance. The site(s) / type(s) of cancer is/are ovarian. The patient's appetite is normal. Nutrition: normal/adequate. There has been abdominal distention, fatigue and weight loss, while there has not been abdominal pain, bleeding or bone pain. Physical limitations include difficulty in moving without wheelchair. Help and support are provided by a home health service. Cancer Surveillance notes: Pt with known CP restricted to electric Wheelchair. In April had Ovarian CA with surgery Dr Roland and now in Chemo program. On Coumadin next 6 months and needs monitored. Sleep problem for yrs on Ambien. Constipation on Colace 100 bid. Need prn MOM. Lives in group home with 24hr home health care at nite.

Additional complaint:

Recheck of  Memory impairment  is described as the following :
The onset of the memory impairment has been variable and has been occurring in a persistent pattern for years. The course has been constant. The memory impairment is characterized as partial, a loss of recent memory and a loss of remote memory. The symptoms have been associated with focal neurological deficits, history of encephalitis and intellectual deterioration. Memory impairment notes: Cerebral Palsy from Perinatal Hypoxia. Spastic state.

Allergies (Joseph A. Testa MD; 7/9/2008 12:54 PM)
Taxol *ANTINEOPLASTICS*
Allergy History Unknown

Family History (Joseph A. Testa MD; 7/9/2008 12:54 PM)
Father.  Alive, none known
Mother.  Alive, kidney transplant
Brother 1.  Alive, none known

Problem List/Past Medical (Joseph A. Testa MD; 7/9/2008 12:54 PM)
Ovarian Cancer. 2008
Hysterectomy. 2008
*HIPAA Form Completed.  Jane Marshall- Residential Group Home Manager
Vickie Chapman- Director of group Home
Danielle Jacobs- Care giver
Blindness
Dr Daller.  Urologist
Dr. Pellet.  Dentist
Cerebral Palsy
Mental Retardation

Social History (Joseph A. Testa MD; 7/9/2008 12:54 PM)
Caffeine Use.  couple times a week
Alcohol Use.  No

Medication History (Joseph A. Testa MD; 7/9/2008 12:54 PM)



Coumadin (5MG Tablet 1 (one) Oral every other day, Taken starting 06/25/2008) Ordered - Hx Entry. (5 mg MWF and 2.5 TTSS.)
Tizanidine HCl (4MG Tablet one Oral four times daily, Taken starting 06/19/2008) Active - Hx Entry.
Bumex (2MG Tablet one Oral daily, Taken starting 06/19/2008) Active - Hx Entry.
Ambien (10MG Tablet 1 (one) Oral at bedtime, Taken starting 06/19/2008) Ordered - Hx Entry.
Thera Plus (one Oral every day) Active - Hx Entry.
Calcium 500 (500 Tablet one Oral at dinner) Active - Hx Entry.
Zolpidem Tartrate (5MG Tablet one Oral at bedtime) Active - Hx Entry.
Warfarin Sodium (2.5MG Tablet one Oral bedtime) Active - Hx Entry.


Review of Systems (Joseph A. Testa MD; 7/9/2008 12:54 PM)
**General:** *Not Present-* Fatigue and Fever.
**HEENT:** *Present-* Visual Loss.
**Respiratory:** *Not Present-* Cough, Decreased Exercise Tolerance and Dyspnea.
**Cardiovascular:** *Not Present-* Chest Pain, Claudications, Edema, Orthopnea, Paroxysmal Nocturnal Dyspnea and Shortness of Breath.
**Gastrointestinal:** *Not Present-* Change in Bowel Habits, Constipation and Nausea.
**Female Genitourinary:** *Present-* Absence of Menstruation. **Note:** *Hysto and BSO.*
**Neurological:** *Present-* Leg Pain, Decreased Memory, Difficulty Speaking, Focal Neurological Symptoms, Incoordination, Trouble walking, Unsteadiness, Visual Changes, Weakness In Extremities and Ataxia. *Not Present-* Weakness.
**Endocrine:** *Not Present-* Appetite Changes, Cold Intolerance and Heat Intolerance.


Vitals (Joseph A. Testa MD; 7/9/2008 12:54 PM)

BP 122/90 P-80.


Physical Exam (Joseph A. Testa MD; 7/9/2008 12:55 PM)
The physical exam findings are as follows:


**General**
**General Appearance** - Lethargic / slow. Not in acute distress. **Build & Nutrition** - Petite and Poorly developed. **Posture** - Sitting propped up. **Gait** - Spastic, Stiff and Unsteady.


**Skin**
**General: Color** - Normal color. **Moisture** - Normal Moisture.


**Neck**
**Thyroid:** Gland - Normal size and consistency.


**Chest and Lung Exam**
**Inspection: Shape** - Normal.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.


**Cardiovascular**
**Palpation/Percussion:**
**Point of Maximal Impulse:** - Normal.
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.


**Abdomen**
**Inspection:**
**Skin: Scar** - Generalized.
**Palpation/Percussion:**
**Liver: Other Characteristics** - No Hepatomegaly.
**Spleen: Other Characteristics** - No Splenomegaly.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.


**Peripheral Vascular**
**Lower Extremity:**
**Palpation: Edema - Bilateral** - No edema.


**Neurologic**
Neurologic evaluation reveals  - *Note: Has all stigmata of Cerebral Palsy with mental retardation and spastic neurological condition.*
**Mental Status: Affect** - inappropriate and apathetic. **Speech** - Dysarthric, Slow, Word comprehension impaired and Writing impaired. **Thought content/perception** – No Auditory hallucinations or Visual hallucinations. **Cognitive function** - Abstract thinking impaired, Concentration impaired, Judgment impaired and Problem solving impaired.


Assessment & Plan (Joseph A. Testa MD; 7/9/2008 12:56 PM)
**PULMONARY EMBOLISM (415.19)**
  **Plans:**
      Coumadin (5MG Tablet 1 (one) Tablet Oral every other day, #30 Tablet, Ref. x5 #30 Tablet, 07/09/2008) Ordered.

F2

5 mg MWF and 2.5 TTSS.
Follow-up in 2 weeks.

**OVARY, PERSONAL HISTORY OF MALIGNANT NEOPLASM (V10.43)**
**DECUBITUS ULCER, BUTTOCK (707.05)**
  *Plans:*
    Referral to Wound Care Clinic
**MENTAL RETARDATION, NOS (319.)**
IQ below 70.
**DERMATITIS, UNSPECIFIED CAUSE (692.9)**
  *Plans:*
    Topicort (0.25% Cream apply Cream External two times daily, #60 Gram(s), Ref. x3 #60 Gram(s), 07/09/2008) Ordered.
**CEREBRAL PALSY, NOS (343.9)**

Signed by Joseph A. Testa MD (7/9/2008 12:57 PM)



**EXHIBIT G**

**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

### Consults (continued)

Consults by Newman, Sara, M.D. at 10/3/2019 5:23 PM (continued)

Sara Newman MD

Electronically signed by Newman, Sara, M.D. at 10/3/2019 5:58 PM

### Progress Notes

Progress Notes by McKenzie, Aldene A, D.O. at 9/19/2019 7:11 AM

| Author: McKenzie, Aldene A, D.O. | Specialty: Family Medicine, Consulting Physician | Author Type: Physician |
|---|---|---|
| Filed: 9/19/2019 2:29 PM | Date of Service: 9/19/2019 7:11 AM | Status: Signed |
| Editor: McKenzie, Aldene A, D.O. (Physician) | | |

**Assessment/ Plan**
**1. Complicated urinary tract infection-** Continue Rocephin. ID consulted. Lactic acid wnl. Initial cultures- G neg rods/ E coli/ negative for resistance markers.
**2. History of diastolic congestive heart failure- no echo available for review.**
**3. Hypertension- BP ok**
**4. Insomnia**
**5. GERD**
**6. Depression- On Zoloft**
**7. Chronic anti-coagulation secondary to history of PE-** Continue warfarin managed by pharm
**8. History of ovarian cancer**
**9. Obstructive uropathy-**Urology and ID consulted
**10.Cerebral palsy**
**11. Chronic kidney disease stage III-** avoid nephrotoxics
**12. Hypokalemia-** check Mag and Phos. Replace and repeat at 1600
**13. Hyperglycemia-**without diagnosis of T2DM. Check A1c.

### Subjective:

LOS: 0
PCP: Abdou, Jeanne A.

**Chief Complaint:** Patient s/e. Caregiver at bedside. SHe reports patient has no symptoms when she has a UTI other than back pain, fever, change in lab such as INR. Pt reports back pain. Per caregiver this was improved with IV tylenol day prior.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | |
| *r/t kidney disease* | |
| • Bladder incontinence | |
| • Blood transfusion without reported diagnosis | |
| *2016, 2017 hematoma. denies reaction* | |
| • Bowel incontinence | |



**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

## Progress Notes (continued)

Progress Notes by McKenzie, Aldene A, D.O. at 9/19/2019  7:11 AM (continued)

- Calculus of kidney
- Cancer (HCC)
  *Ovarian cancer*
- Cerebral palsy (HCC)
- Cerebral palsy (HCC)
- Cerebral palsy (HCC)                                                04/18/2019
- CKD (chronic kidney disease) stage 3, GFR 30-59 ml/min (HCC)
- Compression fracture
  *post fall 12/2014*
- Contracture of joint
  *lt leg, rt arm*
- Dependent for activity
  *total assist for transfer. NON-WT bearing*
- Edema
  *bilat lower extremity*
- Encounter for care or replacement of suprapubic tube (HCC)
- Encounter for venous access device care
  *mediport in place*
- Infection due to extended spectrum beta lactamase (ESBL) producing   1/3/2017
  Enterobacteriaceae bacterium
  *ESBL M. Morganii urine 12/29/16*
- MDRO (multiple drug resistant organisms) resistance                 1/3/2017
  *ESBL M. Morganii urine 12/29/16*
- Mental retardation
  *Mild*
- Neoplasm of unspecified nature, site unspecified
  *ovarian with surgery and chemo*
- Other nonspecific abnormal finding
  *abd tumor*
- Pneumonia
- Port catheter in place
  *Power Port*
- Pressure injury of buttock, stage 1                                 04/18/2019
  *info obtained from group home care provider - please assess on arrival*
- Pressure ulcer of ankle, left, unstageable (HCC)                    04/18/2019
  *assess on arrival, info provided by caregiver, treated by Dr. Tamir*
- Pulmonary embolism (HCC)                                            2007, 2008
  *after hysterectomy and as teenager*
- Suprapubic catheter (HCC)                                           04/18/2019
- Unspecified essential hypertension
- Urinary tract infection
  *CHRONIC UTIs*

**EXHIBIT H**

**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

Encounter-Level Documents - 09/18/2019:

Outside Records - Scan on 10/8/2019 9:24 AM: LARC CAPE CORAL (below)

LARC, Inc. - Face Sheet Report

Changed By:                                         Date:

Name: Laura S. Roche                SS No.: 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        Nickname:

Employer Information (Other than LARC Employed)

Employer:                                           Job Start Date:
Street Address:                                     Contact Person:
Mail Address:                                       Employer Phone No.:
City:                   State:    ZIP:              Pay Rate:
Work Days/Hours:                    Employee Benefits:
SE Transportation:

LARC Program(s) Active

Program: ADAP/T        Dept.: ADAP/T          Program Manager: Rebecca Peels
Admission Date:  8/1/2014                     Direct Care Staff:
Discharge:
Transportation: Goodwheels - PM only       Pick Up:
                                           Return:
Comments: 8/1/14 transfer from ADT B to ADAP/T - will attend M/W/F partial days. 11/16/15 will attend
M/T/W/F. Eff 1/28/16 will attend M-F

Program: Group Homes   Dept.: Cape Coral       Program Manager: Jane Marshall
Admission Date:  9/9/1997                      Direct Care Staff: Various
Discharge:
Transportation:                              Pick Up:
                                             Return:
Comments:

LARC Program(s) Inactive

Program: NRSS          Dept.: GS-QA            Program Manager: Pamela Jenkins
Admission Date:    5/4/2009                    Direct Care Staff: Various
Discharge:10/19/2017 -    Service not provided due to health issues
Transportation:                              Pick Up:
                                             Return:
Comments:

Program: Workshop      Dept.: SubContract 3    Program Manager: Roberta Noland
Admission Date:  4/12/2013                     Direct Care Staff: Judy Rogers
Discharge:  8/1/2014 +    Client transferred to ADAP/T Pgm due to increased level of care required.
Transportation: Goodwheels                   Pick Up:
                                             Return:
Comments: Will attend M & F partial days

Other Contacts (Not Next of Kin or Legal Guardian)
Name/Street Address/Mail Address:        Relationship      Meetings/      Home Phone No.    Work Phone No:
                                                           Correspondence;

Adm Dt 9/18/2019
ROCHE, LAURA SUSAN
HAR: 86221870 CSN: 86070833
DOB: 1/4/1960 (59 yrs) Female
MRN: 30078948                    G

5/28/2019                                                                  Page 4 of 4





**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

**OBSTETRIC INFO (continued)**

Encounter-Level Documents - 09/18/2019: (continued)

LARC, Inc. - Face Sheet Report

Changed By:                                          Date:
                                Nickname:                          ID Code:  RocL

Name:  Laura S. Roche
Social Security No.: 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          Date of Birth:  1/4/1960          LARC Admission Date: 1/5/1981
Client No.:  01356          W4:  S1          WC Class:  9999          Gender:  Female    Medicaid No.: 1555861326
Phone No.: (239) 458-3712                                  Race:  Cau          Medicare No.:  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-A
Group Home:  Cape Coral Group Home                      Group Home Cell:  (239)896-4121
Street Address:  902 SE 30th St
Mailing Address:  902 SE 30th St
City:  Cape Coral          State:  FL          ZIP:  33904    ZIP2:          County:  Lee
Next of Kin:  Michael Roche                      Relationship:  Father
Home Phone:                                  Work Phone:
Street Address:
Mailing Address:
City:                      ST:          ZIP:          ZIP2:
Legal Status:  Adult Legal

Client Guardian(s)/Street Address/Mail Address: Relationship      Home Phone No.          Work Phone No.

LARC Program(s)          Program Adm. Date      Program Manager
ADAP/T                          8/1/2014              Rebecca Peets
Group Homes                  9/9/1997              Jane Marshall

Support Coordinator:  Tiffany Attla                      Phone No.  239-677-9688
Sup. Co. Agency:  T.J.A. Supports, Inc.                      Fax:  fx 941-979-9869
Sup. Plan Date: 9/1/2018      SC Address:  2475 Odessa Ln
Assigned Annual Date:                      Punta Gorda          FL      33983
SC Email:  tiffanyattla@yahoo.com

LARC Discharge Date:          Reason:

5/28/2019                                              Page 1 of 4

H₂



**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

---

**OBSTETRIC INFO (continued)**

Encounter-Level Documents - 09/18/2019: (continued)

---

LARC, Inc. - Face Sheet Report

Changed By: ........      Date:

**EMERGENCY INFORMATION**

Name: Laura S. Roche                     SS No.: 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      Nickname:

In Case of Emergency Notify - Other Than Parent, Guardian, Group Home

| Name | Relationship | Home Phone No. | Work Phone No. |
|------|--------------|----------------|----------------|
| 1 Jane Marshall | Group Home Mgr | (239) 696-4121 | |

Hospital: Gulf Coast & HealthPark
Medical Ins. Co.: Medicare/Medicaid                     Phone No.:
LARC Employee                          Policy #.: 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A/1555861326
WC Class: 9999      WC Class=Workshop And SE /WC Clients Only
                    9999=NE/On LARC's Workers Compensation Ins Policy
                    All Other Class Codes=On LARC's Workers Compensation Ins Policy

| Doctors: | Specialty | Phone No. |
|----------|-----------|-----------|
| 1 Jeanne Abdou, ANRP | Primary Care Physician | (239) 574-1988 |
| 2 Dr.Orr/Denise Mahoney PA | Oncologist | (239)334-6626 |
| 3 Dr. Veronique Fernandez Salvador | Urologist | 239-689-8800 |
| 4 Dr. Elena Gatskevich | Infectious Disease | 239-343-1448 |
| 6 Dr. Donato | Dentist | 941-405-0338 |
| 7 Dr. Conrey | Nephrologist | 239-939-0999 |
| 8 Jeanette Pepitone RN | Avidity Home Health | 239-337-9522 |
| 9 William Keith | Gastroenterologist | 239-772-3636 |
| 10 Dr. Francesca Swartz | Orthopedic | 239-334-7000 |
| 11 Dr. Jeremy Tamir | Wound Care | 239-343-0454 |

| Medication | Dose/Frequency | Doctor | Date | Reason |
|------------|----------------|--------|------|--------|
| 1 Docusate Sodium (Colace) | 100 mg twice daily | Jeanne Abdou, AN | Current | stool softener |
| 2 Coumadin | alternating daily schedule | Jeanne Abdou, AN | Current | blood thinner |
| 3 Sertraline HCl (Zoloft) | 50mg tab; 1 tab daily | Jeanne Abdou, AN | Current | depression |
| 4 Atenolol | 25 mg @ hs | Jeanne Abdou, AN | Current | hypertension |
| 5 Spironolactone | 50 mg tab; 1 tab daily | Jeanne Abdou, AN | Current | Edema |
| 6 Amitripyline | 25mg Take 5 tabs at bedtime | Jeanne Abdou, AN | Current | Sleep Aid |
| 7 Lunesta | 3mg tab - 1 tab at bedtime | Jeanne Abdou, AN | Current | Sleep Aid |
| 8 Folivane Plus Capsule | 1 Capsule Daily | Dr. Conrey | Current | Nephrology/Increase iron |
| 9 Ranitidine | 150 mg. tab | Dr. Keith | Current | Urologist |
| 10 Miralax | 1 capful every other day | Jeanne Abdou | Current | Stool Softener |
| 11 Vitamin D2 | 1.25mg(50,000 units) on 1st and 15th of every month | Dr. Conrey | Current | Supplement |
| 12 Calmoseptine | Apply 3x/day | Jeanne Abdou | Current | Barrier Cream |

Disabilities  1  Developmental Disability
              2  Cerebral Palsy
              3  Non-Ambulatory
              4  Ovarian Cancer (Diagnosis)
              5  CKD Stage 3 (Diagnosis)

5/28/2019                                               Page 2 of 4

---

H 3



| LEE MEMORIAL HEALTH SYSTEM | LM HIM ROI<br>2776 Cleveland Ave.<br>Fort Myers FL 33901<br>IP Encounter Report | Roche, Laura Susan<br>MRN: 30078948, DOB: 1/4/1960, Sex: F<br>Adm: 9/18/2019, D/C: 10/4/2019 |

## OBSTETRIC INFO (continued)

**Encounter-Level Documents - 09/18/2019: (continued)**

LARC, Inc. - Face Sheet Report
Changed By:                                    Date:

6  Chronic Anti-coagulation  (Diagnosis)
7  Neurogenic Bladder-Foley  (Diagnosis)

Authorization For Medication Administration Form Date: 5/15/2019    Informed Consent Form Date: 5/13/2019

TB Test / Date:  Negative 8/8/05

Allergies:  TAXOL, Sulfa - both caused rashes. Latex - also causes inflamed rash. Adhesive (medical tape) rash, breakdown

Special Precautions:  1)Avoid dark green leafy vegetables as they react with Coumadin causing clotting of blood to take longer 2)Bard power pump (right breast) medi port 3) Foley Catheter

Restrictions:  N/A

Comments:  Mother (Roberta Roche) passed away 2016. Laura was assigned a key to the CC Grp Hm 9/4/07. Brother: Richard Roche        NOTE: Wheelchair weight 90.2 lbs.

5/28/2019                                                                                                 Page 3 of 4

H4

**EXHIBIT I**



# LEE MEMORIAL HEALTH SYSTEM
Lee Memorial Hospital
Fort Myers, FL 33901

| | | | | |
|---|---|---|---|---|
| **NAME:** | Roche, Laura | **MR#:** | 35-98-73 | **ACCT#:** 7131471 |
| **DOB:** | 01/04/1960 | **PT CLASS:** | I | |
| **SEX:** | F | **CLINIC CODE:** | GO | |
| **AGE:** | 48 | **ADMIT DATE:** | 04/24/2008 | |
| **ROOM #:** | L6N 6106 A | | | **RPT:MT01** |

ATTENDING PHYSICIAN:    Edward C. Grendys, Jr., MD
ADMITTING PHYSICIAN:    Edward C. Grendys, Jr., MD
PRIMARY CARE PHYSICIAN:    Robert R Tate, MD

DATE PERFORMED:    04/24/2008

ADMITTING PHYSICIAN:    Edward C. Grendys Jr., MD

REASON FOR ADMISSION: Large pelvic mass.

HISTORY OF PRESENT ILLNESS: The patient is a 48-year-old female with a known diagnosis of cerebral palsy. The patient presented to the emergency department at Cape Coral Hospital five days prior to this admission with complaint of nausea and vomiting of two days' duration. This was also associated with diarrhea. Prior to this the patient had not noted any change in her bowel habits, no change in her ability to void, and she denied any early satiety. The patient was initially admitted at Cape Coral with a diagnosis of small bowel obstruction. This was actually confirmed on flat right, upright, and CAT scan, which showed a large degree of dilated loops of bowel. The patient failed to respond to conservative measures of nasogastric tube drainage and a small bowel followthrough was performed. This showed the small bowel to be unremarkable and barium was identified in the cecum in one hour with elevation of sigmoid colon. These all appeared to be secondary to a large pelvic mass that was assumed to be coming from the ovary.

PAST MEDICAL HISTORY: The patient has cerebral palsy. Since the onset of these symptoms and hospitalization the patient has had a decrease in her normal activity, but of note, the patient does not stand or walk. She can transfer from bed to chair with assistance. The patient denies additional medical problems and denies any history of diabetes, hypertension, heart, lung, liver, or kidney disease. She has no history of seizures or convulsions.

PAST SURGICAL HISTORY: Positive for having a rod placed in her back.

PAST OB/GYN HISTORY: The patient was menopausal at the age 42. She has had no postmenopausal bleeding. She denies any history of uterine fibroids, ovarian masses, or abnormal Pap smears.

ALLERGIES: No known drug allergies.

SOCIAL HISTORY: She denies tobacco, alcohol, or drug use.

PRESENT MEDICATIONS: Vitamins, calcium, and Dextral.

FAMILY HISTORY: Negative for cancer, but positive for mother requiring a kidney transplant and that she was told was congenital.

---

2008/04/25 21:53        +239 335 7787        LEE MEMORIAL        p. 273    (6)

# LEE MEMORIAL HEALTH SYSTEM
Lee Memorial Hospital
Fort Myers, FL 33901

| | | | | |
|---|---|---|---|---|
| **NAME:** | Roche, Laura | **MR#:** | 35-98-73 | **ACCT#:** 7131471 |
| **DOB:** | 01/04/1960 | **PT CLASS:** | I | |
| **SEX:** | F | **CLINIC CODE:** | GO | |
| **AGE:** | 48 | **ADMIT DATE:** | 04/24/2008 | |
| **ROOM #:** | L6N 6106 A | | | **RPT:MT01** |

**ATTENDING PHYSICIAN:** Edward C. Grendys, Jr., MD
**ADMITTING PHYSICIAN:** Edward C. Grendys, Jr., MD
**PRIMARY CARE PHYSICIAN:** Robert R Tate, MD

REVIEW OF SYSTEMS: Full review of systems was performed and is positive only for those findings in the history of present illness.

PHYSICAL EXAMINATION:
GENERAL:       The patient is a 48-year-old female who appears in no acute distress.
VITAL SIGNS:   Temperature is 96.2 degrees, respirations 16, heart rate 103, blood pressure 148/87, and O2 saturation is 99% on room air.
HEENT:         Pupils are equal, round, and reactive to light. Extraocular movements are not capable of doing, since she has irregular eye movements.
NECK:          Thyroid not palpable.
CHEST:         Lungs are clear.
BREASTS:       There was a small cystic area in the left breast, the outer upper quadrant.
HEART:         Regular rate and rhythm.
ABDOMEN:       Mildly distended. There is some irregular palpable mass from just above the umbilicus.
PELVIC:        Her cervix is deviated anteriorly, almost behind the symphysis. There was a palpable cystic mass filling the cul-de-sac and the adnexa. This was palpable abdominally and appears to be larger on the right side versus the left.
EXTREMITIES:   No calf tenderness. The patient has some contractures of her lower extremities in minimal movements.

RADIOLOGICAL STUDIES: The small bowel followthrough shows a unremarkable small bowel. There was barium that went to the cecum within one hour. There was a large mass involving the pelvis with stretching and elevating the sigmoid colon and displacing small bowel loops superiorly.

LABORATORY DATA: On the day of admission, the patient's CBC showed a white count of 8.9, hematocrit of 35.9, and 82 neutrophils. Her BMP was remarkable for a sodium of 146, potassium of 3.2, BUN and creatinine 11/0.5. Her CA-125 was elevated at 355.

IMPRESSION:
1. Large pelvic mass with an elevated CA-125, but no additional findings, may be indicative of ovarian cancer.
2. Known history of cerebral palsy.

---

I2

2008/04/25 21:53        +239 335 7767        Lee Memorial        p. 3/3    [0]

# LEE MEMORIAL HEALTH SYSTEM
Lee Memorial Hospital
Fort Myers, FL 33901

| | | | | |
|---|---|---|---|---|
| **NAME:** | **Roche, Laura** | **MR#:** | **35-98-73** | **ACCT#:** | **7131471** |
| DOB: | 01/04/1960 | PT CLASS: | I | |
| SEX: | F | CLINIC CODE: | GO | |
| AGE: | 48 | ADMIT DATE: | 04/24/2008 | |
| ROOM #: | L6N 6106 A | | | **RPT:MT01** |

| | |
|---|---|
| **ATTENDING PHYSICIAN:** | Edward C. Grendys, Jr., MD |
| **ADMITTING PHYSICIAN:** | Edward C. Grendys, Jr., MD |
| **PRIMARY CARE PHYSICIAN:** | Robert R Tate, MD |

PLAN: The patient is to be admitted to the Florida GYN/oncology service and will probably be brought to the operating room within a day. She will require medical clearance secondary to her mild electrolyte imbalance and history of cerebral palsy.

Dictated by Denyse M. Mahoney, PA

Electronically Affixed Signature

Edward C. Grendys, Jr., MD

Distribution: Edward C. Grendys, Jr., MD
Robert R Tate, MD

**Dictating Physician: Edward C. Grendys, Jr., MD**
**02466**
Dictated: Job # 006742365 on 04/24/2008 6:38 P
Transcribed: Doc # 3703350 by g84 on 04/25/2008 8:29 A
Printed: 4/25/2008 9:16 AM

I 3

**EXHIBIT J**



**FLORIDA GYNECOLOGIC ONCOLOGY**

*James W. Orr, Jr., M.D.*
*FACOG, FACS*
*Medical Director*
*Florida Gynecologic Oncology*
*and Regional Cancer Center*

*Edward C. Grendys, M.D.*
*FACOG, FACS*
*Director Clinical Research*

*Fadi Abu Shahin, M.D.*

*Robert E. Barden, M.D.*
*FACOG*

*Denyse M. Mahoney, PA-C*

August 17, 2011

Joseph Testa, MD
1304 S.E. 8th Terrace
Cape Coral, FL 33990

RE:   ROCHE, LAURA

Dear Joseph:

Enclosed please find my recent note on Laura Roche. As you can see I believe she has no evidence of disease. I am clearly being conservative in evaluating her as I would very much like to avoid any additional form of systemic therapy if at all possible.

Additionally I write to introduce or perhaps reintroduce the concept of our new multidisciplinary breast clinic that is held biweekly at the Regional Cancer Center (at the intersection of Colonial Boulevard and interstate 75). Women with newly diagnosed breast cancer are evaluated by a medical oncologist, surgical oncologist, and radiation therapist. The clinical findings are then correlated with pathology as well as appropriate radiologic imaging. After this single "one stop" visit, women leave with a comprehensive multidisciplinary care plan based on NCCN Guidelines. Obviously they can seek their personal care from any physician locally, regionally or even nationally. Please be assured that all of the women (as well as their caregivers and loved ones and family members) who have availed themselves to this clinic have been ecstatic regarding the opportunity to receive this state of the art care in a single morning visit.

If I can be of assistance to you in getting new breast cancer patients to this multidisciplinary clinic, please feel free to contact me on my cell (239-994-7940) or you or your office can contact our breast navigators directly (Dara: 239-343-9543 or Tammy: 239-343-9546).

Look forward to hearing from you.

Warmest personal regards,

James W. Orr, Jr., MD
JWO/pd

DD: 08/17/2011
DT: 08/18/2011
fgo

**EXHIBIT K**

**Patient: Laura Roche (1169650)**
Review Date: 11/26/2014 9:47 AM
Order Date: 11/25/2014 4:05 PM
Report Date: 11/26/2014 7:55 AM
Performed Date: 11/25/2014 4:05 PM
Procedure [Final, Reviewed]: CT ABDOMEN AND PELVIS W AND W/O CONTRAST
Diagnosis: Unspecified Diagnosis

**Patient DOB: 1/4/1960**
Reviewed by: Abdou APRN, Jeanne
Ordered by: Abdou APRN, Jeanne

Comments: See Note

(DOB: 01/04/1960

CT ABDOMEN AND PELVIS WITHOUT ORAL AND WITHOUT AND WITH IV CONTRAST

HISTORY:  Increasing abdominal distention.  Cerebral palsy.

COMPARISON: Most recent noncontrast CT abdomen and pelvis 07/16/2014 and cystogram from Cape Coral
Hospital 10/31/2014.

TECHNIQUE:   Computed tomographic imaging of the abdomen and pelvis is performed from the diaphragms to
the symphysis pubis without and with the use of 100 mL Isovue-300 nonionic intravenous contrast.  Oral
contrast was not used.

All CT scans are performed using radiation dose reduction techniques.  Technical factors are evaluated
and adjusted to ensure appropriate moderation of exposure.  Automated dose management technology is
applied to adjust the radiation dose to minimize exposure while achieving a diagnostic-quality image.

FINDINGS:  The visualized portions of the lung bases demonstrate mild discoid atelectasis and - or
scarring with no pleural effusion.  Heart size is normal and there is no pericardial effusion.  There is
a right-sided Port-A-Cath with port incompletely visualized within the superior right breast
parenchyma.

The liver, gallbladder, spleen, pancreas, and adrenals demonstrate no significant abnormality.

There is moderate dilation with considerable trabeculation of the urinary bladder, which demonstrates no
suspicious abnormality.  There is moderate to marked bilateral hydroureteronephrosis not significantly
changed since older exams including 10/05/2012, and with moderate diffuse bilateral renal cortical
atrophy.  No suspicious renal lesion is appreciated but there is a small benign-appearing cyst along the
lateral aspect left mid kidney.  There is no evidence of ureteral calculus but there is some calcific
debris seen within the dependent posterior dilated calix lower pole left kidney.  There is a small
amount of contrast seen within the dilated pelvocaliceal system on the delayed images, but even after 30
minutes delay there is no contrast appreciated within the ureters or bladder.

Note is made of hysterectomy.  There is no evidence of free intraperitoneal fluid or air.  There is no
evidence of bowel wall thickening or dilation.  There is moderate amount of stool throughout the colon.
Again seen are numerous small and a few mildly prominent nodes throughout the retroperitoneum, the



largest measuring 1.3 cm short axis adjacent to the dilated left renal pelvis.  These nodes are not significantly changed compared to older exams including from 2012, and may be benign - reactive.  There
are moderate diffuse atherosclerotic plaques with moderate diffuse luminal narrowing of the distal abdominal aorta, common and external iliac arteries, and the visualized portions of femoral arteries, which may be at least partly related to chronic disuse.  There is moderate diffuse atrophy of the musculature and pronounced levoscoliosis with moderate to marked diffuse degenerative changes and lower
thoracic through sacral paired Harrington rods in place.  There is also a chronic dislocation superiorly of the right femur with pseudoarticulation just superior to the irregular - appearing acetabulum.  There are also developmental asymmetries of the sacrum and iliac bones with asymmetric thickening of the left
superior pubic ramus and relative low - lying and thin inferior pubic ramus that appears internally deviated.  Pubis is also low - lying and to the right of midline.  No worrisome osseous lesion is identified.


IMPRESSION:

1.  No explanation for reported increasing abdominal distension. No evidence of gastrointestinal obstruction.  Moderate amount of stool throughout colon, same or slightly less than on CT from 07/16/2014.
2.  Chronic moderate to marked bilateral hydroureteronephrosis with evidence of high-grade obstruction,
no contrast appreciated in bladder 30 minutes post injection. This is likely neurogenic related to chronic reflux and stasis, with a persistent mildly dilated and severely thickened / trabeculated urinary bladder. Some calcific debris in dependent lower pole left kidney but no evidence of ureteral calculus.
3.  Numerous small and few mildly prominent retroperitoneal nodes may be benign-reactive with relative
long-term stability.
4.  Additional chronic findings as detailed above.



Thank you for trusting Radiology Regional Center with your referral. If you are a Health Care Provider and would like to speak with a Radiologist concerning this exam, please call 239-425-4510.



11/26/2014 07:56 AM
JOSEPH GHITIS, MD
DL / 11/26/2014 07:54 AM



This report is provided by Radiology Regional Center, P.A.
DEL PRADO
)

---

**EXHIBIT L**

**Encounter #50**

**History & Physical Report**
**9/10/2015: Office Visit – HYPERTENSION, UNSPECIFIED ESSENTIAL (401.9), INSOMNIA, CHRONIC (307.42), ANEMIA (285.9 | D64.9), RENAL FAILURE (586 | N19), DEPRESSION (311 | F32.9), PULMONARY EMBOLISM, CONSTIPATION (564.00 | K59.00) (Jeanne Abdou APRN)**

***Laura Roche***
9/10/2015 9:30 AM
Location: Family Practice Cape
Patient #: 1169650
DOB: 1/4/1960
Single / Language: English / Race: White
Female

History of Present Illness (Jeanne Abdou APRN; 9/13/2015 8:23 PM)
        Patient words: Follow up

        The patient is a 55 year old female who presents for a recheck of Hypertension. The patient has been doing well. Associated features do not include angina, orthopnea, PND, edema, paresthesia, unexplained weakness, severe headache or gait disturbance. ASVD risk factors include hypertension and sedentary lifestyle, while they do not include diabetes mellitus, tobacco use or hyperlipidemia. Past medical history does not include ASCVD, previous cardiac procedure, previous cardiac cath, stroke, TIA or renal dysfunction.The patient does not have an exercise program and limits salt intake. Note for "Hypertension": Pt presents for a f/u for HTN. She is presently on Atenolol 25mg qd. Blood pressure remains stable.Blood pressure today 122/70

Additional reasons for visit:

Recheck of Cerebral palsy is described as the following:
The history comes from the patient and the caregiver. Symptoms include spasticity. The symptoms are reported as unchanged. Associated symptoms include bladder dysfunction, while associated symptoms do not include nausea or vomiting. Current treatment includes home health care and a personal care attendant.

Recheck of Anemia is described as the following:
Symptoms include fatigue, while symptoms do not include bleeding, bruising, shortness of breath, lightheadedness, palpitations, chest pain or syncope. There is no known event that preceded symptom onset. The symptoms occur constantly. The episodes occur daily and last for days. The patient describes this as moderate in severity and worsening. Associated symptoms do not include fever. Pertinent medical history includes previous anemia and renal disease. Note for "Anemia": Pt has a hx of anemia and Renal failure she is under the care of Nephrology. She is on Integra and Theraplus daily.Hbg-10.5,previous-11.1

Recheck of Insomnia is described as the following:
Symptoms include difficulty falling asleep and difficulty staying asleep. Onset was gradual year(s) ago. The symptoms occur nightly. Symptoms are exacerbated by emotional stress and medication(s). Symptoms are relieved by sleep medication. Current treatment includes eszopiclone (Lunesta). By report there is good compliance with treatment, good tolerance of treatment and good symptom control. Note for "Insomnia": Pt has a long history of chronic insomnia. She is on Lunesta nightly with good benefit.

        Chart Review Note (Mardelle DeLight MD; 9/14/2015 7:55 PM)
        I have reviewed the history of present illness and findings.

Problem List/Past Medical (Jeanne Abdou APRN; 9/13/2015 8:18 PM)
**SYMPTOMS INVOLVING URINARY SYSTEM; RETENTION OF URINE, UNSPECIFIED (788.20)**. under the care of Urology,
**EDEMA (782.3 | R60.9)**. Marked 3+ edema of both legs up to thighs
**LONG-TERM (CURRENT) USE OF ANTICOAGULANTS (V58.61 | Z79.01)**. INR done by Home health
**EMBOLISM/INFARCTION, PULMONARY NEC (415.19)**
**ANEMIA (285.9 | D64.9)**
**PULMONARY EMBOLISM (415.19 | I26.99)**
**VAGINAL CANDIDA (112.1 | B37.3)**. recurrent Vaginitis with antibiotics
**DEPRESSION (311 | F32.9)**
**DIARRHEA (787.91 | R19.7)**. Green watery and loose stools
**CEREBRAL PALSY, NOS (343.9)**
**Blindness**
**MENTAL RETARDATION, NOS (319.)**
**OVARY, PERSONAL HISTORY OF MALIGNANT NEOPLASM (V10.43)**
**AFTERCARE, LONG-TERM USE, MEDICATIONS NEC (V58.69)**
**Cerebral Palsy**
**Dr Daller.** Urologist
**Dr. Pellet.** Dentist
**INSOMNIA, CHRONIC (307.42)**
**CONSTIPATION (564.00 | K59.00)**
**HYPERTENSION, UNSPECIFIED ESSENTIAL (401.9)**
**RENAL FAILURE (586 | N19)**
**Mental Retardation**

Past Surgical History (Jeanne Abdou APRN; 9/13/2015 8:15 PM)



**Hysterectomy.** 2008
**Ovarian Cancer.** 2008

Allergies (Monica Sebastian LPN; 9/10/2015 9:30 AM)
**Bactrim \*ANTI-INFECTIVE AGENTS - MISC.\***
**Allergy History Unknown**
**Taxol \*ANTINEOPLASTICS\***
**Sulfa Drugs**

Family History (Jeanne Abdou APRN; 9/13/2015 8:15 PM)
**Mother.** Alive, kidney transplant
**Father.** Alive, none known
**Brother 1.** Alive, none known

Social History (Jeanne Abdou APRN; 9/13/2015 8:15 PM)
**Alcohol Use.** No
**Caffeine Use.** couple times a week
**Tobacco Use.** Never smoker.

Medication History (Monica Sebastian LPN; 9/10/2015 9:32 AM)
Tenormin (25MG Tablet, 1 (one) Oral every morning, Taken starting 08/10/2015) Active.
Lunesta (3MG Tablet, one Oral at bedtime, Taken starting 06/18/2015) Active. (handwritten by Dr De Light)
Chlorhexidine Gluconate (0.12% Solution, 1 Mouth/Throat two times daily for 30 seconds, Taken starting 06/12/2015) Active.
(rinse mouth with 15 ml for 30 seconds after breakfast and bed time. do not brush teeth, rinse mouth or eat after using)
Warfarin Sodium (2.5MG Tablet, 1 Oral 2.5 MWF, 1.25mg TTHSS, Taken starting 05/11/2015) Active.
Amitriptyline HCl (25MG Tablet, five tablets Oral at bedtime, Taken starting 05/04/2015) Active.
Flomax (0.4MG Capsule, 1 Oral nightly, Taken starting 05/04/2015) Active. (prescribed by Urology)
Zoloft (50MG Tablet, 1 (one) Oral every morning, Taken starting 05/04/2015) Active.
Aldactone (25MG Tablet, 1 (one) Oral every morning, Taken starting 04/14/2015) Active.
Integra Plus (1 Oral daily, Taken starting 04/14/2015) Active.
DocQLace (100MG Capsule, 1 Oral two times daily, Taken starting 04/05/2015) Active.
Warfarin Sodium (5MG Tablet, 1 (one) Oral MW, Taken starting 01/22/2015) Active.
Lotrisone (1-0.05% Cream, 1 (one) Cream External two times daily, Taken starting 05/06/2014) Active.
MiraLax (1 Oral at bedtime, Taken 08/22/2013 to 05/28/2013) Active.
Premarin (0.625MG/GM Cream, Vaginal as needed) Active.
Medications Reconciled.

Other Problems (Jeanne Abdou APRN; 9/13/2015 8:18 PM)
**Unspecified Diagnosis**
**SCREENING SKIN TEST PPD TUBERCULOSIS (V74.1 | Z11.1)**
**URINARY TRACT INFECTION, SITE NOT SPECIFIED (599.0 | N39.0).** Neurogenic bladder with recurrent UTI
Pt has an indwelling catheter
**Unspecified Diagnosis**
**Unspecified Diagnosis**
**Unspecified Diagnosis**
**GASTROENTERITIS & COLITIS (558.9)**
**Unspecified Diagnosis**
**ACUTE UPPER RESPIRATORY INFECTION (465.9 | J06.9)**
**ACUTE BRONCHITIS (466.0 | J20.9)**
**VAGINITIS NOS (616.10)**
**PHARYNGITIS (462 | J02.9)**
**DERMATITIS, UNSPECIFIED CAUSE (692.9)**
**\*HIPAA Form Completed.** Jane Marshall- Residential Group Home Manager
Vickie Chapman- Director of group Home
Danielle Jacobs- Care giver
**FLU VACCINE NEED (V04.81 | Z23)**
**DYSURIA (788.1 | R30.0)**
**ROUTINE MEDICAL EXAM (V70.0 | Z00.00)**
**FLU VACCINE NEED (V04.81 | Z23)**
**Unspecified Diagnosis**
**Unspecified Diagnosis**

History
    Chart Review Note (Mardelle DeLight MD; 9/14/2015 7:55 PM)
    I have reviewed the history and findings.

Review of Systems (Jeanne Abdou APRN; 9/13/2015 8:19 PM)

**General:** Not Present- Fever, Chills, Fatigue and Weakness.
**Skin:** Not Present- Excessive Sweating.
**HEENT:** Not Present- Coryza, Nasal Congestion, Sore Throat, Sinus Pain, Earache, Ear Discharge, Headache and Eye Redness.
**Neck:** Present- Swollen Glands. Not Present- Neck Pain and Neck Stiffness.
**Respiratory:** Not Present- Shortness of Breath, Wheezing, Cough and Hemoptysis.
**Cardiovascular:** Present- Hypertension. Not Present- Chest Pain, Claudications, Shortness of Breath, Orthopnea and Paroxysmal Nocturnal Dyspnea.
**Gastrointestinal:** Not Present- Nausea, Vomiting and Diarrhea.
**Female Genitourinary: Note:** recurrent UTI, has an indwelling catheter
**Musculoskeletal:** Not Present- Joint Stiffness and Myalgia.
**Neurological:** Present- Leg Pain, Ataxia, Decreased Memory, Difficulty Speaking, Focal Neurological Symptoms, Incoordination, Trouble walking, Unsteadiness, Visual Changes and Weakness In Extremities. Not Present- Weakness.
**Psychiatric:** Present- Depression and Insomnia.

Chart Review Note (Mardelle DeLight MD; 9/14/2015 7:55 PM)

I have reviewed the review of systems and findings.

Vitals (Monica Sebastian LPN; 9/10/2015 9:30 AM)
9/10/2015 9:30 AM
**Weight:** 140 lb  **Height:** 62 in
*Weight was reported by patient.*
**Body Surface Area:** 1.67 m²  **Body Mass Index:** 25.61 kg/m²
**Temp.:** 97.8° F **Pulse:** 68 (Regular)
**BP:** 122/70   (Sitting, Left Arm, Standard)

Physical Exam (Jeanne Abdou APRN; 9/13/2015 8:16 PM)
The physical exam findings are as follows:

## General
**Mental Status** - Alert. **General Appearance** - Lethargic / slow. Not in acute distress. **Build & Nutrition** - Petite, Poorly developed and Well nourished. **Posture** - Sitting propped up. **Gait** - Spastic, Stiff and Unsteady. Note: In Wheelchair.

## Skin
**General: Color** - Normal color. **Moisture** - Normal Moisture.
**Rashes:** - No Rashes.

## HEENT
**Head** - Normal.
**Ear** - Normal.
**Eye**
**Vision** - Decreased. Note: Legally blind.
**Nose & Sinuses** - Normal.
**Mouth & Throat** - Normal.

## Neck
**Neck** - Supple. Non Tender. No Masses. **Trachea** - Midline.
**Thyroid:** Gland - Normal size and consistency.

## Chest and Lung Exam
**Inspection:**
**Chest Wall:** - Normal.
**Shape** - Normal.
**Auscultation:**
**Breath sounds:** - Normal.
**Adventitious sounds:** - No Adventitious sounds.

## Cardiovascular
**Palpation/Percussion:**
**Point of Maximal Impulse:** - Normal.
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

## Abdomen
**Inspection:**
**Skin: Scar** - Generalized.
**Palpation/Percussion:**
**Liver: Other Characteristics** - No Hepatomegaly.
**Spleen: Other Characteristics** - No Splenomegaly.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.

## Peripheral Vascular
**Lower Extremity:**
**Palpation: Edema - Bilateral** - No edema.

## Neurologic
Neurologic evaluation reveals  - Note: Has all stigmata of Cerebral Palsy with mental retardation and spastic neurological condition.
**Mental Status: Affect** - inappropriate and apathetic. **Speech** - Dysarthric, Slow, Word comprehension impaired and Writing impaired. **Thought content/perception** - No Auditory hallucinations or Visual hallucinations. **Cognitive function** - Abstract thinking impaired, Concentration impaired, Judgment impaired and Problem solving impaired.

## Lymphatic
### General Lymphatics
**Description** - No Localized lymphadenopathy.

Chart Review Note (Mardelle DeLight MD; 9/14/2015 7:55 PM)
I have reviewed the physical exam and findings.


Assessment & Plan (Jeanne Abdou APRN; 9/13/2015 8:23 PM)
HYPERTENSION, UNSPECIFIED ESSENTIAL (401.9)
Current Plans
- LIPID PANEL (80061)
- CBC Complete, AUTO W/ AUTO DIFF WBC (85025)
- TSH (84443)
- Continued Tenormin 25MG, 1 (one) Tablet every morning, #90, 09/13/2015, Ref. x1.
- Follow up in 6 months.

INSOMNIA, CHRONIC (307.42)
Current Plans
- Continued Lunesta 3MG, one Tablet at bedtime, #30, 09/10/2015, Ref. x2.
  handwritten by Dr De Light

ANEMIA (285.9 | D64.9)

RENAL FAILURE (586 | N19)
Current Plans
- COMPREHENSIVE METABOLIC PANEL (80053)
- Continued Integra Plus, 1 daily, 09/13/2015, No Refill.

DEPRESSION (311 | F32.9)
Current Plans
- Continued Zoloft 50MG, 1 (one) Tablet every morning, #30, 09/13/2015, Ref. x5.

PULMONARY EMBOLISM (415.19 | I26.99)
**Impression:** in coumadin clinic
Current Plans
- Continued Warfarin Sodium 2.5MG, 1 Tablet 2.5 MWF, 1.25mg TTHSS, #90, 09/13/2015, Ref. x3.

CONSTIPATION (564.00 | K59.00)
Current Plans
- Continued DocQLace 100MG, 1 Capsule two times daily, #60, 09/13/2015, Ref. x11.


Chart Review Note (Mardelle DeLight MD; 9/14/2015 7:55 PM)
I have reviewed the assessment & plan and findings.


Completed and submitted for review by Jeanne Abdou APRN (9/13/2015 8:23 PM)



Signed by Mardelle DeLight MD (9/14/2015 7:55 PM)


## Laboratories

**COMPREHENSIVE METABOLIC PANEL (80053)** Ordered (Collected: 01/04/2016)
Diagnosis: RENAL FAILURE (N19)

**LIPID PANEL (80061)** Ordered (Collected: 01/04/2016)
Diagnosis: HYPERTENSION, UNSPECIFIED ESSENTIAL

**CBC Complete, AUTO W/ AUTO DIFF WBC (85025)** Ordered (Collected: 01/04/2016)
Diagnosis: HYPERTENSION, UNSPECIFIED ESSENTIAL

**TSH (84443)** Ordered (Collected: 01/04/2016)
Diagnosis: HYPERTENSION, UNSPECIFIED ESSENTIAL

L-4

**EXHIBIT M**

**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

### ED Provider Notes (continued)

ED Provider Notes by Encarnacion, Kevin D., D.O. at 9/18/2019 11:22 PM (continued)

- Pneumonia
- Port catheter in place
  *Power Port*
- Pressure injury of buttock, stage 1                                    04/18/2019
  *info obtained from group home care provider - please assess on arrival*
- Pressure ulcer of ankle, left, unstageable (HCC)                       04/18/2019
  *assess on arrival, info provided by caregiver, treated by Dr. Tamir*
- Pulmonary embolism (HCC)                                               2007, 2008
  *after hysterectomy and as teenager*
- Suprapubic catheter (HCC)                                              04/18/2019
- Unspecified essential hypertension
- Urinary tract infection
  *CHRONIC UTIs*


**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • -----------OTHER----------- <br> *2 lymph nodes in pelvis removed,* | | |
| • BACK SURGERY <br> *scolosis* | | 1975 |
| • COLONOSCOPY <br> *Performed by Setty, Lakshmaiah B.N., M.D. at GC ENDOPR* | | 12/23/2016 |
| • CYSTO / BLADDER BIOPSY / FULGARATION <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | N/A | 10/19/2016 |
| • CYSTO / cystogram <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | Bilateral | 2/27/2015 |
| • CYSTO / STENT INSERTION <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | Right | 1/11/2019 |
| • CYSTOSCOPY <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | N/A | 7/14/2017 |
| • CYSTOSCOPY <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | N/A | 12/21/2016 |
| • CYSTOSCOPY RIGHT URETERAL STENT EXCHANGE <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | Right | 3/8/2019 |
| • EGD <br> *Performed by Setty, Lakshmaiah B.N., M.D. at GC ENDOPR* | | 12/19/2016 |
| • EXCHANGE SUPRAPUBIC CATHETER <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | N/A | 4/19/2019 |
| • EXCHANGE SUPRAPUBIC CATHETER <br> *Performed by Fernandez-Salvador, Veronique N., M.D. at GC OR* | N/A | 3/8/2019 |
| • HYSTERECTOMY <br> *tah bso* | | 2008 |
| • INDWELLING CATHETER SPECIAL | | |

**EXHIBIT N**

## WISH 6

### WHERE DO I WANT TO LIVE?

I want my family to know that I am very happy living in Cape Coral, Florida. I have been here since 1980 living at first with my mother, father and brother. After a couple of years I lived with my father.

Around 1995 my father and I pushed hard for a group home. We were able to get one opened in Cape Coral where I have lived for 12 years. Some of the people living there now have been there since it opened.

I have several very good friends in Cape Coral and I attend many activities such as going to the beach, birthday parties, out to eat, shopping, picnics and dances.

I am active in the "Voices Heard" committee making sure public places are wheelchair accessible.

My health has been very good in Florida. I never catch colds and never miss my LARC activities.

If I cannot speak for myself, I want you to know that I do not want to live any place except Cape Coral, Florida. It is my home.

_____
LAURA ROCHE

STATE OF FLORIDA
COUNTY OF LEE

**BEFORE ME**, the undersigned authority, this 21st day of October, 2009 appeared LAURA ROCHE, who is personally known to me and/or who has produced
_____ as identification who says that she has read the foregoing and has personal knowledge of the facts and matters therein set forth and alleged and that all of the facts and matters are true and correct.

_____
Notary Public

Notary Public State of Florida
Roger E O'Halloran
My Commission DD555849
Expires 06/12/2010

_____
Printed Name of Notary Public

**EXHIBIT O**

*photo copy*

## LAST WILL AND TESTAMENT

### OF

### LAURA ROCHE

I, **LAURA ROCHE**, a resident of Lee County, Florida, do hereby make, publish and declare this instrument to be my Last Will and Testament, hereby revoking and cancelling all former Wills and Codicils by me at any time made.

### I

I direct that all my just debts, including the expenses of my last illness and funeral, shall be paid out of my estate by my personal representative, hereinafter named.

### II

I hereby give, devise and bequeath all of the property which I may own at the time of my death, whether real, personal, mixed, tangible and/or intangible, of whatsoever nature and wheresoever situated, including all property which I may acquire or become entitled to after execution of this Will, including any lapsed legacies or devises as follows:

To **COREY DARVY**, I leave my TV Set and my pictures of myself and **COREY DARVY.**

To **KATHY PURVIS** I leave my wheelchair, bedroom accessories and my pictures of **KATHY PURVIS.**



LAURA ROCHE

To **JIMMY GILES,** I leave my movies.

The rest, remainder and residue of my estate, I leave to my brother, **RICHARD ROCHE,** per stirpes.

### III

As permitted by Section 732.515 of the Florida Probate Code, I may leave a written statement or list disposing of certain items of my tangible personal property. Any such statement or list in existence at the time of my death shall be determinative with respect to all items devised therein. If no written statement or list is found and properly identified by my Personal Representative within thirty (30) days after its qualification, it shall be presumed that there is no such statement or list and any subsequently discovered statement or list shall be ignored.

### IV

I hereby nominate, constitute, and appoint **JANE MARSHALL** as my Personal Representative under this my Last Will and Testament and, she shall not be required to post any bond.

### V

I hereby give full power and authority to my Personal Representative, in addition to the powers conferred by law in their discretion without any leave or order of Court, or other judicial proceedings and without bond:

a)      To sell all or any part either of the real or personal property, or both, at any time belonging to my estate or any trust, at public or private sale, for cash or on terms.



LAURA ROCHE

2

b)    To borrow money or to pledge, mortgage, or otherwise encumber all or any part of the real or personal property, or both, belonging to my estate or any trust.

c)    To carry on and manage, in all respects, any business enterprise in which I may be engaged at the time of my death, with full power and authority to operate or join in the operation of such business enterprise as a going concern, to form or reform a general or limited partnership, to incorporate, liquidate, or to sell any business enterprise or any part thereof.

d)    To retain all or any part of such property that I may own at the time of my death, including any interest which I may own by any partnership, land trust or other unincorporated business.

e)    To make distribution to the beneficiaries named herein in kind or otherwise, and to distribute to any beneficiary an undivided interest in any property, real or personal

f)    To use any of the settlement options under policies of life insurance which may be payable to my estate or my Personal Representative.

LAURA ROCHE

**IN WITNESS WHEREOF**, I, the said **LAURA ROCHE**, sign, seal, publish, and declare this to be my Last Will and Testament, the said Will consisting of four (4) pages, and for purpose of identification, I have signed my name at the bottom of each page, in the presence of the persons witnessing it at my request, this ___5th___ day of ~~October~~ November, 2009 at Fort Myers, Lee County, Florida.

_____
LAURA ROCHE

WE HEREBY CERTIFY that this instrument, contained in all four (4) pages, was on the ___5th___ day of ~~October~~ November, 2009, signed, sealed, published, and declared to by said, **LAURA ROCHE**, as her Last Will and Testament, in the presence of us and each of us being present at the same time, and in her presence and in the presence of all of us, have hereunto subscribed our names as witnesses and we have also seen said Testatrix sign her name on all four (4) pages, and hereby certify that at the time of execution of this Will, the said Testatrix was, in our opinion, of sound and disposing mind and memory.

_____ residing in Lee County, Florida.

_____ residing in Lee County, Florida.

4

## SELF-PROOF OF WILL

STATE OF FLORIDA          )
COUNTY OF LEE             )

WE,   _____LAURA ROCHE_____, Testatrix

_____Ryan O'Halloran_____, Witness

_____Sylvia Allenbaugh_____, Witness

whose names are signed on the attached and foregoing instrument, being first duly sworn, do hereby

declare to the undersigned officer that the Testatrix signed the instrument as her Last Will and

Testament, and that she signed voluntarily and that each of the witnesses in the presence of the

Testatrix, at her request, and in the presence of each other signed the Will as a witness and that to

the best of the knowledge of each witness, the Testatrix was at the time 18 years or more, of age, of

sound mind, and under no constraint or undue influence.

_____
LAURA ROCHE

_____
Witness

_____
Witness

SWORN TO AND SUBSCRIBED before me this _5_ day of ~~October~~ November, 2009, by the
aforementioned Testatrix and by the aforementioned witnesses, who are personally known to me or
produced the following form of identification: Florida Identification Card R200-637-60-504-C

_____
Notary Public

_____
Printed Name of Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Bonita K. Motsay
Commission # DD842285
Expires: MAR. 20, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

**This Instrument Prepared By:**
**ROGER E. O'HALLORAN, ATTORNEY AT LAW**
**Post Office Box 540**
**Fort Myers, FL  33902-0540**
**Telephone: (239) 334-7212**
**Facsimile:  (239) 332-2372**

**EXHIBIT P**



LEE MEMORIAL
**HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

**Progress Notes (continued)**

Progress Notes by Gatskevich, Elena, M.D. at 9/30/2019 4:08 PM (continued)

**RN/MD Rounding:**
Rounding completed with nurse

Elena Gatskevich, M.D.

Electronically signed by Gatskevich, Elena, M.D. at 9/30/2019 6:07 PM

Progress Notes by Arcement, Brian K., M.D. at 9/30/2019 3:16 PM

| Author: Arcement, Brian K., M.D. | Specialty: Interventional Cardiology, Cardiology, Consulting Physician | Author Type: Physician |
|---|---|---|
| Filed: 9/30/2019 9:46 PM | Date of Service: 9/30/2019 3:16 PM | Status: Addendum |
| Editor: Arcement, Brian K., M.D. (Physician) | | |
| Related Notes: Original Note by Arcement, Brian K., M.D. (Physician) filed at 9/30/2019 9:43 PM | | |

## LMHS Cardiology Daily Progress Note

| Laura Susan Roche | Admit Date: 9/18/2019 | Hospital day: 11 |
|---|---|---|

**Problem Assessment/Plan**

**Sepsis (HCC)**
*Assessment & Plan*
    Patient with ongoing leukocytosis status post

    TTE no vegetation, awaiting clinical improvement for TEE to rule out septic emboli-Per ID

    9/30 -given the patient's does have risks-we will plan to treat conservatively medically and will discuss this with infectious disease.  However we will plan on performing  TEE once clinical condition improves.  To include breathing difficulty, inability to pass TEE probe, esophageal tear, aspiration, and incomplete information.  Procedure was explained to caregiver of 10 years.  Awaiting interventional neuro's recommendation-status post right frontal cranial bur hole yesterday

    Will need conscious sedation, and we will plan on using  anesthesia for the TEE

    TTE reviewed showing preserved EF with overal normal appearing valves.

    Patient currently remains in guarded condition.   Would prefer to wait until patient has improved before proceeding with elective TEE.  Would currently recommend treating patient on the assumption that she has endocarditis until proven otherwise. Will assess tomorrow to determine if TEE can be performed safely.

**Overweight (BMI 25.0-29.9)**
*Assessment & Plan*
    Dietary optimization encouraged with a BMI less than 28

**Cerebral palsy (HCC)**

Printed by TEMTDUNBAR at 9/23/20  8:49 AM

P

**EXHIBIT Q**

 **LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

**Progress Notes (continued)**

Progress Notes by Gatskevich, Elena, M.D. at 9/30/2019 4:08 PM (continued)

**RN/MD Rounding:**
Rounding completed with nurse

Elena Gatskevich, M.D.

Electronically signed by Gatskevich, Elena, M.D. at 9/30/2019 6:07 PM

Progress Notes by Arcement, Brian K., M.D. at 9/30/2019 3:16 PM

| | | |
|---|---|---|
| Author: Arcement, Brian K., M.D. | Specialty: Interventional Cardiology, Cardiology, Consulting Physician | Author Type: Physician |
| Filed: 9/30/2019 9:46 PM | Date of Service: 9/30/2019 3:16 PM | Status: Addendum |
| Editor: Arcement, Brian K., M.D. (Physician) | | |
| Related Notes: Original Note by Arcement, Brian K., M.D. (Physician) filed at 9/30/2019 9:43 PM | | |

## LMHS Cardiology Daily Progress Note

| Laura Susan Roche | Admit Date: 9/18/2019 | Hospital day: 11 |
|---|---|---|

**Problem Assessment/Plan**

**Sepsis (HCC)**
*Assessment & Plan*
    Patient with ongoing leukocytosis status post

    TTE no vegetation, awaiting clinical improvement for TEE to rule out septic emboli-Per ID

    9/30 -given the patient's does have risks-we will plan to treat conservatively medically and will discuss this with infectious disease. However we will plan on performing TEE once clinical condition improves. To include breathing difficulty, inability to pass TEE probe, esophageal tear, aspiration, and incomplete information. Procedure was explained to caregiver of 10 years. Awaiting interventional neuro's recommendation-status post right frontal cranial bur hole yesterday

    Will need conscious sedation, and we will plan on using anesthesia for the TEE

    TTE reviewed showing preserved EF with overal normal appearing valves.

    Patient currently remains in guarded condition. Would prefer to wait until patient has improved before proceeding with elective TEE. Would currently recommend treating patient on the assumption that she has endocarditis until proven otherwise. Will assess tomorrow to determine if TEE can be performed safely.

**Overweight (BMI 25.0-29.9)**
*Assessment & Plan*
    Dietary optimization encouraged with a BMI less than 28

**Cerebral palsy (HCC)**

Printed by TEMTDUNBAR at 9/23/20 8:49 AM

Page 358



**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

| Progress Notes (continued) |
| --- |

Progress Notes by Khan, Javaad A., M.D. at 9/30/2019 1:31 PM (continued)

| | Most Recent Value |
| --- | --- |
| SpO2 | 98 % @ 09/30/2019 2200 |
| Pain Level | 0 @ 09/30/2019 2000 |
| Height | 1.549 m (5' 1") @ 09/18/2019 2208 |
| Weight | 62.9 kg (138 lb 10.7 oz) @ 09/30/2019 0615 |
| BMI (Calculated) | 26.26 @ 09/30/2019 0615 |

Somnolent but arousable.
Not at her baseline per caretaker
Neuro: contractures upper and lower ext.
Eyes: Sclerae clear and EOMI. Could not check for roth spots.
Pul: bilat rhonchi. Decreased at bases.

**A/P**
-9/18/2019 bacteremia with E. Coli.
-9/19/2019 UTI with E. coli and Pseudomonas.
-9/21/2019 and 9/24/2019 blood cultures no growth today.
-9/28/2019 blood culture no growth today.
-9/29/2019 and 9/30/19: CSF no growth today.
-9/29/2019 CSF analysis: WBC 450 and glucose < 20.
Severe life-threatening CNS infection with ventriculitis. Given prolonged antibiotic use for the past 12 days not surprising that cultures now show no growth. Continue aggressive high-dose anti-infection selection per ID. Currently on cefepime, Cipro, clindamycin, and gentamicin. Duration of antibiotics at least 6 weeks.
-Discussed with ID regarding TEE: Medically useful as this ventriculitis is thought secondary to septic emboli. However at this point would not necessarily change our acute management. And is not without risk including but but not limited to respiratory failure and placement on mechanical ventilator.

-s/p EVD placement on 9/29/19: We check daily glucose levels. Will be a surrogate of potentially adequate infection control.
Expect postop pain, IV acetaminophen x4 doses ordered.
-History DVT/PE systemic anticoagulation currently on hold.
-Hypertensive urgency, continue titrate Cardene drip.
33 min critical care time.

Javaad A Khan, M.D.

**LPG PULMONARY, CRITICAL CARE
AND SLEEP SPECIALISTS**

Thank you for consulting us on Laura Susan Roche 010460
Patent Location:2301/01, Code Status:Full Code
PCP: Abdou, Jeanne A.



**EXHIBIT R**

**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
Notes Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

Progress Notes by Gatskevich, Elena, M.D. at 9/30/2019 4:08 PM (continued)

| CSF | % | | | |
|---|---|---|---|---|
| Monocytes, CSF | Latest Units: % | 15.0 | | 45.0 |
| Neutrophils, CSF | Latest Units: % | 83.0 | | 44.0 |

Reviewed new clinical findings, laboratory results and radiology report as well as notes from other physicians taking care of the patient.

**RN/MD Rounding:**
Rounding completed with nurse

Elena Gatskevich, M.D.[EG.1]

Electronically signed by Gatskevich, Elena, M.D. at 9/30/2019 6:07 PM
Attribution Key

EG.1 - Gatskevich, Elena, M.D. on 9/30/2019 4:08 PM
EG.2 - Gatskevich, Elena, M.D. on 9/30/2019 6:04 PM

Clinical Note by Haller, Carly, R.N. at 9/30/2019 7:13 PM

| Author: Haller, Carly, R.N. | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 9/30/2019 7:14 PM | Date of Service: 9/30/2019 7:13 PM | Note Type: Clinical Note |
| Status: Signed | Editor: Haller, Carly, R.N. (Registered Nurse) | |

Attempted 2 calls to cardiology regarding TEE procedure and time of procedure
Clearance for procedure from ICU and Neurosurgery obtained
Consents signed and in chart from Health Care Proxy
Will pass message to next RN about following up on procedure tomorrow.
Dr. Khan aware
Safety and comfort maintained[CH.1]

Electronically signed by Haller, Carly, R.N. at 9/30/2019 7:14 PM
Attribution Key

CH.1 - Haller, Carly, R.N. on 9/30/2019 7:13 PM

Progress Notes by Hagewood, Steven S, P.A. at 9/30/2019 10:20 PM

| Author: Hagewood, Steven S, P.A. | Service: Intensive Care | Author Type: Physician Assistant |
|---|---|---|
| Filed: 9/30/2019 10:20 PM | Date of Service: 9/30/2019 10:20 PM | Note Type: Progress Notes |
| Status: Signed | Editor: Hagewood, Steven S, P.A. (Physician Assistant) | |



**EXHIBIT S**

## <u>September 30 to October 1, 2019 Text Transmissions</u>

**Mon 30 Sep 2019 - 4:07 PM**
*Richard Roche to Kevin Lewis*

Kevin,

I just wanted to recap my telephone call to you of earlier. Upon the suggestion of the hospital staff, I have removed LARC from access to my sister Laura Roche's medical records. I have established that I am the individual to provide consent for her. I understand that the hospital had issues regarding my telephone number so as to contact me. It is 973-580-6373. The preferred method is by text. I gave written consent to an echo cardigram procedure that requires anaesthesia around 1pm today. I was more than surprised to be presented with this on short notice as the ICU nurse Samantha, and later the ICU nurse Ori yesterday had advised that the physicians involved in my sister's care, on their own initiative, had cancelled the procedure after Sunday's neurological procedure as my sister was not deemed medically stable enough. It was also my understanding that the echo cardigram procedure was largely diagnostic and would most likely have little or no impact on my sister's care as she was already being treated with antibiotics ... based upon the extensive blood work she has had. I was told that we are basically waiting for the cultures to come back on the cerebrospinal fluid to determine how to treat the meningitis. What changed between last night and this morning? Rich Roche

=====================

**Mon 30 Sep 2019 - 8:42 PM**
*Kevin Lewis to Richard Roche*

My understanding was that her overall condition had worsened, and that led to the Dr ordering
the test to go forward

=============================

**Mon 30 Sep 2019 - 8:42 PM**
*Richard Roche to Kevin Lewis*

That is most inconsistent with what I have been told by the medical staff. Your "understanding" also contradicts what was stated yesterday afternoon and evening by the ICU staff that doctors did not feel she was stable enough for the procedure. Again, as suggested by the hospital staff, and agreed to by me, it is best that Larc personnel have limited or no involvement in my sisters care while at the hospital. As the ICU staff stated, LARC has a conflict of interest in making medical decisions for Laura. I am readily available by telephone ... as I am now ... and as I was this ... late
... this morning. I would be happy to discuss this by telephone. It is best not to have certain. Things in writing. By the way. I am a CPA Attorney. I have been involved in several cases of this sort for clients. I do not appreciate certain perceptions and attitudes directed at me. I strongly urge you to get your

S1

information from disinterested sources. FYI .... the procedure wasn't done today
... that also contradicts that Laura's condition is deteriorating. In this recent telephone call with her nurse,
I was told she is resting as comfortably as expected. Please get your facts from a direct source. I
respectfully suggest you would not be doing your job to the fullest potential now required under these
circumstances.

===================

**Mon 30 Sep 2019 - 9:05 PM**
*Richard Roche to Kevin Lewis*

So I am clear ... removing LARC from Laura's hospital file was suggested by the ICU staff. They raised
the conflict of interest issue. I urge you to carefully evaluate that.

===================

**Mon 30 Sep 2019 - 9:30 PM**
*Richard Roche to Kevin Lewis*

The hospital as offered to bar certain of your staff. In re-reading your text to me ... "why wasn't I advised
that Laura's situation was'deteriorating" Send someone else to be with her. If not, I will make my own
arrangements.

===================

**Mon Sep 2019 - 9:58 PM**
*Richard Roche to Kevin Lewis*

I have just called the hospital ... Jane Marshall is not allowed to visit Laura Roche until I decide
otherwise. The issue is Laura's well being. I will not be distracted in this regard by collateral and
irrelevant issues ... especially those of personality. Will another LARC staffer be there, or need I make
my own arrangements. Thank you in advance for your cooperation with this.

===================

**Mon 30 Sep 2019 - 10:06 PM**

*Kevin Lewis to Richard Roche*

The plan is for Vickie to be at the hospital - if you wish to make alternative arrangements let me
know. My belief is that someone knowing your sister & her capabilities is optimal - good night

===================

**Mon 30 Sep 2019 - 10:16 PM**
*Richard Roche to Kevin Lewis*

I agree. I am not pleased that this has been interposed upon us.

S2

================

**Tue 01 Oct 2019 - 9:12 AM**
*Kevin Lewis to Richard Roche*

Just was advised that hospital not allowing Vickie Chapman to visit Laura - per hospital you have to allow - not the plan we had last night - please advise

================

**Tue 01 Oct 2019 - 9:25 AM**
*Richard Roche to Kevin Lewis*

I calling now. Also be aware, in Laura's present condition -- which may and hopefully will change -- they have questioned the necessity of "someone" from LARC doing a constant vigil on a sleeping patient. They understand her being checked in on regularly. I have also wondered how my sister could get adequate rest with someone always on the cellphone and constantly and intensively having conversations in the room with any medical staffer that walks in.

================

**Tue 01 Oct 2019 - 9:27 AM**
*Kevin Lewis to Richard Roche*

If you do not want someone there please advise. It is our experience (personally AND professionally) that having someone there is helpful to assure hospital staff understand the capabilities of the patient. In addition, behavioral observations can be brought to the attention of hospital staff. Yesterday while in her room we observed Laura's positioning to be very uncomfortable & has hospital staff check - they repositioned her and acknowledged the improvement. She is your sister, so you can advise your wishes but do so with awareness

================

**Tue 01 Oct 2019 - 9:29 AM**
*Richard Roche to Kevin Lewis*

As we say in New Jersey "don't go believing your own propaganda."

================

S 3

==================

**Tue 01 Oct 2019 - 12:27 PM**
*Richard Roche to Kevin Lewis*

Sounds good

==================

Tue 01 Oct 2019 - 12:29 PM

*Kevin Lewis to Richard Roche*

Let me know when you plan to call, thanks

==================

**Tue 01 Oct 2019 – 12:51 PM**
*Richard Roche to Kevin Lewis*

Will text beforehand

==================

Tue 01 Oct 2019 - 1:36 PM

*Kevin Lewis to Richard Roche*

Rich, my latest information is that medical staff have said your sister is critical & they need to speak with you. Tess is the Nurse on duty and has asked you to call her. Please do so, thanks

==================

**Tue 01 Oct 2019 – 2:03 PM**
*Richard Roche to Kevin Lewis*

Already did

==================

Tue 01 Oct 2019 - 2:04 PM

*Kevin Lewis to Richard Roche*

Good

S 4

**Tue 01 Oct 2019 - 9:31 AM**
*Richard Roche to Kevin Lewis*

Agreed ... but that is not carte blanche .... or in this case "a shooting license" ... again, don't go believing
your own propaganda.  I AM NOT PLEASED that I have been put in a hired gun position.  In light of the
events of yesterday ... most specifically that a procedure was not done .... there is the indica that someone
may have been acting contrary to medical opinion.  As the son of a former board member and treasurer of
your organization ... other questions s may exist

==========================

**Tue 01 Oct 2019 - 10:16 AM**

*Kevin Lewis to Richard Roche*

Sorry, I can't talk right now.

==========================

**Tue 01 Oct 2019 - 10:23 AM**
*Richard Roche to Kevin Lewis*

We have a situation ... Jane is calling the hospital every 2 hours asking for updates.

==========================

**Tue 01 Oct 2019 - 10:23 AM**
*Richard Roche to Kevin Lewis*

We have a resolvable situation, I do not want that to change.

==========================

**Tue 01 Oct 2019 - 11:12 AM**
*Richard Roche to Kevin Lewis*

FYI ... in checking in on my sister, I was advised that the test has been cancelled.  The ICU patient care
coordinator stated that both neurology are cardiology agreed that the test is medically unnecessary in light
of the antibiotic treatment.  Again, we need to talk as some things need not be memorialized in writing.

==========================

**Tue 01 Oct 2019 - 12:25 PM**

*Kevin Lewis to Richard Roche*

My schedule is open from 2:30 to 3:45 if you would like to plan to talk. I would prefer that

S_5

==================

**Tue 01 Oct 2019 - 2:24PM**
*Kevin Lewis to Richard Roche*

The understanding staff on-site had was they needed to speak with you regarding decisions such as intubation, palliative care & topics of that significance. Can you confirm that occurred as staff on-site are being asked to connect you with the nurse on duty. Want to know that was accomplished due to seriousness of issues

==================

**Tue 01 Oct 2019 - 3:15 PM**
*Kevin Lewis to Richard Roche*

We had planned to talk by phone - is now a good time?

==================

**Tue 01 Oct 2019 – 3:19 PM**
**Richard Roche to Kevin Lewis**

I have everything in hand.  Do you?

==================

**Tue 01 Oct 2019 - 3:55 PM**
*Kevin Lewis to Richard Roche*

Let me know if there is a good time to time

==================

**Tue 01 Oct 2019 – 3:19 PM**
**Richard Roche to Kevin Lewis**

No

==================

S6

**Tue 01 Oct 2019 – 4:25 PM**
*Richard Roche to Kevin Lewis*

I am available now

======================

**Tue 01 Oct 2019 - 6:06 PM**

*Kevin Lewis to Richard Roche*

At hospital now, Vickie is planning to be at the hospital in the morning.

======================

**Tue 01 Oct 2019 – 6:09 PM**
*Richard Roche to Kevin Lewis*

Thank you.

======================

S7

**EXHIBIT T**



**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

---

**Clinical Note (continued)**

**Clinical Note by Villani, Julia L., R.N. at 9/30/2019 2:30 PM**

| Author: Villani, Julia L., R.N. | Specialty: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 9/30/2019 3:16 PM | Date of Service: 9/30/2019 2:30 PM | Status: Signed |
| Editor: Villani, Julia L., R.N. (Registered Nurse) | | |

Neurosurgery gave ok for TEE.
Cardiology notified.

---

**Clinical Note by Haller, Carly, R.N. at 9/30/2019 7:13 PM**

| Author: Haller, Carly, R.N. | Specialty: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 9/30/2019 7:14 PM | Date of Service: 9/30/2019 7:13 PM | Status: Signed |
| Editor: Haller, Carly, R.N. (Registered Nurse) | | |

Attempted 2 calls to cardiology regarding TEE procedure and time of procedure
Clearance for procedure from ICU and Neurosurgery obtained
Consents signed and in chart from Health Care Proxy
Will pass message to next RN about following up on procedure tomorrow.
Dr. Khan aware
Safety and comfort maintained

---

**Clinical Note by Loring, Marites, R.N. at 10/1/2019 5:23 PM**

| Author: Loring, Marites, R.N. | Specialty: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 10/1/2019 6:24 PM | Date of Service: 10/1/2019 5:23 PM | Status: Signed |
| Editor: Loring, Marites, R.N. (Registered Nurse) | | |

Patient remain quiet and calm , bilateral  mittens removed. Cardiologist Donna Zach came by and asked if TEE still need to be done, still awaiting for clearance from neurosurgeon. Per Dr Zach will sign off for now.
Ms Chapman was here and wanted to talk to Case management x 2 voicemail left for Millie and later saw her and relayed about ms Chapman request to speak to her , calling card given to Ms Chapman, encouraged to give Millie a call in am.

Dr Khan spoke to Patient's brother Rich Roche and agreed for DNR status and later verified when Mr Roche called me at 1700.
Per Mr Roche Ms Vicki Chapman can visit patient and may get updates. Still no info will be given to Ms Marshall Jane.
1400- neurosurgery called and per Dr Javedan - okay to do TEE.

---

**Clinical Note by Dunne, Kathleen, R.N. at 10/2/2019 12:46 PM**

| Author: Dunne, Kathleen, R.N. | Specialty: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 10/2/2019 12:48 PM | Date of Service: 10/2/2019 12:46 PM | Status: Signed |
| Editor: Dunne, Kathleen, R.N. (Registered Nurse) | | |

Asked to assessed anal area d/t possibility of wound. Patient has decreased anal tone with large anal opening; no wound noted.  Perianal skin intact.

---

**EXHIBIT U**

DEL SARDO & MONTANARI, LLC
300 Lackawanna Avenue
Woodland Park, NJ 07424
973.785.8181 – Tel.
973.785.8182 – Fax

# *Fax*

DATE:        October 3, 2019

TO:        Mr. Kevin Lewis

FAX NO.        239-334-1736

FROM:        Jayna B. Patel, Esq.

RE:        Care and Hospitalization of Lauren Susan Roche

MESSAGE:        Per Mr. Richard Roche's request, please have your staff immediately leave the hospital

*The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*



**DEL SARDO & MONTANARI, LLC**

ATTORNEYS AT LAW

DARREN J. DEL SARDO † ‡
ddelsardo@ddsmlaw.com
MICHAEL J. MONTANARI
mmontanari@ddsmlaw.com

JAYNA B. PATEL ▲ *
jpatel@ddsmlaw.com
JENNIFER HOLOWACH ▲
jholowach@ddsmlaw.com
ROSEMARY C. WATKINS
rwatkins@ddsmlaw.com

300 LACKAWANNA AVENUE
WOODLAND PARK, NJ 07424
(973) 785-8181 · TELEPHONE
(973) 785-8182 · FACSIMILE

NEW YORK OFFICE
330 SUNRISE HIGHWAY
ROCKVILLE CENTRE, N.Y. 11570

‡ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
† MEMBER OF NJ AND DC BARS
▲ MEMBER OF NJ AND NY BARS
* MEMBER OF FL BAR

October 3, 2019

_**Via Certified Mail & Facsimile (239-334-1736)**_
Mr. Kevin Lewis
LARC, Inc. – Lee County Association For Remarkable Citizens
2570 Hanson Street
Fort Myers, Florida 33901

      Re:      **Current Hospitalization and Care of Lauren Susan Roche**

Dear Ms. Lewis:

      Please be advised that this office represents Mr. Richard Roche, Esq. in connection with the above-mentioned matter.

      Mr. Roche, as next-of-kin, is responsible for his sister, Laura Susan Roche, care during her hospital stay at the Gulf Coast Hospital in Fort Myers, Florida. Ms. Roche's illness is complicated and has taken an unfortunate turn. The doctors have advised Mr. Roche that his sister will not recover and to prepare for the inevitable.

      During this difficult time, Mr. Roche requests that his wishes, specifically, for privacy for himself and his sister, be respected.

      On behalf of himself, his sister and his family, Mr. Roche thanks your organization for the years of excellent care and service with regard to Laura Susan Roche.

      Thank you.

                  Very truly yours,
                  **DEL SARDO & MONTANARI, LLC**

                  Jayna B. Patel, Esq.

cc:     Mr. Richard Roche (via email only)

**EXHIBIT V**

## October 3, 2019 Text Transmissions

**Thur 3 Oct 2019 - 11:11 PM**

*Kevin Lewis to Richard Roche*

Is there a time we can talk by phone today? Thanks

===================

**Thur 3 Oct 2019 - 12:15 PM**
**Richard Roche to Kevin Lewis**

My attorney is currently telefaxing you a letter on my behalf. My thanks to LARC for the years of dedicated service regarding Laura. Your staff is to leave the hospital directly.

===================

**Thur 3 Oct 2019 - 12:20 PM**

*Kevin Lewis to Richard Roche*

I am sad for all involved if this is your chosen course of action. Your sister has long-term relationships with many individuals at LARC who value her & care greatly about her. I cannot understand your actions, and your unwillingness to speak - I can't see how it serves your sister or anyone's best interests

===================

**EXHIBIT W**

# Charts/Clinical Notes

Reporting Period: 10-04-2019 through 09-09-2020

Hope Hospice

| | |
|---|---|
| **Patient:** 137692 Roche, Laura S | **Team:** 710 HHN |
| **Admit:** 10-04-2019 | |
| **Address:** 902 SE 30TH ST, Cape Coral FL 33904 | **Phone:** 239-896-9121 |
| **Sex:** Female | **DOB:** 01-04-1960 |

**Use Code:** C           **Effective Date:** 10-15-2019

**Discipline:** SN - Skilled Nursing

**Note:** [v][20]0300-0700 End Shift Note:  Patient's status remain the same, frequent roundings continue to assess for pain and discomfort. Oral care performed as needed for uncontrolled secretions.  Prn morphine given x 1 on this shift; Foley output  is 75cc. patient remains unresponsive, breathing very shallow with long periods of apnea, skin to lower extremities mottled.  All safety measures remain in place.  Marie L. Marcel, RN 10/15/19

**Signature:**  Marie Marcel RN 10-15-2019 06:00:27a

---

**Use Code:** C           **Effective Date:** 10-14-2019

**Discipline:** SN - Skilled Nursing

**Note:** [v][20] 07:00-11:00: Initial/Opening Note: Laura Roche, 59yo F w/hospice dx Meningitis and Urosepsis adm to HHN 10/4 for Dyspnea. Pt is actively dying, unresponsive and unable to make her needs known verbally. Collaborated w/Dr. Broderick and no changes to pt's POC. Secretions managed w/Scop patch x2, and Scheduled and PRN Atropine gtts. Pain managed w/Scheduled and PRN Morphine. PRN MS and Atropine administered this morning for s/s pain w/facial grimacing w/Catheter care and  repositioning for insertion of scheduled Diazepam sup. Brother Richard here this morning visiting w/pt. Safety maintained w/bed in low locked position, 3 side rails up, call light and personal items in reach. Shawn Irving RN 10/14/19

**Signature:**  Shawn C. Irving RN 10-14-2019 03:57:19p

---

**Use Code:** C           **Effective Date:** 10-14-2019

**Discipline:** SN - Skilled Nursing

**Note:** [v][45] 11:00-15:00: Mid-shift summary: No PRN's administered during this time. Pt had visitor when Richard out –visitor knew pt's room number. Laura is on Total Restrictions status at HHN and room number not given out by HIM/Front Desk. When asked who she was by this SN, visitor  stated "a friend" and then stated "a friend" gave her the room number. When Richard returned and was told a visitor was here, Richard became very upset. Charge Pam Daya RN and Lucy Garcia SSC summoned to Pod B to speak w/Richard. Pt changed rooms shortly after their meeting. HIM and pharmacy notified. Contact/Droplet precautions remain in place for pt. Scheduled medications administered as ordered. IPU assessment has been completed. Safety Maintained. Shawn Irving RN 10/14/19

**Signature:**  Shawn C. Irving RN 10-14-2019 04:12:07p

---

**Use Code:** C           **Effective Date:** 10-14-2019

**Discipline:** SN - Skilled Nursing

**Note:** [v][20] 15:00-19:00: End of Shift Note: PRN's this shift, MS x1, Atropine x1. Suprapubic cath output -50cc's. Pt remains unresponsive at EOL w/periods of Apnea up to 30seconds today. Richard visited off and on today. Safety Maintained. Shawn Irving RN 10/14/19

**Signature:**  Shawn C. Irving RN 10-14-2019 06:19:38p

---

**Use Code:** C           **Effective Date:** 10-14-2019

**Discipline:** SN - Skilled Nursing

**Note:** [v][20] 2300-0300 Mid-shift note:
Pt continues to be minimally responsive except for pain with repositioning. Again given a prn morphine dose at 0130 and then her scheduled morphine. PCS Teresa and PCS Karin feel  that she tolerated repositioning much better. Resting comfortably. Minimally responsive.  All safety measures are in place. Will continue to monitor.   Laurie J. Luther RN 10-14-19

**Signature:**  Laurie J Luther RN 10-14-2019 09:39:30a

---

**EXHIBIT X**

# KEVIN B LEWIS

2570 Hanson Street, Fort Myers, Florida 33901 (239)335-2570, ex 210
kevinlewis@larcleecounty.org

Mr. Richard Roche
77 Hampton Road
Chatham, New Jersey 07928

Dear Mr. Roche,

I received your faxed letter on the afternoon of October 17th, and appreciated the notification of your sister Laura's passing on the prior evening. My condolences on your loss, as you know many of us at LARC were very fond of Laura and are grieving as well.

Enclosed with this letter is a will your sister had drawn up with a local attorney a number of years back. In reading it (and consulting with the attorney) I wanted to talk with you on how best to proceed under the circumstances. My goal is to make this as simple as possible for all involved.

Your letter mentions having someone come by and pick up her personal belongings – once we come to an agreement on the contents of the will it would be my request that you schedule that through me at my offices in order to assure it goes as planned and I can be sure we can accommodate it.

My condolences again,

Kevin B Lewis
Executive Director

**EXHIBIT Y**

**Charts/Clinical Notes**
Hope Hospice

Reporting Period: 10-04-2019 through 09-09-2020

| | |
|---|---|
| **Patient:** 132692 Roche, Laura S. | **Team:** 710: HHN |
| **Admit:** 10-04-2019 | |
| **Address:** 302 SE 30TH ST, Cape Coral FL 33904 | **Phone:** 239-896-4121 |
| **Sex:** Female | **DOB:** 01-04-1960 |

**Use Code:** C    **Effective Date:** 01-22-2020

**Discipline:** VO - Volunteer

**Note:** PHONE CALL 3 MONTH BEHREAVEMENT FOLLOW UP: Volunteer placed a call to Brother, Richard and was unable to make contact. A supportive message was left. Kathy Molik, January 22, 2020

**Signature:** Kathy Molik 01-22-2020 12:17:42p

---

**Use Code:** C    **Effective Date:** 11-04-2019

**Discipline:** BC - Bereavement Counselor

**Note:** PHONE CALL 3 WEEK BEREAVEMENT FOLLOW-UP--BC made follow up call to Sibling, Richard to offer BV support services and assess coping. BC left supportive message and encouraged to call if support was needed. Notes reviewed and care plan closed at this time. Hospice will follow with supportive letters, see care plan for details.
Mindy Hall, LMHC 11-4-19

**Signature:** Mindy Hall BR 11-05-2019 10:18:04a

---

**Use Code:** C    **Effective Date:** 10-23-2019

**Discipline:** BC - Bereavement Counselor

**Note:** COLLABORATION--BC reviewed bereavement risk, death related clinical notes, and bereavement assessment noted at this time, will follow-up with three week call. Care plan initiated for bereavement.
Mindy Hall, LMHC 10-23-19

**Signature:** Mindy Hall BR 10-23-2019 10:17:44a

---

**Use Code:** C    **Effective Date:** 10-22-2019

**Discipline:** MSS - Medical Social Services

**Note:** Follow up bereavement call. Spoke with patient's brother, Richard (who lives out of the area). He started with a big thank you for all the care provided at HHC and for giving her a peaceful passing. He has the support of friends and family and is now aware that he can also get support from his local hospice. He denied needs and expressed appreciation for this call. Updated plan of care and completed bereavement assessment. Rebecca Jo Morley, MA LMHC 10/22/19

**Signature:** Rebecca Jo Morley 10-22-2019 12:45:00p

---

**Use Code:** C    **Effective Date:** 10-20-2019

**Discipline:** MSS - Medical Social Services

**Note:** SSC contacted HCS and left a voicemail offering condolences/1-800 # and informing him of F/U bereavement call in 3 weeks. Alexandria McDade MSW/SSC/ISW. 10/20/19.

**Signature:** electronically signed by Alexandria McDade SSC 10-20-2019 03:55:30p

---

**Use Code:** C    **Effective Date:** 10-17-2019

**Discipline:** CM - Clinical Manager

**Note:** Call received from Physician's Primary Care Jeanne Abdu, ARNP at 239-574-1988 asking about condition of patient. Jeanne was transferred to me by HIM at the Cape Coral Care Center. Per task written on 10/8/2019 "Brother does not know PCP and does not want a PCP listed on the chart. Call place to brother Richard to inquire if information could be given. Jeanne asked for her status and this writer did not divulge any information including the fact she expired. Will await call back. Karen Lynn Sawyer RN, CHPN 10/17/2019

**Signature:** Karen Lynn Sawyer RN 10-17-2019 04:32:25p

---

**EXHIBIT Z**

| | |
|---|---|
| **Patient:** | **33011 - Laura S Roche** |
| **Date of Birth:** | **01/04/1960** |
| **SSN:** | **\*\*\*-\*\*-6132** |

| | |
|---|---|
| **Date:** | **05/06/2014** |
| **Provider:** | **John E. Conrey MD** |
| **Encounter:** | **DR'S CONSULT** |

**Active Problems**
- Anemia of Chronic Kidney Disease
- Chronic Kidney Disease Stage 4
- Hypertension (systemic)
- Recurrent Urinary Tract Infection
- Urinary Tract Infection, Recurrent

**Chief Complaint**
The Chief Complaint is: Consult.

**History of Present Illness**
The patient is a very pleasant 54-year-old woman who has cerebral palsy. She lives in a group home and is accompanied by Jane, her house manager. Laura has a long history of recurrent urinary tract infections and lower tract dysfunction. She is seen routinely by Dr. Mintz and is known to have chronic hydronephrosis on imaging. This was addressed with a stent trial that had no meaningful effect on her anatomy by history, though I do not have these records available for review. Jane indicates that Laura is followed regularly by Dr. Mintz. She does have prophylactic antibiotics to help decrease the frequency of her recurrent urinary tract infections. She is not felt to have signs or symptoms of an active UTI at this time.

Apparently she was noted to have an increase in her creatinine and progressive anemia on routine laboratory studies done as part of her comprehensive primary care. She is not using any nonsteroidal anti-inflammatory agents nor does she have a history of heavy NSAID use. She did have some acute renal dysfunction during an admission to Lee Memorial last year for urosepsis. It is not believed that she was seen by a nephrologist at that time. Laboratory data from mid-April is notable for a hemoglobin of 9.4, MCV 88.7, RDW 13.3, platelets 392, white count 9.8, BUN 43, creatinine 1.81, potassium 5.0, $CO_2$ 23.3, folic acid >24, vitamin $B_{12}$ 893. A renal ultrasound from last week shows a 7 mm echogenic density in the left kidney suggestive of a non-obstructing stone and no suspicious masses bilaterally. Bilateral hydronephrosis is displayed, and no bladder masses are described. A nuclear medicine renal scan from October 2013 is notable for a split function of 40% on the left and 60% on the right with a dilated lower tract and no evidence of high-grade obstruction. She does have additional renal risk factors to include hypertension and chronic Coumadin use for a history of pulmonary embolism. As such, her CKD is most likely due to lower tract dysfunction, recurrent infections, need for frequent antibiotics, and possibly nephrosclerosis as well. Fortunately, she remains asymptomatic with respect to her rise in creatinine. She is in need of additional risk factor assessment with respect to her chronic kidney disease and additional anemia workup to consider initiation of erythrocyte-stimulating agent therapies if indicated.

The majority of this information is obtained from review of her records as well as discussion with her house manager. Unfortunately, she could not provide a urine sample for evaluation at today's visit.

**Current Medication**
- Amitriptyline HCl 25 MG TABS, 1 every bedtime, 0 days, 0 refills
- Atenolol 25 MG TABS, once a day, 0 days, 0 refills
- Calcium 600 MG TABS, once a day, 0 days, 0 refills
- Chlorhexidine Gluconate 0.12 % SOLN, use as directed, 0 days, 0 refills
- Clotrimazole 1 % CREA, twice a day, 0 days, 0 refills
- Colace 100 MG CAPS, once a day, 0 days, 0 refills
- Daily Value Multivitamin    TABS, once a day, 0 days, 0 refills
- Lunesta 3 MG TABS, 1 every bedtime, 0 days, 0 refills
- MiraLax    POWD, once a day, 0 days, 0 refills
- Sertraline HCl 50 MG TABS, once a day, 0 days, 0 refills

Page 1 of 4

**Patient:**               **33011 - Laura S Roche**
**Date of Birth:**         **01/04/1960**
**SSN:**                   **\*\*\*-\*\*-6132**

**Date:**                  **05/06/2014**
**Provider:**              **John E. Conrey MD**
**Encounter:**             **DR'S CONSULT**

- Spironolactone 25 MG TABS, once a day, 0 days, 0 refills
- Trimethobenzamide HCl 100 MG/ML SOLN, once a day, 0 days, 0 refills
- Warfarin Sodium 2 MG TABS, use as directed, 0 days, 0 refills

**Past Medical/Surgical History**
**Diagnoses:**
    Hypertension.
    Anxiety disorder due to general medical condition
    Depression.
    Anemia
  Ovarian cancer.
**Surgical:**
    • Hysterectomy and BSO

PE

Cerebral palsy

Chronic hydronephrosis

Recurrent UTI

**Social History**
Lives in an assisted-living facility for the elderly.
  Behavioral: Caffeine use.
  Alcohol: No consumption of alcohol.
  Drug Use: Not using drugs.
  Work: Retired from work.

**Family History**
    No family history of cancer
     No family history of heart disease
     Kidney disease - mother
     Hypertension
     Stroke syndrome

**Review Of Systems**
    She reported not feeling tired or poorly.   She reported no fever and no recent weight change.
    She reported no hearing loss, no sore throat, and no mouth sores.
    She reported no chest pain or discomfort, no palpitations, and no intermittent leg claudication.
    She reported no dyspnea, no paroxysmal nocturnal dyspnea, and no orthopnea.
    She reported normal appetite, no nausea, and no vomiting.
    She reported no hematuria, no changes in urinary habits, and no dysuria.
    She reported no polydipsia, no temperature intolerance, and no flushing.
    She reported no arthralgias, no localized joint pain, and no limb swelling.
    She reported no lightheadedness, no confusion or disorientation, and no taste disturbances.
    She reported mood was euthymic, no sleep complaints, and no inconsistent or changeable symptoms.
    She reported no pruritus.   She reported no skin lesions.

**Physical Findings**
- Vitals taken 05/06/2014 03:13 pm

Page 2 of 4

Patient: **33011 - Laura S Roche**
Date of Birth: **01/04/1960**
SSN: **\*\*\*-\*\*-6132**

Date: **05/06/2014**
Provider: **John E. Conrey MD**
Encounter: **DR'S CONSULT**

w/c
BP-Sitting R                                  118/78 mmHg
BP Cuff Size                                  Regular
Pulse Rate-Sitting                            66 bpm
Temp-Tympanic                                 97.2 F

Not acutely ill.
The buccal mucosa was not dry.
The ribs showed no tenderness at the costochondral junction.
Chest clear to percussion and no rales/crackles were heard.
Heart rate and rhythm normal, no gallop was heard, no pericardial friction rub was heard, and no anasarca.
The bowel sounds were not diminished.   The abdomen was not firm and abdominal non-tender.   No hernia was discovered.
Pretibial edema:  not present.
Skin turgor was normal.

Exam limited by confinement to wheelchair.

**Assessment**
• Hypertension
• Chronic kidney disease, stage 3
• Anemia of chronic kidney disease
• Recurrent urinary tract infection

**Plan**
   • **ANEMIA OF CHRONIC KIDNEY DISEASE**
     Lab: CBC
     Lab: FESTUDIES
     Lab: SPEP/UPEP
     **Care Plan**
       **Goals of Care:** Target hemoglobin of 10 or higher.
       **Instructions:** Ferritin has increased with po supplement, Tsat is lagging.
       Seek authorization for aranesp.

   • **HYPERTENSION (SYSTEMIC)**
     **Care Plan**
       **Goals of Care:** Maintain ambulatory readings less than 140/90 range.
       **Instructions:** Monitor home readings 2-3 times weekly and bring in values for review at next office visit.

   • **CHRONIC KIDNEY DISEASE STAGE 3**
     Lab: RENAL PROFILE
     Lab: P/CRATIO
     Lab: UA W/MICRO
     Lab: INTACT PTH
     Lab: VITAMIN D 0,25
     Lab: MICROALBUMIN/CREATININE RATIO

   • **OTHER**
     RX Change

Page 3 of 4

**Patient:**          **33011 - Laura S Roche**
**Date of Birth:**   **01/04/1960**
**SSN:**             **\*\*\*-\*\*-6132**

**Date:**           **05/06/2014**
**Provider:**      **John E. Conrey MD**
**Encounter:**    **DR'S CONSULT**

        Reduce potassium supplement to one 20meq pill daily
RX Change
        Start Integra PLUS once a day
K-Dur 20 MEQ TBCR, once a day, 30 days, 0 refills
Integra Plus    CAPS, once a day, 30 days, 3 refills

**John E. Conrey MD**
**Electronically signed by: John Conrey**    **Date: 06/09/2014 10:41**

**Electronically approved by: John Conrey**    **Date: 06/09/14 10:41**

Page 4 of 4

**EXHIBIT AA**

Encounter #54

History & Physical Report
2/13/2017: Office Visit - ESSENTIAL HYPERTENSION, BENIGN (401.1 | I10), CHRONIC INSOMNIA (780.52 | F51.04), CEREBRAL PALSY (343.9 | G80.9), CHRONIC DEPRESSION (311 | F32.9), LONG-TERM (CURRENT) USE OF ANTICOAGULANTS, HEMATOMA OF RIGHT KIDNEY, INITIAL ENCOUNTER (866.01 | S37.011A) (Jeanne Abdou APRN)
Laura Roche
2/13/2017 11:24 AM
Location: Family Practice Cape
Patient #: 1169650
DOB: 1/4/1960
Single / Language: English / Race: White
Female

History of Present Illness (Jeanne Abdou ARNP; 2/16/2017 9:41 PM)
Patient words: Follow up rehab.

The patient is a 57 year old female who presents for a recheck of Hypertension. The patient has been doing well. Associated features do not include angina, orthopnea, PND, edema, paresthesia, unexplained weakness, severe headache or gait disturbance. ASVD risk factors include hypertension and sedentary lifestyle, while they do not include diabetes mellitus, tobacco use or hyperlipidemia. Past medical history does not include ASCVD, previous cardiac procedure, previous cardiac cath, stroke, TIA or renal dysfunction.The patient does not have an exercise program and limits salt intake. Note for "Hypertension": Pt presents for a f/u for Hypertension. She is presently on Atenolol 25mg qd and Aldactone 50mg qd.  Blood pressure readings remains stable.  B/P today, 130/80.

Additional reasons for visit:

Recheck of Cerebral palsy is described as the following:
The history comes from the patient and the caregiver. Symptoms include spasticity. The spasticity is located in the left arm, left leg, right arm and right leg. Symptoms were first noted year(s) ago. The symptoms occur constantly. The symptoms are reported as unchanged. Associated symptoms include bladder dysfunction, while associated symptoms do not include nausea or vomiting. Current treatment includes antispasmodics, physical therapy, occupational therapy, mobility aids, home health care and a personal care attendant. Note for "Cerebral palsy": Pt is having increased leg spasms and rigidity. Pt has home care and physical therapy.

Recheck of Recurrent urinary tract infections is described as the following:
The onset of the recurrent urinary tract infections has been variable and has been occurring in an intermittent pattern for years. The course has been recurrent. The recurrent urinary tract infections is described as moderate. Note for "Recurrent urinary tract infections": Pt has recurrent urinary tract infections with chronic hydronephrosis. She had bleeding after an indwelling catheter change. She was placed on antibiotics and a suprapubic catheter was placed. CT of the abdomen also revealed a Rt kidney hematoma which was attributed to anticoagulation therapy with Coumadin for a history of PE. Pt remains under the care of Urology. Coumadin will be restarted after resolution of the hematoma.

Recheck of Depression is described as the following:
Symptoms include anxiety. Onset was gradual. Onset followed a disability. The symptoms occur constantly. The episodes occur daily. The patient describes this as moderate in severity and improving. Current treatment includes selective serotonin reuptake inhibitors. By report there is good compliance with treatment, good tolerance of treatment and good symptom control. Note for "Depression": Pt is presently on Zoloft 50mg qd for treatment of chronic depression. She is doing well on present dose.


Chart Review Note (Huffman MD, Lucia K; 2/20/2017 9:47 AM)
I have reviewed the history of present illness and findings.

Problem List/Past Medical (Jeanne Abdou ARNP; 2/16/2017 6:35 PM)
MENTAL RETARDATION, NOS (319.)
EMBOLISM/INFARCTION, PULMONARY NEC (415.19)
ANEMIA (285.9 | D64.9)
RENAL FAILURE (586 | N19)
CHRONIC INSOMNIA (780.52 | F51.04)
Blindness
HISTORY OF MALIGNANT NEOPLASM OF OVARY (V10.43 | Z85.43)
ENCOUNTER FOR LONG-TERM (CURRENT) USE OF MEDICATIONS (V58.69 | Z79.899)
Dr Daller   Urologist
Dr. Pellet   Dentist
Cerebral Palsy
CHRONIC DEPRESSION (311 | F32.9)
LONG-TERM (CURRENT) USE OF ANTICOAGULANTS (V58.61 | Z79.01)   INR done by Home health
ESSENTIAL HYPERTENSION, BENIGN (401.1 | I10)
CEREBRAL PALSY (343.9 | G80.9)
HEMATOMA OF RIGHT KIDNEY, INITIAL ENCOUNTER (866.01 | S37.011A)

Past Surgical History (Jeanne Abdou ARNP; 2/16/2017 6:35 PM)
Hysterectomy  2008
Ovarian Cancer  2008

Allergies (Monica Sebastian LPN; 2/13/2017 11:25 AM)
Taxol *ANTINEOPLASTICS*
Sulfa Drugs
Latex

Family History (Jeanne Abdou ARNP; 2/16/2017 6:35 PM)
Father   Alive, none known
Mother   Alive,kidney transplant
Brother 1   Alive, none known

Social History (Jeanne Abdou ARNP; 2/16/2017 6:35 PM)

Alcohol Use    No
Caffeine Use    couple times a week
Tobacco Use    Never smoker.

Medication History (Monica Sebastian LPN; 2/13/2017 11:30 AM)
Zoloft  (50MG Tablet, 1 (one) Oral every morning, Taken starting 08/11/2016) Active.
Tenormin  (25MG Tablet, 1 (one) Oral every morning, Taken starting 08/11/2016) Active.
Aldactone  (50MG Tablet, 1 (one) Oral every morning, Taken starting 08/11/2016) Active.
Amitriptyline HCl  (25MG Tablet, five tablets Oral at bedtime, Taken starting 08/11/2016) Active.
Lunesta  (3MG Tablet, one Oral at bedtime, Taken starting 08/11/2016) Active.
Warfarin Sodium  (2.5MG Tablet, 1 Oral 2.5 MWF, 1.25mg TTHSS, Taken starting 06/06/2016) Active.
MiraLax  (1 Oral at bedtime, as needed, Taken starting 05/13/2016) Active. (Every other night)
DocQLace  (100MG Capsule, 1 Oral two times daily, Taken starting 04/12/2016) Active.
Chlorhexidine Gluconate  (0.12% Solution, 1 Mouth/Throat two times daily for 30 seconds, Taken starting 12/08/2015) Active. (rinse mouth with 15 ml for 30 seconds after breakfast and bed time. do not brush teeth, rinse mouth or eat after using)
Integra Plus  (1 Oral daily, Taken starting 09/13/2015) Active.
Flomax  (0.4MG Capsule, 1 Oral nightly, Taken starting 05/04/2015) Active. (prescribed by Urology)
Warfarin Sodium  (5MG Tablet, 1 (one) Oral MW, Taken starting 01/22/2015) Active.
Lotrisone  (1-0.05% Cream, 1 (one) Cream External two times daily, Taken starting 05/06/2014) Active.
Vitamin D (Ergocalciferol)  (50000UNIT Capsule, 1 Oral twice monthly) Active.
Medications Reconciled

Other Problems (Jeanne Abdou ARNP; 2/16/2017 6:35 PM)
GASTROENTERITIS & COLITIS (558.9)
CHRONIC UTI (599.0 | N39.0)
ACUTE UPPER RESPIRATORY INFECTION (465.9 | J06.9)
UNSPECIFIED CONTACT DERMATITIS, UNSPECIFIED CAUSE (692.9 | L25.9)
FLU VACCINE NEED (V04.81 | Z23)
SCREENING SKIN TEST PPD TUBERCULOSIS (V74.1 | Z11.1)
ROUTINE MEDICAL EXAM (V70.0 | Z00.00)
DYSURIA (788.1 | R30.0)
PHARYNGITIS (462 | J02.9)
*HIPAA Form Completed   Jane Marshall- Residential Group Home Manager Vickie Chapman- Director of group Home Danielle Jacobs- Care giver

History
I have reviewed the history and findings.

Review of Systems (Jeanne Abdou ARNP; 2/16/2017 6:38 PM)
General Not Present- Chills, Fatigue, Fever and Weakness.
Skin Not Present- Excessive Sweating.
HEENT Not Present- Coryza, Ear Discharge, Earache, Eye Redness, Headache, Nasal Congestion, Sinus Pain and Sore Throat.
Neck Present- Swollen Glands. Not Present- Neck Pain and Neck Stiffness.
Respiratory Not Present- Cough, Hemoptysis, Shortness of Breath and Wheezing.
Cardiovascular Present- Hypertension. Not Present- Chest Pain, Claudications, Orthopnea, Paroxysmal Nocturnal Dyspnea and Shortness of Breath.
Gastrointestinal Not Present- Diarrhea, Nausea and Vomiting.
Female Genitourinary Note:  recurrent UTI, has Suprapubic catheter
Musculoskeletal Present- Joint Stiffness, Muscle Atrophy, Muscle Weakness and Physical Disability (Hx of Cerebral Palsy). Not Present- Myalgia.
Neurological Present- Ataxia, Decreased Memory, Difficulty Speaking, Focal Neurological Symptoms, Incoordination, Leg Pain, Trouble walking, Unsteadiness, Visual Changes and Weakness In Extremities. Not Present- Weakness.
Psychiatric Present- Anxiety, Depression and Insomnia.

Chart Review Note (Huffman MD, Lucia K; 2/20/2017 9:47 AM)
I have reviewed the review of systems and findings.

Vitals (Monica Sebastian LPN; 2/13/2017 11:30 AM)
2/13/2017 11:30 AM
Weight: 145 lb   Height: 62 in
Weight was reported by patient.
Body Surface Area: 1.7 m²   Body Mass Index: 26.52 kg/m²
Temp.: 97.7° F    Pulse: 80 (Regular)    Resp.: 16 (Unlabored)
BP: 130/80 (Sitting, Left Arm, Standard)

Physical Exam (Jeanne Abdou ARNP; 2/16/2017 6:36 PM)

General
Mental Status - Alert.
General Appearance - Lethargic / slow, Not in acute distress.
Build & Nutrition - Petite, Poorly developed and Well nourished.
Posture - Sitting propped up.
Gait  - Note:  In Wheelchair.


Skin
General
Color - Normal color. Moisture - Normal Moisture.
Rashes - No Rashes.

HEENT
Head - Normal.
Ear - Normal.
Eye
Vision - Decreased. Note: Legally blind.
Nose & Sinuses - Normal.
Mouth & Throat - Normal.

Neck
Neck - Non Tender, Supple, No Masses.
Trachea - Midline.
Thyroid
Gland - Normal size and consistency.

Chest and Lung Exam
Inspection
Chest Wall - Normal. Shape - Normal.
Auscultation
Breath sounds - Normal. Adventitious sounds - No Adventitious sounds.

Cardiovascular
Palpation/Percussion
Point of Maximal Impulse - Normal.
Auscultation
Rhythm - Regular. Heart Sounds - Normal heart sounds. Murmurs & Other Heart Sounds - Auscultation of the heart reveals - No Murmurs.

Abdomen
Inspection
Skin - Scar - Generalized.
Palpation/Percussion
Liver - Other Characteristics - No Hepatomegaly. Spleen - Other Characteristics - No Splenomegaly.
Auscultation
Auscultation of the abdomen reveals - Bowel sounds normal.

Peripheral Vascular
Lower Extremity
Palpation - Edema - Bilateral - No edema.

Neurologic
Neurologic evaluation reveals  - Note:  Has all stigmata of Cerebral Palsy with mental retardation and spastic neurological condition.

Mental Status
Affect - inappropriate and apathetic. Speech - Dysarthric, Slow, Word comprehension impaired and Writing impaired. Thought content/perception - No Auditory hallucinations, No Visual hallucinations. Cognitive function - Abstract thinking impaired, Concentration impaired, Judgment impaired and Problem solving impaired.

Lymphatic
General Lymphatics
Description - No Localized lymphadenopathy.


Chart Review Note (Huffman MD, Lucia K: 2/20/2017 9:47 AM)
I have reviewed the physical exam and findings.

Assessment & Plan (Jeanne Abdou ARNP: 2/16/2017 9:39 PM)

**ESSENTIAL HYPERTENSION, BENIGN (401.1 | I10)**
<u>Current Plans</u>

- Continued Tenormin 25MG, 1 (one) Tablet every morning, #90, 02/13/2017, Ref. x2.
- Continued Aldactone 50MG, 1 (one) Tablet every morning, #90, 02/13/2017, Ref. x2.

**CHRONIC INSOMNIA (780.52 | F51.04)**
<u>Current Plans</u>

- Continued Amitriptyline HCl 25MG, five tablets Tablet at bedtime, #150, 02/13/2017, Ref. x5.
- Continued Lunesta 3MG, one Tablet at bedtime, #30, 02/13/2017, Ref. x2.

**CEREBRAL PALSY (343.9 | G80.9) <HCC74>**
<u>Current Plans</u>

- Continued MiraLax, 1 Packet at bedtime, as needed, 30 Packet, 02/13/2017, Ref. Q 30 Days x1 Year.
  Local Order: Every other night
- Continued DocQLace 100MG, 1 Capsule two times daily, #60, 02/13/2017, Ref. x11.

**CHRONIC DEPRESSION (311 | F32.9)**
<u>Current Plans</u>

- Continued Zoloft 50MG, 1 (one) Tablet every morning, #90, 02/13/2017, Ref. x2.

**LONG-TERM (CURRENT) USE OF ANTICOAGULANTS (V58.61 | Z79.01)**
Story: INR done by Home health
<u>Current Plans</u>

- Changed Warfarin Sodium 2.5MG, 1 Tablet dailyas directed in coumadin clinic, #90, 02/13/2017, Ref. x3.

**HEMATOMA OF RIGHT KIDNEY, INITIAL ENCOUNTER (866.01 | S37.011A)**
Impression: f/u CT for evaluation of hematoma
<u>Current Plans</u>

- CT Scan ABD & PELVIS (74176) Stone Protocol

Chart Review Note (Huffman MD, Lucia K: 2/20/2017 9:47 AM)
I have reviewed the assessment & plan and findings.

Completed and submitted for review by Jeanne Abdou APRN (2/16/2017 9:41 PM)

*[signature: Lucia Huffman]*

Signed by Lucia K Huffman MD (2/20/2017 9:47 AM)

# Procedures

CT Scan ABD & PELVIS (74176) Stone Protocol  Performed: 02/13/2017 (Ordered)

**EXHIBIT BB**

History & Physical Report
1/15/2015: Office Visit - EDEMA, EXTREMITY CYANOSIS (443.89 | I73.89), CEREBRAL PALSY, NOS (343.9), PULMONARY
EMBOLISM (Jeanne Abdou APRN)
*Laura Roche*
1/15/2015 4:20 PM
Location: Family Practice Cape
Patient #: 1169650
DOB: 1/4/1960
Single / Language: English / Race: White
Female


History of Present Illness (Jeanne Abdou APRN; 1/15/2015 4:56 PM)

    The patient is a 55 year old female who presents with a complaint of abdominal distention. The onset of the abdominal
distention has been gradual and has been occurring in a persistent pattern for days. The course has been constant. The abdominal
distention is described as moderate. The symptoms have no aggravating factors. The symptoms have no relieving factors. The
symptoms have been associated with diarrhea, while the symptoms have not been associated with bloating, dark urine or fever.
Note for "Abdominal distention": Pt presents with her care giver for an evaluation of abdominal distention. She has a hx of chronic
constipation,laxitives have been stopped while in Rehab. She has abdominal distention with generalized tenderness and decreased
bowel sounds. Last BM today was hard and small.Denies fever, N/V.


Additional reason for visit:

<u>Edema</u> is described as the following:
Symptoms include edema and weight gain. The edema involves both lower extremities. Onset was gradual day(s) ago. The
symptoms occur constantly. The episodes occur daily and last for weeks. The patient describes this as severe and worsening.
Symptoms are exacerbated by prolonged sitting. Symptoms are not relieved by leg elevation, assuming an upright position,
diuretics or use of compression stocking(s). Associated symptoms include calf pain and calf swelling, while associated symptoms
do not include dyspnea or diarrhea. Current treatment includes elevation of the legs and potassium-sparing diuretics. Pertinent
medical history includes renal insufficiency, cardiomyopathy and venous insufficiency. Note for "Edema": Pt has worsening leg
edema with skin color changes.Edema is fro thgh to foot and skin is tight and shiny. Pt has been in Cape Coral Rehab since
12/17/14 following fall 11/30. She sustained a compression fracture L7-L8 and Kyphoplasty was performed. Pt developed sepsis
and was readmitted to Rehab.
Since admission to rehab she has had varying INR readings and presently has a subtherapeuticc INR of 1.2 with a hx of PE. The Lt
foot is cyanotic,cool to the touch with no palpable dorsalis pedis pulse.


    Chart Review Note (Dean Traiger MD; 1/15/2015 5:03 PM)
    I have reviewed the history of present illness and findings.


History

    Chart Review Note (Dean Traiger MD; 1/15/2015 5:03 PM)
    I have reviewed the history and findings.


Review of Systems (Jeanne Abdou APRN; 1/15/2015 4:39 PM)
General: Not Present- Fever, Chills, Fatigue and Weakness.
Skin: Not Present- Excessive Sweating.
HEENT: Not Present- Coryza, Nasal Congestion, Sore Throat, Sinus Pain, Earache, Ear Discharge, Headache and Eye Redness.
Neck: Present- Swollen Glands. Not Present- Neck Pain and Neck Stiffness.
Respiratory: Not Present- Shortness of Breath, Wheezing, Cough and Hemoptysis.
Cardiovascular: Present- Edema (marked edema of the lower extremities.) and Hypertension. Not Present- Chest Pain,
Claudications, Shortness of Breath, Orthopnea and Paroxysmal Nocturnal Dyspnea.
Gastrointestinal: Present- Abdominal Pain, Constipation and Abdominal Swelling (distention). Not Present- Nausea, Vomiting
and Diarrhea.
Musculoskeletal: Not Present- Joint Stiffness and Myalgia. Note: hx of Cerebral palsy in a wheelchair
Neurological: Present- Leg Pain, Paresthesias, Ataxia, Decreased Memory, Difficulty Speaking, Focal Neurological Symptoms,
Incoordination, Peripheral Neuropathy and Weakness In Extremities. Not Present- Weakness.
Psychiatric: Present- Depression and Insomnia.


    Chart Review Note (Dean Traiger MD; 1/15/2015 5:03 PM)
    I have reviewed the review of systems and findings.


Vitals
    Addendum Note (Jeanne Abdou APRN; 1/15/2015 5:16 PM)
    Weight 140-reported
T 98.3
B/P 118/80
HR-80

Physical Exam (Jeanne Abdou APRN: 1/15/2015 4:32 PM)
The physical exam findings are as follows:

General
Mental Status - Alert. General Appearance - Anxious, Cooperative, crying and Well groomed. Not in acute distress. Build & Nutrition - Petite. Posture - Sitting propped up. Gait - Note: In Wheelchair.

Skin
General: Color - Normal color. Moisture - Normal Moisture.
Rashes: - No Rashes.

HEENT
Head - Normal.
Ear - Normal.
Eye
Vision - Decreased. Note: Legally blind.
Nose & Sinuses - Normal.
Mouth & Throat - Normal.

Neck
Neck - Supple. Non Tender. No Masses. Trachea - Midline.
Thyroid: Gland - Normal size and consistency.

Chest and Lung Exam
Inspection:
Chest Wall: - Normal.
Shape - Normal.
Auscultation:
Breath sounds: - Normal.
Adventitious sounds: - No Adventitious sounds.

Cardiovascular
Palpation/Percussion:
Point of Maximal Impulse: - Normal.
Auscultation: Rhythm - Regular. Heart Sounds - Normal heart sounds.
Murmurs & Other Heart Sounds: Auscultation of the heart reveals - No Murmurs.

Abdomen
Inspection:
Skin: Scar - Generalized.
Contour - Generalized moderate distention.
Palpation/Percussion: Tenderness - Generalized.
Liver: Other Characteristics - No Hepatomegaly.
Spleen: Other Characteristics - No Splenomegaly.
Auscultation: Bowel sounds decreased - Generalized.

Peripheral Vascular
Lower Extremity:
Palpation: Temperature - Left - Cool. Right - Warm. Popliteal pulse - Left - 0+ (unpalpable due to position and edema).
Dorsalis pedis pulse - Left - 0+. Right - 1+. Edema - Bilateral - 3+ Pitting edema.

Neurologic
Neurologic evaluation reveals - Note: Has all stigmata of Cerebral Palsy with mental retardation and spastic neurological condition.
Mental Status: Affect - inappropriate and apathetic. Speech - Dysarthric, Slow, Word comprehension impaired and Writing impaired. Thought content/perception - No Auditory hallucinations or Visual hallucinations. Cognitive function - Abstract thinking impaired, Concentration impaired, Judgment impaired and Problem solving impaired.

Lymphatic
General Lymphatics
Description - No Localized lymphadenopathy.

Chart Review Note (Dean Traiger MD: 1/15/2015 5:03 PM)
I have reviewed the physical exam and findings.

Assessment & Plan (Jeanne Abdou APRN: 1/15/2015 4:58 PM)

EDEMA (782.3 | R60.9)
Story: Marked 3+ edema of both legs up to thighs

EXTREMITY CYANOSIS (443.89 | I73.89)
Story: cool and discolored Lt foot with decreaed pulse.,
Impression: Hx of PE,INR subtherapeutic at 1.2
Possible arterial blockage

CEREBRAL PALSY, NOS (343.9)

PULMONARY EMBOLISM (415.19 | I26.99)
Impression: INR subtherapeutic

Note: Pt examined by myself and Dr DeLight. Due to skin changes and no pulse of the Lt foot ,pt sent to CCH ER for immediate evaluation by the hospitalist,Dr Raj et al.

    Chart Review Note (Dean Traiger MD: 1/15/2015 5:03 PM)
      I have reviewed the assessment & plan and findings.


Flow Sheets (Jeanne Abdou APRN: 1/15/2015 4:43 PM)
**COUMADIN Management
Row 47
  Date:  1/15/15  Coumadin Dose (mg):  3mg since 1/12/15  INR:  1.2  Comments:  PPC office  Initials:  JA


Completed and submitted for review by Jeanne Abdou APRN (1/15/2015 5:02 PM)

_____
Signed by Dean Traiger MD (1/15/2015 5:03 PM)

Vitals Addendum: (Jeanne Abdou APRN, 01/15/2015 05:16:33 PM)
Weight 140-reported
T 98.3
B/P 118/80
HR-80

**EXHIBIT CC**



**LEE MEMORIAL HEALTH SYSTEM**

LM HIM ROI
2776 Cleveland Ave.
Fort Myers FL 33901
IP Encounter Report

Roche, Laura Susan
MRN: 30078948, DOB: 1/4/1960, Sex: F
Adm: 9/18/2019, D/C: 10/4/2019

---

**Patient History (continued)**

**Surgical as of 10/4/2019 (continued)**

| | | | | |
|---|---|---|---|---|
| | | | RETROGRADES; Surgeon:MINTZ, MARK A.; Location:CH OR; Service:Urology | |
| UROLOGY SURGERY PROCEDURE UNLISTED | Bilateral | 2/27/2015 | Procedure: CYSTO / cystogram; Laterality: Bilateral;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 10/19/2016 | Procedure: CYSTO / BLADDER BIOPSY / FULGARATION; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 12/21/2016 | Procedure: CYSTOSCOPY; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 12/21/2016 | Procedure: SUPRAPUBIC TUBE PLACEMENT; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 7/14/2017 | Procedure: SUPRAPUBIC CATHETER EXCHANGE; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 7/14/2017 | Procedure: CYSTOSCOPY; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| ----------OTHER---------- | — | — | 2 lymph nodes in pelvis removed, | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | Right | 1/11/2019 | Procedure: CYSTO / STENT INSERTION; Laterality: Right;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | Right | 1/11/2019 | Procedure: PERCUTANEOUS NEPHROSTOMY; Laterality: Right;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 3/8/2019 | Procedure: EXCHANGE SUPRAPUBIC CATHETER; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | Right | 3/8/2019 | Procedure: CYSTOSCOPY RIGHT URETERAL STENT EXCHANGE; Laterality: Right;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | Right | 3/8/2019 | Procedure: RIGHT URS AND RETROGRADE; Laterality: Right;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | Right | 4/19/2019 | Procedure: LASER HOLMIUM CYSTO / URS /STENT INSERTION/; Laterality: Right;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | N/A | 4/19/2019 | Procedure: EXCHANGE SUPRAPUBIC CATHETER; Laterality: N/A;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| UROLOGY SURGERY PROCEDURE UNLISTED | Right | 4/19/2019 | Procedure: Retrogrades; Laterality: Right;; Surgeon: Fernandez-Salvador, Veronique N., M.D.; Location: GC OR | Provider |
| BRAIN SURGERY | Right | 9/29/2019 | Procedure: CRANIOTOMY BURR HOLES placement of ventriculostomy; Laterality: Right;; Surgeon: Javedan, Saman P., M.D.; Location: GC OR | Provider |

**Family as of 10/4/2019**

| Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|
| Kidney Disease | Mother | — | — | — | Provider |
| Heart Disease | Father | — | — | — | Provider |
| Pacemaker | Father | — | — | — | Provider |
| Hypertension | Father | — | — | — | Provider |
| Cancer | Father | — | — | — | Provider |
| Diabetes | Neg Hx | — | — | — | Provider |
| Stroke | Neg Hx | — | — | — | Provider |

**EXHIBIT DD**

| Patient: | 33011 - Laura S Roche |
|---|---|
| Date of Birth: | 01/04/1960 |
| SSN: | ***-**-6132 |

| Date: | 04/07/2015 |
|---|---|
| Provider: | John E. Conrey MD |
| Encounter: | FOLLOW UP VISIT |

### Active Problems
- Anemia of Chronic Kidney Disease
- Chronic Kidney Disease Stage 2
- Hypertension (systemic)
- Recurrent Urinary Tract Infection

### Chief Complaint
The Chief Complaint is: Routine follow up of renal status and related issues.

### Reason For Visit
    Visit for: follow-up exam.

### History of Present Illness
    Laura Roche is a 55 year old female.
    She reported: Medication list reviewed.
    Not feeling poorly (malaise).
    No epistaxis.
    No shortness of breath.
    Appetite not decreased.  No nausea and no vomiting.
    No hematuria, urine is unchanged in appearance, and no change in urine volume.   Changes in urinary habits -now with chronic indwelling foley per GU.  No flank pain.
    No soft tissue swelling.
    No decrease in concentrating ability and no unpleasantly altered taste.
    No sleep disturbances.
    No generalized pruritus.

    She had another complicated UTI and was hospitalized for IV antibiotics.   Dr Salvedor-Fernandez advised that due to urinary retention and frequent UTI an indwelling foley was recommended.   She is getting this changed every 2 weeks on a routine basis.   Creatinine has improved to 1.05 with decompression of lower tract which reclassifies her CKD into stage 2.   She is tolerating po iron daily without GI side effects. Hemoglobin is now up to 11.3 and she no longer requires growth factor support for her anemia.

### Current Medication
- Acetaminophen 650 MG SUPP, use as directed prn, 0 days, 0 refills
- Ambien 5 MG TABS,  0 days, 0 refills
- Amitriptyline HCl 25 MG Tablet  125mg po qhs, 0 days, 0 refills
- Atenolol 25 MG TABS, once a day 0 days, 0 refills
- Chlorhexidine Gluconate 0.12 % SOLN, use as directed 0 days, 0 refills
- Clotrimazole 1 % CREA, twice a day 0 days, 0 refills
- Colace 100 MG Capsule, conventional twice a day 0 days, 0 refills
- Flomax 0.4 MG Capsule, conventional once a day 0 days, 0 refills
- Integra Plus CAPS, TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR SUPPLEMENT TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR SUPPLEMENT, 30 days, 11 refills
- MiraLax POWD, once a day 0 days, 0 refills
- Sertraline HCl 50 MG TABS, once a day 0 days, 0 refills
- Spironolactone 25 MG TABS, once a day 0 days, 0 refills
- Warfarin Sodium 2 MG TABS, use as directed 0 days, 0 refills

### Past Medical/Surgical History
Reported:
    Medical: Kidney disease, chronic.

Page 1 of 4

| Patient: | 33011 - Laura S Roche |
|---|---|
| Date of Birth: | 01/04/1960 |
| SSN: | ***-**-6132 |

| Date: | 04/07/2015 |
|---|---|
| Provider: | John E. Conrey MD |
| Encounter: | FOLLOW UP VISIT |

**Diagnoses:**
    Hypertension.
    Acute renal failure.
    Urinary tract infection.
    Anxiety disorder due to general medical condition
    Depression.
    Anemia
  Ovarian cancer, was in hosp for uti march 2015.
**Surgical:**
    • Hysterectomy and BSO

**Social History**
Lives in an assisted-living facility for the elderly.
    Behavioral: Caffeine use.   No tobacco use.
    Alcohol: No consumption of alcohol.
    Drug Use: Not using drugs.
    Work: Retired from work.

**Family History**
    No family history of cancer
        No family history of heart disease
        Kidney disease - mother
        Hypertension
        Stroke syndrome

**Review Of Systems**
    She reported not feeling tired or poorly.   She reported no fever and no recent weight change.
    She reported no hearing loss, no sore throat, and no mouth sores.
    She reported no chest pain or discomfort, no palpitations, and no intermittent leg claudication.
    She reported no dyspnea, no paroxysmal nocturnal dyspnea, and no orthopnea.
    She reported normal appetite, no nausea, and no vomiting.
    She reported no hematuria, no changes in urinary habits, and no dysuria.
    She reported no polydipsia, no temperature intolerance, and no flushing.
    She reported no arthralgias, no localized joint pain, and no limb swelling.
    She reported no lightheadedness, no confusion or disorientation, and no taste disturbances.
    She reported mood was euthymic, no sleep complaints, and no inconsistent or changeable symptoms.
    She reported no pruritus.   She reported no skin lesions.

**Physical Findings**
    • Vitals taken 04/07/2015 09:45 am

| | |
|---|---|
| BP-Sitting R | 118/80 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 68 bpm |
| Temp-Oral | 98 F |

    Not acutely ill.
    The buccal mucosa was not dry.
    The ribs showed no tenderness at the costochondral junction.
    Chest clear to percussion and no rales/crackles were heard.
    Heart rate and rhythm normal, no gallop was heard, no pericardial friction rub was heard, and no
anasarca.

Page 2 of 4

| Patient: | 33011 - Laura S Roche |
|---|---|
| Date of Birth: | 01/04/1960 |
| SSN: | ***-**-6132 |

| Date: | 04/07/2015 |
|---|---|
| Provider: | John E. Conrey MD |
| Encounter: | **FOLLOW UP VISIT** |

The bowel sounds were not diminished.  The abdomen was not firm and abdominal non-tender.  No hernia was discovered.
Pretibial edema:  not present.
Skin turgor was normal.

**Assessment**
- Hypertension
- Chronic kidney disease, stage 2
- Anemia of chronic kidney disease
- Recurrent urinary tract infection

**Therapy**
- Medical regimen review.
- Clinical summary provided to patient.
- Follow-up labs for organ function.

**Vaccinations**
- Did not receive dose of influenza virus vaccine

**Counseling/Education**
- Education and counseling:   stage of CKD and rationale for optimizing renal risk factors reviewed during visit
- Patient education: NSAID avoidance advised, risks of angio-dye reviewed

**Plan**
- **ANEMIA OF CHRONIC KIDNEY DISEASE**
  **Care Plan**
  **Goals of Care:** Target hemoglobin of 10 or higher.
  **Instructions:** Aranesp discontinued

- **HYPERTENSION (SYSTEMIC)**
  FOLLOWUP: six months
  Lab: LIMITED PANEL, CKD PROFILE - RENAL FUNCTION PANEL, H/H, URINE TOTAL PROTEIN/CREAT RATIO, URIC ACID
  **Care Plan**
  **Goals of Care:** Maintain ambulatory readings less than 140/90 range.
  **Instructions:** Continue current medication regimen

- **CHRONIC KIDNEY DISEASE STAGE 2**
  **Care Plan**
  **Goals of Care:** Preservation of residual renal function
  **Instructions:** Continue efforts at optimizing renal risk factors

- **HISTORY OF OTHER URINARY DISORDER**
  **Care Plan**
  **Goals of Care:** Maintain a sterile urine
  **Instructions:** Management as per urology and ID consultants

Continue efforts at renal risk factors optimization noting that residual renal function is improved from historical baseline.

Page 3 of 4

**Patient:**          **33011 - Laura S Roche**
**Date of Birth:**    **01/04/1960**
**SSN:**              **\*\*\*-\*\*-6132**

**Date:**             **04/07/2015**
**Provider:**         **John E. Conrey MD**
**Encounter:**        **FOLLOW UP VISIT**

Extended/ prn follow up schedule offered but patient would prefer to come in for reassessment of renal status on a routine basis

**John E. Conrey MD**
**Electronically signed by: John Conrey        Date: 04/07/2015 14:09**

Page 4 of 4

**EXHIBIT EE**

Encounter #47

History & Physical Report
12/31/2014: Office Visit - HYPERTENSION, UNSPECIFIED ESSENTIAL (401.9), RENAL FAILURE (586 | N19), ANEMIA (285.9 | D64.9), LONG-TERM (CURRENT) USE OF ANTICOAGULANTS, PULMONARY EMBOLISM, CEREBRAL PALSY, NOS (343.9), INSOMNIA, CHRONIC (307.42), SYMPTOMS INVOLVING URINARY SYSTEM: RETE (Jeanne Abdou APRN)

*Laura Roche*
12/31/2014 3:22 PM
Location: Family Practice Cape
Patient #: 1169650
DOB: 1/4/1960
Single / Language: English / Race: White
Female


History of Present Illness (Jeanne Abdou APRN; 1/11/2015 8:46 PM)
        Patient words: Follow up, review medications

        The patient is a 54 year old female who presents for a recheck of Hypertension. The patient has been doing well. Associated features do not include angina, orthopnea, PND, edema, paresthesia, unexplained weakness, severe headache or gait disturbance. ASVD risk factors include hypertension and sedentary lifestyle, while they do not include diabetes mellitus, tobacco use or hyperlipidemia. Past medical history does not include ASCVD, previous cardiac procedure, previous cardiac cath, stroke, TIA or renal dysfunction.The patient does not have an exercise program and limits salt intake. Note for "Hypertension": Pt presents for a f/u for HTN. She is presently on Atenolol 25mg qd. Blood pressure remains stable.Blood pressure today 112/62

Additional reasons for visit:

Recheck of Anemia is described as the following:
Symptoms include fatigue, while symptoms do not include bleeding, bruising, shortness of breath, lightheadedness, palpitations, chest pain or syncope. There is no known event that preceded symptom onset. The symptoms occur constantly. The episodes occur daily and last for days. The patient describes this as moderate in severity and worsening. Associated symptoms do not include fever. Pertinent medical history includes previous anemia and renal disease. Note for "Anemia": Pt has a hx of anemia and Renal failure she is under the care of Nephrology. She is on Integra and Theraplus daily.Hbg-10.5,previous-11.1

Recheck of Cerebral palsy is described as the following:
The history comes from the patient and the caregiver. Symptoms include spasticity. The symptoms are reported as unchanged. Associated symptoms include bladder dysfunction, while associated symptoms do not include nausea or vomiting. Current treatment includes home health care and a personal care attendant.

        Chart Review Note (Mardelle DeLight MD; 1/12/2015 12:51 PM)
        I have reviewed the history of present illness and findings.


Problem List/Past Medical (Jeanne Abdou APRN; 1/11/2015 8:44 PM)
AFTERCARE, LONG-TERM USE, MEDICATIONS NEC (V58.69)
OVARY, PERSONAL HISTORY OF MALIGNANT NEOPLASM (V10.43)
EMBOLISM/INFARCTION, PULMONARY NEC (415.19)
CONSTIPATION, UNSPECIFIED (564.00)
EDEMA (782.3 | R60.9)
Blindness
SYMPTOMS INVOLVING URINARY SYSTEM: RETENTION OF URINE, UNSPECIFIED (788.20)
MENTAL RETARDATION, NOS (319.)
DEPRESSION (311.)
ANEMIA (285.9 | D64.9)
Cerebral Palsy
Dr Daller.  Urologist
Dr. Pellet.  Dentist
ILEUS (560.1 | K56.7).  possible ileus
HYPERTENSION, UNSPECIFIED ESSENTIAL (401.9)
RENAL FAILURE (586 | N19)
INSOMNIA, CHRONIC (307.42)
LONG-TERM (CURRENT) USE OF ANTICOAGULANTS (V58.61 | Z79.01).  INR done by Home health
ABDOMINAL DISTENSION (787.3 | R14.0)
PULMONARY EMBOLISM (415.19 | I26.99)
CEREBRAL PALSY, NOS (343.9)
Mental Retardation


Past Surgical History (Jeanne Abdou APRN; 1/11/2015 8:41 PM)

Hysterectomy. 2008
Ovarian Cancer. 2008


Allergies (Jeanne Abdou APRN; 1/11/2015 8:41 PM)

Bactrim *ANTI-INFECTIVE AGENTS - MISC.*
Taxol *ANTINEOPLASTICS*
Allergy History Unknown
Sulfa Drugs

Family History (Jeanne Abdou APRN; 1/11/2015 8:41 PM)
Mother.  Alive,kidney transplant
Father.  Alive, none known
Brother 1.  Alive, none known

Social History (Jeanne Abdou APRN; 1/11/2015 8:41 PM)
Caffeine Use.  couple times a week
Alcohol Use.  No
Tobacco Use.  Never smoker.

Medication History (Elizabeth Hallenbeck RMA; 12/31/2014 3:28 PM)
Zoloft (50MG Tablet, 1 (one) Oral every morning, Taken starting 10/07/2014) Active.
Tenormin (25MG Tablet, 1 (one) Oral every morning, Taken starting 10/16/2014) Active.
Aldactone (25MG Tablet, 1 (one) Oral every morning, Taken starting 10/16/2014) Active.
Amitriptyline HCl (25MG Tablet, five tablets Oral at bedtime, Taken starting 12/08/2014) Active.
Warfarin Sodium (2MG Tablet, 1 Oral daily, Taken starting 08/10/2014) Active.
MiraLax (1 Oral at bedtime, Taken 08/22/2013 to 05/28/2013) Active.
Chlorhexidine Gluconate (0.12% Solution, 1 Mouth/Throat two times daily for 30 seconds, Taken starting 07/15/2014) Active.
(rinse mouth with 15 ml for 30 seconds after breakfast and bed time. do not brush teeth, rinse mouth or eat after using)
DocQLace (100MG Capsule, 1 Oral two times daily, Taken starting 10/07/2014) Active.
Lunesta (3MG Tablet, one Oral at bedtime, Taken starting 11/12/2014) Active. (handwritten by Dr DeLight)
Lotrisone (1-0.05% Cream, 1 (one) Cream External two times daily, Taken starting 05/06/2014) Active.
Integra Plus (1 Oral daily, Taken starting 10/16/2014) Active.
Thera-Plus (1 Oral daily) Active.
Medications Reconciled.

Other Problems (Jeanne Abdou APRN; 1/11/2015 8:44 PM)
FLU VACCINE MEDICARE (V04.81) under 65, standard dose
FLU VACCINE MEDICARE (V04.81)
SYMPTOM, DYSURIA (788.1)
DERMATITIS, UNSPECIFIED CAUSE (692.9)
ACUTE BRONCHITIS (466.0 | J20.9)
URINARY TRACT INFECTION, SITE NOT SPECIFIED (599.0 | N39.0)
SCREENING SKIN TEST PPD TUBERCULOSIS (V74.1 | Z11.1)
VAGINITIS NOS (616.10)
Unspecified Diagnosis
Unspecified Diagnosis
Unspecified Diagnosis
Unspecified Diagnosis
GASTROENTERITIS & COLITIS (558.9)
Unspecified Diagnosis
ROUTINE MEDICAL EXAMINATION (V70.0)
ACUTE UPPER RESPIRATORY INFECTION (465.9 | J06.9)
PHARYNGITIS (462 | J02.9)
*HIPAA Form Completed.  Jane Marshall- Residential Group Home Manager
Vickie Chapman- Director of group Home
Danielle Jacobs- Care giver
Unspecified Diagnosis

History
    Chart Review Note (Mardelle DeLight MD; 1/12/2015 12:51 PM)
    I have reviewed the history and findings.

Review of Systems (Jeanne Abdou APRN; 1/11/2015 8:41 PM)
General: Not Present- Fever, Chills, Fatigue and Weakness.
Skin: Not Present- Excessive Sweating.
HEENT: Not Present- Coryza, Nasal Congestion, Sore Throat, Sinus Pain, Earache, Ear Discharge, Headache and Eye Redness.
Neck: Present- Swollen Glands. Not Present- Neck Pain and Neck Stiffness.
Respiratory: Not Present- Shortness of Breath, Wheezing, Cough and Hemoptysis.
Cardiovascular: Present- Edema and Hypertension. Not Present- Chest Pain, Claudications, Shortness of Breath, Orthopnea and Paroxysmal Nocturnal Dyspnea.
Gastrointestinal: Not Present- Nausea, Vomiting and Diarrhea.
Musculoskeletal: Not Present- Joint Stiffness and Myalgia.
Neurological: Present- Leg Pain, Ataxia, Decreased Memory, Difficulty Speaking, Focal Neurological Symptoms, Incoordination, Trouble walking, Unsteadiness, Visual Changes and Weakness In Extremities. Not Present- Weakness.

Psychiatric: Present- Depression and Insomnia.

Chart Review Note (Mardelle DeLight MD; 1/12/2015 12:51 PM)
I have reviewed the review of systems and findings.

Vitals (Elizabeth Hallenbeck RMA; 12/31/2014 3:28 PM)
<u>12/31/2014 3:22 PM</u>
Height: 62 in
*Weight was reported by patient.*
Temp.: 98° F (Temporal)  Pulse: 88 (Regular)
BP: 112/62    (Sitting, Left Arm, Standard)

Physical Exam (Jeanne Abdou APRN; 1/11/2015 8:41 PM)
The physical exam findings are as follows:

<u>General</u>
Mental Status - Alert. General Appearance - Lethargic / slow. Not in acute distress. Build & Nutrition - Petite, Poorly developed and Well nourished. Posture - Sitting propped up. Gait - Spastic, Stiff and Unsteady. Note: In Wheelchair.

<u>Skin</u>
General: Color - Normal color. Moisture - Normal Moisture.
Rashes: - No Rashes.

<u>HEENT</u>
<u>Head</u> - Normal.
<u>Ear</u> - Normal.
<u>Eye</u>
Vision - Decreased. Note: Legally blind.
<u>Nose & Sinuses</u> - Normal.
<u>Mouth & Throat</u> - Normal.

<u>Neck</u>
Neck - Supple. Non Tender. No Masses. Trachea - Midline.
Thyroid: Gland - Normal size and consistency.

<u>Chest and Lung Exam</u>
Inspection:
Chest Wall: - Normal.
Shape - Normal.
Auscultation:
Breath sounds: - Normal.
Adventitious sounds: - No Adventitious sounds.

<u>Cardiovascular</u>
Palpation/Percussion:
Point of Maximal Impulse: - Normal.
Auscultation: Rhythm - Regular. Heart Sounds - Normal heart sounds.
Murmurs & Other Heart Sounds: Auscultation of the heart reveals - No Murmurs.

<u>Abdomen</u>
Inspection:
Skin: Scar - Generalized.
Palpation/Percussion:
Liver: Other Characteristics - No Hepatomegaly.
Spleen: Other Characteristics - No Splenomegaly.
Auscultation: Auscultation of the abdomen reveals - Bowel sounds normal.

<u>Peripheral Vascular</u>
Lower Extremity:
Palpation: Edema - Bilateral - No edema.

<u>Neurologic</u>
Neurologic evaluation reveals  - Note: Has all stigmata of Cerebral Palsy with mental retardation and spastic neurological condition.
Mental Status: Affect - inappropriate and apathetic. Speech - Dysarthric, Slow, Word comprehension impaired and Writing impaired. Thought content/perception - No Auditory hallucinations or Visual hallucinations. Cognitive function - Abstract thinking impaired, Concentration impaired, Judgment impaired and Problem solving impaired.

<u>Lymphatic</u>
<u>General Lymphatics</u>
Description - No Localized lymphadenopathy.

Chart Review Note (Mardelle DeLight MD; 1/12/2015 12:51 PM)

I have reviewed the physical exam and findings.

Assessment & Plan (Jeanne Abdou APRN; 1/11/2015 8:44 PM)
HYPERTENSION, UNSPECIFIED ESSENTIAL (401.9)
Current Plans
- Continued Tenormin 25MG, 1 (one) Tablet every morning, #30, 01/11/2015, Ref. Q 30 Days x1 Year.
- Continued Aldactone 25MG, 1 (one) Tablet every morning, #30, 01/11/2015, Ref. x5.

RENAL FAILURE (586 | N19)

ANEMIA (285.9 | D64.9)
Current Plans
- Continued Integra Plus, 1 daily, 01/11/2015, No Refill.

LONG-TERM (CURRENT) USE OF ANTICOAGULANTS (V58.61 | Z79.01)
Story: INR done by Home health

PULMONARY EMBOLISM (415.19 | I26.99)
Current Plans
- Continued Warfarin Sodium 2MG, 1 Tablet daily, #90, 01/11/2015, Ref. x3.

CEREBRAL PALSY, NOS (343.9)

INSOMNIA, CHRONIC (307.42)
Current Plans
- Continued Amitriptyline HCl 25MG, five tablets Tablet at bedtime, #150, 01/11/2015, Ref. x5.

SYMPTOMS INVOLVING URINARY SYSTEM: RETENTION OF URINE, UNSPECIFIED (788.20)
Story: under the care of Urology,


Chart Review Note (Mardelle DeLight MD; 1/12/2015 12:51 PM)
I have reviewed the assessment & plan and findings.


Completed and submitted for review by Jeanne Abdou APRN (1/11/2015 8:47 PM)

Signed by Mardelle DeLight MD (1/12/2015 12:51 PM)